UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
|     v. ) | Civil Action No. 05-2428(JGP) |
| ) | |
| JOHN W. SNOW, Secretary of the Treasury, ) | |
| ) | |
|     Defendant. ) | |
| _____) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, respectfully requests that the Court enlarge the time by which he must answer, move or otherwise respond to Plaintiff's Complaint up to and including Friday, March 17, 2006. The current filing deadline is today, Monday, February 27, 2006. This is defendant's first motion for enlargement for this purpose. Pursuant to Local Rule 7(m), defendant's counsel telephoned the pro se plaintiff to obtain her position on the relief requested herein. However, defendant's counsel was unable to reach plaintiff. Because defendant's counsel was unable to speak to plaintiff regarding this motion, defendant is unable to present plaintiff's position on such. In support of the motion, defendant states the following.

Defendant requests the enlargement due to the work-related demands of his counsel. Of particular note, defendant's counsel was recently assigned the case, Humane Society of the United States, et al. v. Johanns, Civil Action No. 06-0265(CKK), a case in which the plaintiffs are challenging an emergency rule of the United States Department of Agriculture ("USDA") effective March 10, 2006. Over the past week, the undersigned counsel has been working with

USDA representatives in drafting a response to the plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction in the Humane Society case.  Defendants' response in the case is due today, Monday, February 27.  Accordingly, given the work-related demands of its counsel including the Humane Society case, designated as an emergency matter, defendant does not anticipate being able to answer, move or otherwise respond to plaintiff's complaint in this case by the current deadline and requests an extension up to and including March 17, 2006 to do so.

A proposed order consistent with the relief requested is being filed herewith.

Respectfully submitted,

/s/ Kenneth L. Wainstein /mj
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's *Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 27th day of February 2006 to:

>Maria V. Carmona
>8306 Haven Hill Court
>Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney