UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA,    )<br>       )<br>    Plaintiff    )<br>       )<br>    v.    )<br>       )<br>JOHN W. SNOW, Secretary of the Treasury,    )<br>       )<br>    Defendant.    )<br>_____) | Civil Action No. 05-2428(JGP) |

**ORDER**

UPON CONSIDERATION of *Defendant's First Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including March 17, 2006 to answer, move or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

_____   _____
DATE          UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530