UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIA V. CARMONA,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-2428 (JGP) |
| ) | |
| v. ) | |
| ) | |
| **JOHN W. SNOW, Secretary of the Treasury** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

Upon consideration of defendant's **First Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof [#4]**, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**. And it is further

**ORDERED** that defendant shall file its Answer or otherwise respond to plaintiff's Complaint on or before March 17, 2006.

Date: March 1, 2006                                  JOHN GARRETT PENN
                                                              United States District Judge