USAJOBS Job Result List

Use back on your browser to return to the Job Record

www.USAJOBS.opm.gov, the U.S. Government's official source of job information, provides this information to the public at no cost.

Treasury Office of Inspector General.

**PLEASE READ ALL INFORMATION CAREFULLY**

ANNOUNCEMENT NO: OA-2002-0010

OPENING DATE: 08/13/2002

CLOSING DATE: 09/13/2002

Treasury OIG is looking for people capable of taking initiative and exercising independent judgment, with a strong desire to improve the effectiveness and efficiency of government programs and the intellectual capacity and drive to make that happen. OIG is responsible for overseeing the operations of all Treasury Department Offices and Bureaus (with the exception of the IRS) and for conducting audits, investigations, and evaluations. Given the extremely varied nature of the Treasury Department's responsibilities, you could find yourself working on anything from reviews of bank failures to analyses of anti-terrorism operations.

As Director of Audit Operations, the individual selected for this position will work directly for the Assistant Inspector General for Audit (AIGA) in the Treasury Office of Inspector General, and will be responsible for providing leadership and technical oversight in accomplishing the AIGA's responsibilities for the Office of Audit. The incumbent will also serve as an advisor to the AIGA on a wide range of issues that relate to the Office of Audit's program responsibilities.

Specific duties include developing plans for the allocation of audit

//jsearch.usajobs.opm.gov/ftva.asp?OPMControl=TS3169

Vacancy Announcement
USAJOBS Control No. TS3169 FM

Page 1 of 6


GOVERNMENT EXHIBIT
1
05-2428

8..002

resources; serving as the Office of Audit's Congressional liaison; coordinating internal quality assurance reviews and external peer reviews; overseeing the Office of Audit's automation initiatives, e.g., MIS and automated workpapers; and coordinating Office of Audit budget formulation and execution, recruitment, training, and records management.

If this work sounds interesting to you, please read this announcement to ensure that you understand the position and meet its requirements, and then click on the "Apply Online" link on the preceding page to apply. You will first register with the system, and respond to a series of basic questions, and then you will be asked a series of self-assessment questions to establish the specific training, education and experience you have had to prepare you for this position.

## WHAT SHOULD I KNOW BEFORE APPLYING?

- Applications will be accepted from current and former Federal Government employees.

- We will provide reasonable accommodations to applicants with disabilities. If you need an accommodation for any part of the application and hiring process, please contact the Human Resources Specialist listed on this announcement. The decision on granting reasonable accommodation will be on a case-by-case basis.

- We offer special selection priority under CTAP/ICTAP regulations to surplus or displaced Federal employees in the local commuting area. Please see below for more information.

- Veterans who are preference eligibles or who have been separated from the Armed Forces under honorable conditions after 3 years or more of continuous active service may apply.

## HOW DO I KNOW IF I'M QUALIFIED?

This position is open for applications at the GS-15 level. If you have questions about the position requirements, which the U.S. Office of Personnel Management (OPM) sets, you may review them in greater depth in OPM's Qualification Standards Handbook,
http://www.opm.gov/qualifications/index.htm.

Basic Requirements:

Education: You must possess a degree in accounting or a related field such as business administration, finance, or public administration and you have completed 24 semester hours in accounting (we will need to verify your education with an official transcript.) The 24 hours may include up to 6 hours of credit in business law.

OR

Combination of education and experience: You possess at least 4 years of experience in accounting, or an equivalent combination of accounting experience, college-level education, and training that provided professional accounting knowledge. In this case, your background also needs to include one of the following:

1. Twenty-four semester hours in accounting or auditing courses;

2. A certificate as Certified Public Accountant or a Certified Internal Auditor, obtained through written examination; or

3. Completion of the requirements for a degree that included at least 15 semester hours in accounting or auditing, provided that (a) you have successfully demonstrated the ability to perform work at the GS-11 or higher grade level in accounting, auditing, or a related field; (b) a panel of at least two higher level professional accountants determines that you have demonstrated a knowledge of accounting and related fields that is equal to that provided by successful completion of the 4-year course of study described above; and (c) except for having-fewer than 24 semester hours in accounting, your education, training, and experience fully meet the specified requirements.

