# UNSWORN DECLARATION

SUBJECT: Discrimination Complaint of Maria V. Carmona v. John W. Snow, Secretary of the Treasury, TD Case Number 03-2185.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY
In accordance with the provisions of 28 U.S.C. 1746, I, the undersigned, Kimberly T. Mingo, do hereby make the following unsworn declaration under penalty of perjury pertinent to the above stated subject:

I am employed by the Department of Treasury, Office of Inspector General in Washington, D. C. My title is Human Resources Specialist and my grade and series are GS-201-12. I am a female, my national origin is African-American, my age and date of birth are 36 (01/21/67), and I have not had prior involvement in the EEO complaint process.

**Briefly describe your current duties and responsibilities.**

I am responsible for the staffing, classification, employee benefits and relations for the Office of Audit. I also handle training, time and attendance, payroll, and security. I have held this position since January 2000.

**The Complainant alleges she was discriminated based on sex, national origin, age, and retaliation for her prior EEO activity when in September 2002 her application for vacancy announcement OA-2002-0010 for the position of Director of Audit Operations was mishandled and subsequently the vacancy announcement was cancelled.**

**What knowledge, if any, did you have of the Complainant's sex, national origin, age, and/or prior involvement in the EEO complaint process? Addressing each basis, if you had knowledge of it, explain specifically when and how you first learned it and what you knew.**

I had knowledge of this for several years because I worked on her prior EEO complaints. I gathered information for those complaints. I have also seen her emails regarding these matters.

**Did you have any role in the Complainant's prior EEO complaints? If so, please explain your involvement.**

I provided documentation as requested. I don't recall that I ever provided a statement in any of her prior complaints.

**What was your role in vacancy announcement OA-2002-0010 for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15?**





# UNSWORN DECLARATION

I was the Human Resources Specialist who handled the announcement.

**Please explain what occurred with this vacancy announcement, i.e., was it ranked, was a best qualified list established, were interviews conducted and if so, who served on the interview panel, were all candidates on the best qualified list interviewed, was a selection made prior to the cancellation of the vacancy announcement, etc.**

**The Complainant alleges this announcement was different than those previously posted in that it was posted exclusively to the OPM USAJOBS website and not the Vacancy Announcements folder, the Vacancy announcements listing, or the Human Resources Information carousel. Please comment.**
**Was the announcement posted differently? If so, how, why, and who made the decision to post it as it was?**

We went to a new announcing system called Quick Hire and I went to training at the end of July 2002 to learn it. This position was one of the first few positions announced under the new system. I posted the announcement and after it closed, I went through the applications to verify all necessary documents were there and determined the best-qualified list (BQL).

In the old process, we would have had a ranking panel using a crediting plan to determine the BQL. With Quick Hire, applicants are automatically scored based on their responses to the questions. Applicants are then placed in score order. I determine the cut off for BQL. Anyone who gets a score of 85 or higher is considered well qualified. After reviewing their applications, I look for a natural break in the scores to determine the best qualified list. There is no real method to it. Close scores are all considered BQL.

Prior to our use of Quick Hire, we posted vacancy announcements on OPM and to an internal listing where we posted copies of our current announcements. We also used to put copies on a carousel on the fifth floor for our employees. But with Quick Hire we were no longer able to forward a copy to the public folders or print copies to the carousel. In Quick Hire, we're filling information in live and once we're finished, we hit "send" and it goes to OPM. It is inconvenient to the applicant the very first time they apply under this system. Because the first time they go into the program, they create a resume and it is time consuming for them. Once that's done the first time, they don't have to re-do it.

Quick Hire eliminates rating panels and is faster on the Human Resources side.

We still do interviews and I believe that management did conduct interviews. The Complainant was on the BQL. I don't recall if everyone who applied made the BQL. I

UNSWORN DECLARATION

believe there were two promotion certificates issued, one was competitive and one was non-competitive for people who had held a grade 15.

I recall they were about ready to make a selection when the job got pulled. The Selecting Official for this position was Marla Freedman, Assistant Inspector General for Audit.

**The Complainant alleges that there was no advance notification of any kind that the OIG was revising the manner in which it announced positions, accepted applications, and evaluated applications to determine best qualified. Please comment.**

I believe there was an email sent out talking about a new system but I don't recall who it went to. I believe Adam Silverman, Assistant Inspector General (AIG) for Management, put out an email in September 2002 and it went to the AIG's for Audit, Investigations, and Counsel, and the Deputy AIG's for Audit, Investigations, Counsel and Management. Mr. Silverman is my second level supervisor.

The most common place for employees to find vacancy announcements is through the OPM USAJOBS website and Quick Hire does post to that website. That did not change with the new system.

**The Complainant alleges that the major differences in the announcement process were as follows. Please comment on each item.**

**(1) Announcement not posted in the usual manner.**

That is true because we went to a new system, Quick Hire. That decision was made by Adam Silverman. He had heard about the new system and thought it would speed up the process. We had a lot of complaints from the managers that we were not filling positions fast enough. Mr. Silverman was given a demo of the new system, liked it, and sent us to training for it.

**(2) Applicants were required to apply online.**

Yes, that was different. Prior to Quick Hire, applicants sent in paperwork for consideration. With Quick Hire, the applicants build a resume the first time. They answer core questions. After building the resume, they don't have to answer the core questions again.

**(3) Applicants were required to submit a resume (standard forms 171 or 612 were not acceptable).**

UNSWORN DECLARATION

The resume is the application. Outside of that, the applicants are asked to submit a copy of an SF-50 showing their current grade level and type of appointment they currently serve under, their latest performance appraisal, and a college transcript, if needed.

**(4) A limit was placed on the length of the resume and on the narrative responses describing experience.**

The field is limited and in comparison to using an SF 171 application form, yes, it is a lot shorter.