Additional Requirements: In addition to the basic requirements, you must possess 52 weeks of specialized experience equivalent to the GS-14 level in the Federal Service. Specialized Experience is directly related to the position to be filled and which has equipped you with the particular knowledge, skills and abilities to perform the duties of the position successfully.

Time-In-Grade: Current Federal employees in the General Schedule may be subject to time-in-grade requirements (52 weeks at the next lower grade level). You must meet the time-in-grade requirements within 30 days after the closing date.

IF I'M QUALIFIED, HOW DOES THE OIG EVALUATE ME?

USAJOBS Job Result List

Your responses to questions in the application process will help us to evaluate the degree to which you have the following knowledge, skills, and abilities necessary for this job:

1. Applied knowledge of professional auditing standards applicable to Federal financial and program audits.

2. Skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations.

3. Ability to direct and supervise a diverse staff of professionals on multiple tasks.

4. Ability to prepare and deliver oral briefings to the Inspector General (IG) and top Department officials.

5. Ability to prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work.

****YOU MUST FAX THE FOLLOWING DOCUMENTS TO (202) 927-6492 BY 11:59 P.M. ON THE CLOSING DATE:****

1. If you qualify based solely on education: Your transcript(s).

2. If you are a current or former Federal employee with status: Your most recent SF-50 (other than an award action), and performance appraisal.

3. If you are eligible for veteran's preference: Your form DD-214, Armed Forces of the United States Report of Transfer or Discharge. For 10-point preference, then in addition to the DD-214, an SF-15, Claim for Veterans' Preference. If you are unsure about your eligibility for veterans' preference, please see the note below.

4. If you are CTAP/ICTAP eligible, and are applying for special selection priority: Proof that you meet the requirements described in 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for ICTAP (agency notice; most recent Performance Rating; most recent SF-50 noting current position, grade level, and duty location; and documentation of current promotion potential.) We will rate your application "well-qualified" if it receives a rating of 85 prior to the addition of veterans' preference points.

IF WE SELECT YOU, WE WILL NEED YOU TO:

ht earch.usajobs.opm.gov/ftva.asp?OPMControl=TS3169

Page 4 of 6

1. Appointment to this position is contingent upon successful completion of a pre-employment screenings, as well as a full-field background investigation. Falsification of the security forms, or any pre-employment documents, may be grounds for not hiring or serve as the basis for the firing the applicant after beginning work.

2. Applicants will be required to certify the accuracy of the written application and approve information necessary to determine acceptability for Federal employment. Providing false information, may be grounds for not hiring or serves as the basis for firing after you begin working.

3. Men born after December 31, 1959 will need to certify selective service status.

4. You may need to file a Confidential Financial Disclosure report in accordance with the Ethics in Government Act of 1978.

5. We require you to sign a mobility agreement, which could require you to relocate in the future.

6. We will need to verify that you meet educational requirements before you can begin work.

7. If this is a supervisory or managerial position, the selectee will be required to complete a one-year supervisory/managerial probationary period, unless exempt based on previous successful completion of such probation.

To apply for this position, please click on the "Apply Online" link on the preceding page. If you have any questions, please refer to our website www.treas.gov/oig, the OPM website at www.usajobs.opm.gov, e-mail HumanResources@oig.treas.gov; or use TTY (202) 927-7387. Also, you may contact Kim Mingo on (202) 927-5200.

THE OFFICE OF INSPECTOR GENERAL IS AN EQUAL OPPORTUNITY EMPLOYER

-------------------------------------------------------------------------

Note: Who is Eligible for Veteran's Preference?
The law grants 5-point preference to veterans who entered military service prior to October 4, 1976; served in a military action for which they received a Campaign Badge or Expeditionary Medal; served on active duty during the Gulf War from August 2, 1990, through January 2, 1992; and recipients of the Armed Forces Expeditionary medal for service in Bosnia during the period November 20, 1995, to a date to be determined. The law

# USAJOBS Job Result List

grants 10 point preference to disabled veterans; Purple Heart recipients; spouses or mothers of 100% disabled veterans; or widows, widowers, or mothers of deceased veterans.

---

**Employer Services • Site Survey • Contact Us • Privacy Policy**

This is a United States Office of Personnel Management web site. USAJOBS is the Federal Government's official one-stop source for Federal jobs and employment information.