**(5) Applicants were not allowed to print a complete copy of their application prior to submittal thus affording her the opportunity to check the document.**

She apparently had problems in printing and we couldn't figure out what the problem was. I do not recall when she called us about this. But she came to our office and we printed out a copy for her. I believe she then complained about some unusual characters that had printed in her resume. We were already aware that the Quick Hire process did print unusual characters and were working on the problem. We assured her and others who called in that it would have no impact on their application, that we were aware of it and working on it. I don't know if that problem has been resolved.

**(6) The Knowledge, Skills, and Abilities (KSA) in the announcement and in the online application did not directly correspond and some aspects of the KSA's were not addressed at all in the online questionnaire. The complainant alleges the requirements for the position were presented so as to limit competition and may have been structured for a specific individual.**

She is referring to announcements prior to Quick Hire. Yes, the information was different. The whole process is different. With Quick Hire, we really don't have KSA's. We have questions that addresses whether the applicant has the KSA's we are looking for. Under Quick Hire, instead of narrative questions, the information is obtained by a group of questions answered by "yes", "no", a multiple choice or a limited summarization of the information. It eliminates the applicant's ability to give a long statement. Some questions are mandatory. Failure to respond to the question can automatically disqualify them. The technology has changed.

I don't agree that the process was structured for a specific individual. The process was different and maybe that is why she felt that way. To the best of my knowledge, management didn't have anyone in mind for that position. Because this was a fairly new system, the first time we used it, we had someone from our office working with Quick Hire to develop our questions. The contact person from our office also talked to others who had used the Quick Hire system to identify questions. The next time the job

UNSWORN DECLARATION

is posted, we will use the same questions. And we will go through this process with each position that we announce.

If management didn't get a group of good candidates based on the questions we first developed, they do have the option to change the questions prior to us announcing the same or similar position in the future.

**(7) The applications were rated mechanically rather than by a rating panel of experts.**

Yes, that is true. This saves time in filling the positions.

**The Complainant alleges her application was mishandled. Please comment. Was it mishandled? If so, how, when did you first become aware of it, who mishandled it?**

Her application was never mishandled. I believe she did ask us to acknowledge that we received all of her information. The difference in the whole process and the fact that there were odd characters printed out in her application are the only things I can recall. However, all applicants went through the new process and many had odd characters printed out on their application.

**If the Complainant's application was mishandled, how did it affect her consideration for the position? Please be specific.**

First of all, her application was not mishandled. Even though she had characters on the printed copy that were not things she had typed in, it had no affect on her overall rating. She received a score of "100" out of a possible "100" for this announcement. She was one of two who received a perfect score.

**Who cancelled vacancy announcement OA-2002-0010, when was it cancelled and why?**

I don't recall exactly when it was cancelled. It was cancelled by the Inspector General, Jeffery Rush. It was not the only position cancelled. Word had come in that we were going through a divestiture to Homeland Security. By the time word came down, we actually lost 191 employees out of approximately 284. At first, things were placed on hold. Then word started coming in to cancel this one and that one. The word came from Marla Freedman or Bob Taylor and did not come directly to me. It was announced during a weekly management meeting. My immediate manager, Edith Greenip, brought the message back to me. The promotion certificate was good through the end of November 2002. I believe it was actually cancelled sometime in December 2002 but I'm not sure. In fact, because no one knew what the new organization would look like, just about everything was cancelled.

UNSWORN DECLARATION

Currently the IG is only allowing the Office of Investigations to announce positions at this time. Audit is not currently recruiting. And I believe that Counsel and the office of Management are not going to be recruiting. There are even rumors that we are going to merge with another IG office. No one knows what the future holds for us. We're taking it one day at a time.

**The Complainant alleges that if the vacancy announcement was cancelled because of budgetary concerns, than why did the announcement for Director of Evaluations, GS-15, be handled in the manner? Was an external candidate from Department of Justice selected for this position? If so, when? Who selected that person?**

At the time, we had several positions that were recently closed, getting ready to close, and some for which promotion certificates had been issued. Not all of these were cancelled. I believe they left the Director of Evaluations position because they needed someone to oversee that operation. It is a separate office under Audit. They are staffed with economists, statisticians, and analysts but I do not know what they are specifically evaluating other offices for. I don't really know why they filled this position and not some of the others.

The Director of Audit position was one they could do without, if need be. There had been people acting in the Director of Audit position. They are currently still rotating their remaining employees through the position.

The Director of Evaluations position was filled by an external candidate but I do not know where she came from. The selecting official was Marla Freedman.

**To your knowledge, were sex, national origin, age, and/or prior EEO complaint activity factors considered during the processing and subsequent canceling of this vacancy announcement? Please explain your response.**

Not to my knowledge, no. The applicant's date of birth would be in their application package. Sometimes you can guess the sex of the applicant. There is nothing that refers to national origin or prior EEO complaint activity.

**What is the current status regarding the position of Director of Audit Operations? Do you anticipate that it will be re-announced?**

It is hard to say if this position will be re-announced. Right now, it is cancelled. Management would have to re-announce the position if they want to fill it.

UNSWORN DECLARATION

**Do you have any documents in your possession, or do you know of any documents that could be reviewed, that would shed light on this issue? If so, please provide copies or explain where the documents can be located.**

I will provide documentation under separate cover as requested by the EEO Investigator.

**Do you have any other information that would shed light on the issue? If so, what is it?**

Not that I can think of.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of April 2003 at Washington, D. C.

Kimberly T. Mingo
(Signature)

Kimberly T. Mingo
Human Resources Specialist
Department of the Treasury
Office of Inspector General
740 15th Street, N.W.
Suite 510
Washington, D. C. 20220