**Carmona, Maria V.**

| | |
|---|---|
| From: | Robertson, Valerie |
| Sent: | Monday, July 08, 2002 11:56 AM |
| To: | Acedillo, Dori; Adler, Michelle W.; Aguilar, Amber E.; Albrecht, Richard L.; Alcaniz, Patricia A.; Aldrete, Dagoberto; Aleem, Shazia; Alexander, I. Susan; Allbery, Charles; Anderson, Linda D.; Ansari, Heshmat; Athanasaw, Danny L.; Aultman, Irene; Austin, Edward; Azarpour, Katherine J.; Bailey, DeWayne; Balberchak, Donald; Bankole, Ade; Banks, Eric N.; Barbat-Gonce, Danny M.; Barile, Philip C.; Barksdale, Martha; Barnett, James E.; Barron, Susan L.; Barry, Maureen F.; Bartuska, Barbara; Batie, Larry; Batts, Patricia A.; Beam, Jane; Bennard, Molly; Benson Gail D.; Benson, Donald P.; Bergh, Charlotte; Berrios, Carlos; Best, Jr., Alexander; Bestawrose, Ehab B.; Biggs, Alex; Blake, Patrick A.; Blechinger, Paul N.; Blechinger, Peter J.; Bloom, Allen; Boddie, India L.; Bourgeois, Sharita; Brennan, Francis X.; Brown, Clifton; Brown, Patricia L.; Bruner, Barry M.; Buchanan, Beverly A.; Burke, James W.; Butler, Deborah; Byrnes, Thomas E.; Cahill, Timothy J.; Campbell, Barb; Caponera, Dolores; Carmona, Maria V.; Carnahan, John E.; Chesla, Louis; Ching, Donna; Clifford, Timothy J.; Clymer, John E.; Coffman, Gerald; Coleman, Edward G.; Coleman, Kenneth W.; Costello, Maryann; Cottrell, Karen L.; Cox, Gary; Crowley, Kathleen; Cumba, Rafael J.; Dabney, Delores V.; Dale, Beverly A.; Darke, Leonard; Dass, Nandita; Davis, Robert C.; Deely, Dennis F.; Delmar, Richard; Demeroto, Terrance; Dennison, Brian; Dillard, Aaron; Do, Tram; Dockett-Butler, Carolyn M.; Doery, Ric; Donahue, Kevin; Donly, Jay; Dressler, Roger; Duey, Jennifer; Dunn, Annette; Dunn, Kathleen T.; Dupuy, Vivian M.; Dwyer, Gale H.; Dye, Jeffrey; Edwards, Robert; Edwards, Shaneasha; Eom, Joseph K.; Farwell, Richard; Feliciano, Virginia; Ferguson, III, Hugh M.; Fernandes, Mary-Ann; Ferrara, Robert E.; Fitzgerald, Michael P.; Flanagan, Louise E.; Fleisher, Julia; Fleming, Kimberly T.; Franco, Luz; Freedman, Marla A.; Frost, Thomas; Fugate, Larry; Gammon, Chonna; Garcia, Elizabeth; Garrett, Gloria; Gee, Garrett W.; George, Sheri A.; Gettman, Norman R.; Gilley, Jack S.; Gleason, Patti; Goetz, Robert; Greenip, Edith A.; Halleck, Leland D.; Hammond, Cedric E.; Han, Myung; Hardy, Joseph L.; Harness, Kenneth D.; Harris, Catherine; Hartnett, Carolyn; Haskett, Elizabeth R.; Hedman, Aldon K.; Help Desk; Helton, Danny M.; Hemphill, M. Arlinda; Hephner, Stacey; Herbert, Lola; Hernandez, Alejandro; Hoecker, Carl W.; Holder, Rhonda; Holmes, Tonya; Horton, Harry R.; Howarton, Linda J.; Hudson, Iris L.; Human Resources; Hutchinson, Marguerite; Hyland, Kathleen G.; Hymes, Tonya A.; Inv Opns Control Unit; Irving, Verna J.; Islam, Muhammad F.; Janiga, Michael; Johnson, Delores; Jordan, Inez C.; Joseph, Donna F.; Kallusingh, Dennis; Kassel, Donald R.; Kavanagh, Bernard P.; Kelly, Kenneth; Kernozek, Rich; Kilroy, Keith; King, Louis C.; King, Terry E.; Kirkpatrick, Andrew; Knorr, Michael C.; Kopreski, Ann M.; Kozlowski, James F.; Kramer, Billie; Kurchock, Mary Louise A.; Laferty, John S.; Lance, Jennifer; Langwiser, Cynthia A.; Lareau, Michael A.; Leaf, Richard I.; Lee, Benny W.; Lee, Feliser; Lee, Missy; Lee, W. Sing; Leftwich, Allen; Lemen, John F.; Lenox, Janice L.; Levitt, Mark S.; Llanas, Jose L.; Long, Robert F.; Love, Crystal A.; Lukas, Chris; Malone, Ava; Mansfield, John B.; Manurs, Cynthia; Maranto, Joseph A.; Mason, Thomas W.; Massie, Sylvia T.; Matthews, Sharell; McCowin, Latrina; McDonald, Jr., John B.; McGovern, Stephen; McIntyre, Dollena M.; McKelvin, Cynthia S.; McPoland, Michael E.; McQueen-Bronson, Joyce; Mello, Robert; Miner, Lloyd W.; Mingo, Kimberly T.; Moffett, S. Roy; Moore, Ronald D.; Moore, Steffanie R.; Mosher, Bradley; Motlasz, Raymond J.; Motley, Thad; Mullen, Judy S.; Murray, Imogene; Nadon, Patrick; Ng, Sonia; Ng, William; Nicholson, Anthony; Null, Gregory K.; OIG-OA Audit Managers; OIG-OA Directors, RIGAs; OIG-OA Office Managers; OIG-OI Office Mgr, Inv Asst; OIG-OI SACs; OIG-OM; OIG-Policy Comments; OIG-Senior Management; Okurume, Sunday; Ortiz, Gabriel; Ossinger, Mark; O'Toole, Preston; Paige, Wanda K.; Parker, Nakita; Payne, Brenda J.; Payne, Dexter; Payton, Angela; Pearson, Elaine; Pereira, Maryann; Picollo, Christopher P.; Porter, David; Pratt, Thomas M.; Prince, Alvis; Procure - ASD; Procure - OIT; Pugh, William H.; Pugliese, Michael; Redman, Lisa M.; Richards, John A.; Richardson, Lynn G.; Richardson, Ronda R.; Richardson, Tamika; Rickey, Roberta N.; Rivera, Elena S.; Rivers, Connie L.; Robertson, Valerie; Robinson, Jasmine; Rocchio, Albert; Romero, Amy; Rush Jr., Jeffrey; Russell, Barry A.; Salzgaber, Wayne; Schindel, Dennis S.; Schmidt, Claire; Schneider, Andras; Schroeder, William S.; Sebert, Susan; Sellers, Fallyn J.; Short, Deborah L.; Silverman, Adam; Sinko, Michael C.; Sisselberger, Bobbie G.; Smith, David; Smith, Derek A.; Smith, Shalonda; Spetz, Julie; Spiewak, Donna M.; Stadd, Jessica; Staples, Christy L.; Stein, Michael S.; Stewart, Ruthie; Strinkowski, Susan I.; Strong, Franchesca; Tabb, George; Tarr, Michael C.; Tate, Melissa; Taylor Jr, Robert A.; Taylor, Ethel R.; Taylor, Philip D.; Tetterton-Mabery, Cheryl; Thomas, Edward; Tice, Peter C.; Torosian, Sharon; Toutsi, Marshall; Trawinski, Traci; Tressler, Beverly |

**To:** G.; Truong, Anthony; Tsang, Chiu-Tong; Ukih, Eno; Vasey, Patrick C.; Veal, Clara J.; Walinski, Mathew A.; Walton, Rick; Washington, Jillian; Waters, Howard G.; Webmaster; Weinrich, Wayne; Wells, J. Craik T.; Wendt, Gene R.; Wess, William E.; Whatley, Andre E.; Wilk, Gary; Williams, Arlene P.; Williams, Jennifer; Williams, Kerrado; Williams, Michael R.; Wong, Helen; Yarborough, Mary L.; Yi, Catherine S.; Zelnick, Todd M.; Ziegler, Zenobia

**Subject:** Vacancy Announcements



Vacancy Listing 2002.doc

*Valerie Robertson*