**Treasury Office of Inspector General**
**All Applicant Data Report**

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

## Applicant Assessment

What locations do you wish to apply to?
    Washington DC Metro Area, DC

What grades do you wish to apply to?
    15

* All Grades 1. You must meet the minimum basic educational/experience requirements
            for professional accounting positions in the federal government.
            Choose one answer which best describes your educational/experience
            background for an auditing position.

  Answer (█ points): I have at least 4 years of experience in accounting, or an
            equivalent combination of accounting experience, college-level
            education, and training. I am also a Certified Public Accountant
            or a Certified Internal Auditor which was obtained through a
            written examination.

* All Grades 2. GS-15 In addition to meeting the basic requirements, you must have
            at least one year of specialized experience in the next
            lower grade in the federal service which has equipped you with the
            knowledge, skills, and abilities to perform successfully the duties
            of the position. Select the choice which best describes your
            specialized experience or education.

  Answer (█ points): I have at least one full year of specialized experience
            equivalent in responsibility and scope to the GS-14 level as
            described in the vacancy announcement under specialized
            experience requirements.

  All Grades 3. Conduct or supervise special assignments and projects, providing
            alternative courses of action and recommendations for the
            consideration of senior management.

  Answer (█ points): 5. I am an expert in this task, and I have trained or supervised
            others in the performance of this task.

* All Grades 4. Develop and implement policies for audit quality assurance and
            conduct internal reviews and external peer reviews of audit
            organization compliance with professional standards.

  Answer (█ points): 5. I am an expert in this task, and I have trained or supervised
            others in the performance of this task.

    If you answered "I have performed this task as a regular part of a job,
    indep... " above please answer the following question(s):

        4.1. Please briefly describe your experience performing this task.
            Please do not paste from or refer us to your resume.





# Treasury Office of Inspector General
## All Applicant Data Report

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

---

Answer (points):

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

    4.2.  Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

I was the Acting Director of the Department of the Treasury, Office of Inspector General(OIG), Office of Quality Assurance from May 4, 1993 through October 9, 1993, with a temporary promotion (not-to-exceed 120 days) to the GM-511-15.

In this position, I directed the OIG's internal quality assurance function, providing leadership and technical oversight to quality assurance reviews performed by the four GS-13 auditors that staffed the office. I had responsibility for quality assurance not only over audit operations, but over all OIG functions.

Under my leadership, the staff issued three quality assurance reports. The first, on a review of regional Audit offices, contained 15 recommendations for enhanced compliance with professional auditing standards. The second, a review of administrative procedures at IGATI, had 18 recommendations on internal controls and on the management of the Institute's 1-year appropriation. The third report was on an information resources management review of compliance with the Privacy Act, with 7 recommendations on publication requirements, safeguards, and training.

I prepared the 1994 Annual Plan for the Office of Quality Assurance. This was the first detailed annual plan that had been prepared for this function, and it was very well received by senior management.

As the Acting Director of Quality Assurance, I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 PCIE Peer Review process. This resulted in a Memorandum of Understanding that was signed by the Inspectors General at Treasury, GSA, the NRC, and OPM. Through my efforts, I was able to establish an environment of mutual respect among the participating organizations that carried through

---

58



# Treasury Office of Inspector General
## All Applicant Data Report

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

to the completion of this assignment.

I subsequently served in a lead role for this external peer review, as I had in 1991 for the first peer review cycle. One of the objectives of peer reviews is to determine if an organization is complying with the Government Auditing Standards. In each case, I was responsible for the review of internal quality control policies and procedures, the assessment of the internal quality assurance program, and the review of selected audit operations. I believe that the Special Act award that I received for my role in the 1991 PCIE Peer Review and other awards that I have received over the years are indicative of my knowledge of professional auditing standards and my ability to apply these standards in both an auditing and a quality assurance capacity.

During my years in the Office of Oversight, I managed numerous reviews that determined whether the internal affairs functions of the Treasury law-enforcement bureaus were adhering to the PCIE investigative standards, as well as to their own policies and procedures. The Oversight reviews that I managed from December 1989 to July 1995 and from March 1997 to October 1998 were quality assurance reviews, relying on the same analytical processes and approaches that one would take in performing such reviews on audit operations.

Because of my in-depth knowledge of professional standards, I have also been selected over the years to analyze and comment on proposed revisions. During 1993, for example, the Government Auditing Standards Advisory Council issued an Exposure Draft on what was to become the 1994 Revision to the Government Auditing Standards. As the Acting Director for Quality Assurance, I prepared the OIG&#8217;s official comments. I coordinated the review with the OIG Office of Audit, including representatives from both the financial statement audit and the program audit groups, and with the Inspector General (IG), who was very interested in this matter. In addition, I had a number of discussions with the Auditing Standards Assistant Director at GAO, who was the principal author of the revisions. The comments that the OIG provided were well thought out and were considered by GAO in drafting

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Evaluate the people, not the paper.

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

---

Answer ❚ points): the 1994 Revision to the Government Auditing Standards.

I keep current on revisions to the Government Auditing Standards, and have been monitoring proposed changes that are expected to be issued at the end of this year.

In addition, my knowledge of other professional standards enhances my ability to manage and direct broad assignments requiring an integrated analysis of different operational functions, including audits and quality assurance reviews. For example, I oversaw a detailed analysis of the 1997 revisions to the PCIE Quality Standards for Investigations. I am also very familiar with the PCIE Quality Standards for Inspections, which are the standards to which auditors and investigators adhered when performing Office of Oversight reviews.

* All Grades 5. Incorporate input from a variety of sources (Departmental Management, Congressional staffers, current events) into the development of strategic and annual plans for the allocation and expenditure of Audit resources.

Answer ❚ points): 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

5.1. Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

Answer ❚ points):

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

5.2. Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

Answer ❚ points): ). In addition, as part of the preparation of annual plans, I consider staffing and other costs. For example, I present recommended projects in priority order, indicating those that can be accomplished with the current, and with the proposed, staffing levels. I consider travel costs that may be associated with each project, and if necessary limit the scope or plan alternative approaches to ensure that the office will operate within its travel budget.

All Grades 6. Supervise immediate staff to ensure that senior management's

---



# Treasury Office of Inspector General
## All Applicant Data Report

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

---

objectives are met, that senior management is provided with accurate and timely information, and that administrative processes are working effectively.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 7. Conduct surveys of audit activity to determine areas offering the greatest potential for tangible audit benefits.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 8. Work with staff to plan work assignments and priorities.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 9. Analyze financial and program data to identify trends, problems, and decision points.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 10. Conduct or oversee audits in accordance with the Government Auditing Standards published by the U.S. General Accounting Office.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

10.1. Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

**Answer (points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

10.2. Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

the review of the Community Development Financial Institutions (CDFI) Fund Post-Award Administration Process.

The review covered a sample of 54 CDFI Program awards totaling $60.8 million, which represents 28 percent of the total CDFI Program dollars awarded by the Fund during FYs 1996&#64979;1999. Seven auditor/investigator teams made onsite visits to 48 award recipients located in 22 states.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.

I-8

61



**Treasury Office of Inspector General**
**All Applicant Data Report**

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

Answer(# points):

The collaborative effort between OA and OI, and among Headquarters and the Regions, produced significant results on this project. The audit report contains ten findings and sixteen recommendations, addressing issues such as enhancing accountability over financial assistance, decreasing the amount of time required to disburse funds, tracking individual financial institution compliance with reporting requirements, assessing compliance with assistance agreements in a timely manner, and enhancing data analysis and documentation. CDFI Fund management concurred with the findings and recommendations, and has taken or proposed corrective actions to address the results of this review. Fund management thanked the OIG for the insights offered, and praised the report for being accurate and complete, with a fair and balanced tone.

Perhaps the most significant finding was that there was limited accountability over the financial assistance disbursed to CDFIs. Essentially, under its current legislative mandate, the Fund does not require CDFIs to account separately for their use of financial assistance and corresponding matching funds. Plans are under way to require additional accounting controls for future assistance awards, with changes to be reflected in the FY 2003 Notices of Funding Availability. The result will be a significant increase in accountability over Federal funds.

In addition to the findings presented in the audit report and to investigative results (not discussed here), we believe that CDFIs around the country took notice of the OIG&#8217;s in&#64979;depth reviews, and that this presence has had, and will continue to have, a deterrent effect on any potential wrongdoing.

The Audit Manager and Auditor-in-Charge deserve special mention for their efforts. As the Audit Manager, for example, Maria Carmona took action to maximize the knowledge and ability of the team members and to foster good working relationships both within and among the teams, and with the management and staff of the OIG and the CDFI Fund. Maria ensured that high-quality work was performed, and oversaw the preparation of an excellent report.

QuickHire®:  The Way to People.  1999.  All Rights Reserved.

I-9

62

# QuickHire.
Evaluate the people, not the paper.

## Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

All Grades 11.Initiate highly complex written communications including reports, instructions, correspondence and justifications relating to audits and evaluations, administrative functions, management analysis, fiscal analysis or human resources fields.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 12.Review reports for technical accuracy, adherence to accounting and auditing standards, organization of material, clarity of expression, and appropriateness to intended audiences.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 13.Act as liaison between audit organization and Congress.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

**13.1.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

**Answer ( points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

**13.2.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

> I have developed skills and ability in written communication to develop clear, concise reports; oral and visual presentations; and completed staff work through a combination of work experience, involvement in professional and volunteer organizations, and formal training.
>
> First as a team leader, then as a program manager and an audit manager, I have been responsible for the preparation of audit, oversight, and peer review reports, as well as reports of investigation. As such, I have planned the content of each report with the project team, and for some of the larger projects have at times consolidated sections prepared by different staff members into a concise and cohesive product. Throughout my career, I have written or overseen the writing of reports on the adequacy of policies, procedures, and internal controls, and on adherence to professional standards.

---

63



# Treasury Office of Inspector General
## All Applicant Data Report

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

---

While Acting Director, I was the final reviewer before reports were issued by the OIG.

The reports for which I have been responsible have contained recommendations addressed to the Secretary of the Treasury, to the Under Secretary for Enforcement, and to the heads of the Treasury bureaus and offices. Management has often commented not only on how well-written my products are, but also on how they present the results of our work in a balanced manner and with an appropriate tone.

I have written numerous policy documents, including chapters for the OIG Manual, and responses to Congressional inquiries. In addition, I have prepared annual plans, budget documents, and proposals for revised organizational structures. I also conducted a written survey of PCIE members, and wrote a concise report on the results that was sent out to the audit community. As a Program Manager in Oversight, I was responsible for the development of a customer satisfaction survey that won praise and was used as a sample for other parts of the organization. Articles that I have written have been published in OIG and Institute of Internal Auditor newsletters.

The results of completed staff work for which I have been responsible has resulted in both oral and visual presentations. At the entrance conference for each audit or review, our oral statements about the objectives, scope, methodology, and other matters is accompanied by a visual presentation, often in the form of PowerPoint slides. Exit conferences also include oral and visual presentations of the results of our staff work.

I have enhanced my written communication skills as part of my volunteer activities. For example, I wrote an accounting manual for a not&#64979;for&#64979;profit organization. After preparing an accompanying visual presentation, I gave a training session on the manual to the Board of Directors and the 15 chapter presidents and treasurers of this nationwide educational organization for which I performed accounting services. I have also taken a number of courses in written communication.
As illustrated above, I have an excellent ability to

---

64



# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work. This ability is reflected in my performance appraisal as of June 30, 2002, on which I received an overall rating of Exceptional Performance, the highest possible rating. In support of my Exceptional rating in Communication, my supervisor stated that my ability to communicate is perhaps my strongest trait, and that I am able to review and analyze very complex issues and present the results in a clear and effective manner. He also mentioned that my written reports and other documentation are virtually error free, and that I am able to produce high quality products.

My skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations has been a strong point of my 18-year career with the Treasury OIG.

I have fostered positive working relationships with high-level officials of the organizations being audited or reviewed, in part by clearly communicating the objectives during the initial meeting, and by providing periodic status updates. I have found that the final reporting process is greatly facilitated if management has an opportunity to respond to issues as they are identified. Management often takes immediate corrective action, so that the final report indicates that issues have been or are being addressed. In addition, by sharing information and being responsive to others, I feel that I have built mutually-beneficial coalitions within the OIG.

Because of my interpersonal skills, I have been selected to manage some of the most sensitive work performed by the OIG, including a review of actions taken by a bureau to address allegations against its most senior career official. I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 Peer Review process. I was able to establish an environment of mutual respect among the participating organizations that carried through to the completion of this assignment.

I have demonstrated my skill in establishing and maintaining effective working relationships with high-



# Treasury Office of Inspector General
## All Applicant Data Report

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

level officials, other Federal agencies, Congressional staff, and professional organizations in many different situations. For example, in performing preliminary work for a PCIE audit of delinquent non-tax debt, I met with an OMB representative to obtain that agency&#8217;s perspective on current debt and credit management issues. I coordinated with representatives of PCIE member entities regarding agency interest in participating in, and ability to devote resources to, the planned effort. I also met with senior staff of the House Committee on Banking & Financial Services and the Senate Committee on Banking, Housing, and Urban Affairs with reference to an audit of OCC and OTS Fee Assessment Practices, which was also in its early stages.

In addition, as a Program Manager in the Office of Oversight, I was selected by the IG to prepare his testimony for Congressional hearings on mismanagement by senior IRS employees, a matter that was receiving extensive media coverage. Prior to the hearings, I worked closely with the Senior Investigator for the responsible Congressional Subcommittee, ensuring that we provided any requested information in a timely manner. By very quickly establishing a professional and responsive working relationship with the Senior Investigator, I was able to obtain advance information about the expected tone of the hearings and about the questions that Congress was going to ask the IG. Through my collaborative approach, I had an excellent opportunity to coordinate the preparation of responses, and create a &#8220;win-win&#8221; situation for the IG and for Congress. The IG was very pleased with the success of this effort, and relied on me in the future not only for Congressional issues, but also to address other sensitive matters requiring tact and diplomacy.

I also maintain effective working relationships with professional organizations. For example, I am a long-term member of the Greater Washington Society of Certified Public Accountants (GWSCPA), having served for many years on its Governmental Accounting and Auditing Committee.

I have always taken steps to maintain effective working relationships within the OIG as well. For example, during my first day on the job as the Acting Director of the Office of Quality Assurance (QA), I became aware that

QuickHire®:  The Way to People.  1999.  All Rights Reserved.

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

Answer ( points): there had been an ongoing dispute between QA and the executive responsible for the OIG Audit function about the presentation of findings in a draft QA report. The draft was based on a review of how well the four regional Audit offices had implemented recommendations from prior years. The Audit executive expressed concern that the executive responsible for the QA function was about to issue a rep

All Grades 14. Brief senior management prior to meetings or Congressional testimony so that they are fully prepared to deal with any issues that arise.

Answer ( points): 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 15. Brief senior level officials regarding complex or controversial issues.

Answer ( points): 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 16. Please choose the response that best describes your experience in managing and supervising employees.

Answer ( points): I have served as a manager, with responsibility for supervising other team leaders or first-line supervisors for over a year.

QuickHire®:  The Way to People.  1999.  All Rights Reserved.

I-14

67

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Evaluate the people, not the paper.

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

 **Resume**

MARIA V. CARMONA
P. O. Box 454, Fulton, MD 20759
Day: (202) 927-6345    Evening: ▇▇▇▇▇▇▇

Application under Announcement No. OA-2002-0010,
Director of Audit Operations, Supervisory Auditor, GS-511-15

Social Security Number: 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

Highest Grade Held: GS-511-15
Served as Acting Director, functioning at a level equivalent to a GS-511-15, for
periods totaling more than a year.  Promoted to the Grade 15 for 05-16-93 to 09-
12-93, 08-29-99 to 12-25-99, and 06-24-01 to 07-21-01 (see below).

Contact Current Supervisor: Yes

WORK EXPERIENCE

During the more than 18 years that I have worked with the Department of the
Treasury Office of Inspector General (OIG), I have held the positions below, for
the dates indicated, at the salary levels listed.  Due to space limitations,
descriptions are included for positions at the GS-14 or higher only, with names
and telephone numbers of supervisors for the four most recent positions (others
available on request).  Positions were for 80 hours every two weeks, with
additional hours worked as necessary.

All positions required applied knowledge of professional auditing standards, skill
in establishing and maintaining effective working relationships, and the ability
to prepare and deliver oral briefings, various types of written communication, and
completed staff work.

The Supervisory Auditor positions included the complete range of audit management,
personnel management, and office management responsibilities, such as the
following.
·Developed strategic and annual audit plans, oversaw planning of individual
reviews, provided leadership and technical oversight of audits and other projects,
and coordinated with senior managers at the Department and the bureaus, and with

QuickHire®:  The Way to People.  1999.  All Rights Reserved.

I-15

68

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Evaluate the people, not the paper.

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

---

officials of non-Treasury entities, including Congress, OMB, and the PCIE.
Wrote position descriptions, participated in recruitment efforts, prepared
appraisals, nominated staff for awards, and reviewed notices of proposed action.
Prepared various management reports, developed plans for allocation of audit
resources, managed budget, planned staff training, approved travel, and oversaw
records management issues, including shipments to the Federal Records Center.

In addition to serving as Acting Director of various offices, served as Acting
Deputy AIG, AIG, and IG.

Office of Audit - Banking and Fiscal Service 07-22-01 to Present
Supervisory Auditor - Audit Manager  $94,618 to $101,742  GS-511-14
Report to Don Kassel, 927-6512

Supervised a varying number of employees, working in areas such as grant
administration, records management, and protection of physical and cyber-based
systems. For example, during the first quarter of FY 2002 was responsible for
three major efforts to which a total of 20 staff members, including auditors and
investigators, most GS-13 or above, were assigned.

Handled supervisory duties, including sensitive issues, and was instrumental in
recruitment.   Maintained positive working relationships with internal and
external customers, presenting briefings for senior officials, such as the
Director of the CDFI Fund.  Prepared written products that were well-received,
including a report on the CDFI Fund with the 10 findings and 16 recommendations
that will result in significantly increased accountability over Federal funds.

Office of Audit - Banking and Fiscal Service 06-24-01 to 07-21-01
Supervisory Auditor - Acting Director    $102,508 GS-511-15
Reported to Don Kassel, 927-6512

Managed a Headquarters office of 9 staff members, and had oversight responsibility
for the audit operations of the Western Region, a staff of 10 headed by a GS-15
Director.

Oversaw revision of the scope and general plans for an audit of an automated
system at FMS.  Coordinated a review of the Semiannual Report to Congress, and the

---

 **Treasury Office of Inspector General**
**All Applicant Data Report**

¡Evaluate the people, not the paper.

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

final review of the Annual Audit Plan. Addressed personnel issues, and reconciled budgetary accounts on the multiple OIG tracking systems.

Office of Audit - Banking and Fiscal Service 03-12-00 to 06-23-01
Supervisory Auditor - Audit Manager  $88,741 to $94,618  GS-511-14
Reported to Don Kassel, 927-6512

Subsequent to the March 2000 reorganization of the Office of Audit, ensured a smooth transition to the newly-created directorate, Banking and Fiscal Service, from a period serving as the Acting Director, Finance and Debt.  Advised the new Director on a wide range of issues that affected the office.

Oversaw the issuance of final audit reports, including one on a high-visibility audit for which we received a Special Act Award (Group).  Managed a multi-bureau audit on records management, with recommendations about allocating adequate resources, providing appropriate training and guidance, conducting internal program evaluations, updating records schedules, and destroying records in accordance with the schedules.

Office of Audit - Finance and Debt  08-29-99 to 03-11-00
Supervisory Auditor - Acting Director  $84,570 to $88,741  GS-511-14
Reported to Marla Freedman, 927-6516 120-day promotion to GS-511-15, $91,410

Managed two GS-14 Audit Managers, eight Auditors, primarily at the GS-13, and one GS-8 Office Manager.  Under my leadership and technical oversight, Finance and Debt issued seven reports in final, among many other accomplishments.  Was responsible for several high-visibility and sensitive audits that had broad impact and resulted in significant findings, including a Deposit Fund Account audit that had a monetary finding of $42 million, one of the largest dollar findings in an OIG program audit, and a PCIE/ECIE Review of Non-Tax Delinquent Debt, which had government-wide impact.  Oversaw the work required for the OIG to respond to a Congressional request on a very sensitive matter at a Treasury bureau.

Provided leadership in a manner that significantly improved morale within the office, receiving recognition for this achievement from the Deputy AIG.  Also received a Special Act Award for my work.

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Evaluate the people, not the paper.

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

Office of Audit – DO, FinCEN, Treasury Systems 10-11-98 to 08-28-99
Supervisory Auditor – Audit Manager $81,569 to $84,570 GM-511-14

Supervised staff that included two GS-13 auditors, a GS-12 auditor, and a GS-12 management analyst. Provided leadership and technical oversight of program audits in the areas of asset forfeiture, communications systems, and financial crime. Issued a report on the review of the mission of EOAF, and managed audit work on the Treasury Communications System at DO and an artificial intelligence system at FinCEN.

Completed carry-over work from Oversight, including a project covering the four law-enforcement bureaus. Issued four Oversight reports for which all findings and recommendations had bureau management concurrence.

Office of Investigations – Office of Oversight 03-30-97 to 10-10-98
Supervisory Auditor – Program Manager $75,314 to $81,569 GM-511-14

Supervised as many as six GS-13 staff members in the auditor, criminal investigator, and general investigator series working on multiple reviews addressing varied, complex, and often very sensitive matters at Treasury&#8217;s four law-enforcement bureaus. These reviews addressed areas such as the quality of internal investigations conducted by the bureaus and the reporting of investigative statistics. Also managed internal OIG investigations, and reviews of allegations of nonpayment of rewards, obstruction of justice, illegal destruction of documents, and unauthorized release of Privacy Act information.

Was responsible for the preparation of Congressional testimony and related documents for Senate Finance Committee hearings on the IRS and for appropriations hearings. Oversaw efforts on compliance with the Government Performance and Results Act. Managed the development of a recommendation tracking system and of a survey instrument to measure customer satisfaction. Represented the office on a task force for a new management information system (MIS) that would track project status and costs, and avoid duplicate entry. Prepared a justification for a revised organizational structure to enhance independence, which was used by the Deputy IG for an April 1998 reorganization.

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Evaluate the people, not the paper.

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

Office of Audit – Financial Management Audits 07-09-95 to 03-29-97
Supervisory Auditor – Financial Audit Manager $71,078 to $75,314  GM-511-14

Was responsible for the OIG&#8217;s oversight of the Department&#8217;s FMFIA
program, which included monitoring management control issues throughout the year.
Prepared a detailed proposal for the Office of Management Control.  Performed
financial statement audit work at ATF and Secret Service.


Office of Oversight and Quality Assurance 05-04-93 to 10-09-93
Supervisory Auditor – Acting Director,    $62,291 to $64,179  GM-511-14
                       Quality Assurance   120-day promotion to GM-511-15,  $66,609

Directed the OIG's internal quality assurance function, coordinating quality
assurance reviews by four GS-13 auditors.  Prepared the 1994 Annual Plan, which
was the first detailed plan for the office.  Coordinated plans for the 1994 Peer
Review with officials from the GSA, NRC, and OPM OIGs.

Reports Issued:  Review of regional Audit offices, with 15 recommendations for
enhanced compliance with professional auditing standards.  Review of
administrative procedures at IGATI, with 18 recommendations on internal controls
and the management of the Institute's 1-year appropriation.  Information resources
management review of compliance with the Privacy Act, with 7 recommendations on
publication requirements, safeguards, and training.


Office of Oversight and Quality Assurance &#8211; Oversight 12-06-89 to 07-08-95
Supervisory Auditor – Program Manager  $43,863 to $71,078
(See entry above for detail to Quality Assurance) Promoted to GM-511-14, 06-03-90

Was instrumental in the establishment of the Office of Oversight, preparing
organizational plans; staffing, training, and annual budget plans; position
descriptions and the related personnel actions. Performed vulnerability
assessment.  Authored Oversight chapter of OIG Manual. Managed multi-disciplinary
teams of GS-13 and GS-14 auditors, investigators, and inspectors.  Assignments
included the 1991 and 1994 Peer Reviews, a special inquiry into management
practices at an IRS region, and reviews of sensitive issues regarding systems and
individuals.

---

QuickHire®:  The Way to People.  1999.  All Rights Reserved.

72

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

---

Office of Audit - OCC    07-19-87 to 12-05-89
Supervisory Auditor - Audit Team Leader $38,727 to $43,863
            Promoted to GM-511-13 on 07-19-
87


Office of Audit - OCC    09-85 to 07-87
Auditor                        $29,018 to $31,619
      Promoted to GS-511-12 on 05-11-86


Office of Audit - BEP    03-83 to 09-84
Auditor                        $21,527 to $25,858   GS-511-7/9

---

National Labor Relations Board        09-84 to 09-85
Office of Internal Audit and Investigation    $25,858 to $29,018
1717 Pennsylvania Ave., N.W., Washington, DC  Promoted to GS-511-11 on 04-28-
85
Auditor


**EDUCATION**

University of Maryland, College Park, MD
  Degrees Awarded with High Honors:
    B.S. 08-81 (36 Semester Hours)
    B.A. 05-74 (92 Semester Hours)

Rosemont College, Rosemont, PA
  Attended 09-71 to 05-74 (33 Semester Hours)

Northwood High School, Silver Spring, MD
  Graduated 06-70

Chief Undergraduate Subjects:
  Accounting, Auditing, Business Law   (36 Semester Hours)
  French Language/Literature   (36 Semester Hours)

---

 **Treasury Office of Inspector General**
**All Applicant Data Report**

         Name: MARIA V CARMONA

    Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

_____

   Spanish Literature   (24 Semester Hours)


OTHER QUALIFICATIONS

Certified Public Accountant (Licensed in Maryland)

Languages:  Spanish, French, Italian.

Awards:

Received numerous Performance, Special Act, and Peer Awards during my more than 25
years of Federal government service.  These awards, which are reflected in my
Treasury OIG files, include:
·Cash Award for Exceptional performance for appraisal period ended June 30, 2002
·Cash Awards for Outstanding performance for five consecutive years as a Program
Manager
·Performance Award for Outstanding rating as Acting Director, Office of Quality
Assurance
·Special Act Award for work as Acting Director, Finance and Debt
·Quality Step Increase Awards for periods when received Outstanding or Exceptional
performance appraisals, including June 30, 2001

Professional Organizations:

Membership in organizations for accountants and auditors, including the
Association of Government Accountants (AGA), the Institute of Internal Auditors,
the American Institute of Certified Public Accountants (AICPA), the Greater
Washington Society of Certified Public Accountants (GWSCPA).  Have served for many
years on the GWSCPA Governmental Accounting and Auditing Committee.

Served on the OIG Change Management Advisory Team and the OIG Diversity Task
Group. Represented the OIG at the Federal Quality Roundtable and the Treasury
Consortium for Culture Change.

Other Activities:

During 5 years with Toastmasters, served as club president and as area- and
district-level officer.

_____

74

 **QuickHire.** **Treasury Office of Inspector General**
Evaluate the people, not the paper. **All Applicant Data Report**

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

Provided accounting services on a volunteer basis to not-for-profit organizations.
For example, worked with a nationwide not-for-profit to automate its accounting
records, and presented training on an accounting manual that I wrote.  Received
the organization&#8217;s top award for outstanding volunteer service.

Provided accounting services on a self-employed basis to another not-for-profit
organization for about 5 years.


TRAINING

Extensive training related to the knowledge, skills, and abilities required for
the position of Director of Audit Operations.  Some of the training received in
areas such as leadership, management, communication, and Federal accounting and
auditing is shown below.  Detailed annual training inventories are available in my
OIG files.

Leadership:

Numerous sessions in the Quality Learning Series, including:
  - Increasing Quality Performance with Principle-Centered Leadership,
  - Developing a High Performance Culture:  Managing the Moments of Truth, and
  - The Trust Factor.

Management:

OPM Management Development seminar.  OIG and Departmental management training,
including sessions on Effective Supervisory Practices, Employee Relations,
Conflict Resolution, Total Quality Management, and Appropriations Law.

Communication:

As a member of Toastmasters for five years, had numerous opportunities to develop
skills in public speaking and in leadership, through a program of structured
speeches and responsible positions.  Have also taken oral presentation and writing
courses.

Federal Accounting and Auditing:

15

 **Treasury Office of Inspector General**
**All Applicant Data Report**

Evaluate the people, not the paper.

Name: MARIA V CARMONA

Vacancy Number: OA-2002-0010

Vacancy Description: Director of Audit Operations

Attended many sessions by the AGA and the AICPA, covering issues such as internal
control testing, risk assessment, financial statement auditing, and revisions to
Federal auditing standards. Attend monthly GWSCPA educational meetings and get
updates on financial issues during JFMIP conferences. Also attended seminars on
detecting and preventing fraud and illegal acts.

Participated in a number of courses on financial statement audits and on the
evaluation of internal control structures, including:
- Chief Financial Officers Financial Statement Auditing,
- Implementing the Integrity Act and Conducting Management Control Reviews,
- Internal Control &#8211; an Integrated Framework.

Have taken courses on information systems auditing, including the Systems
Development Life Cycle approach to auditing, and courses on the use of statistical
sampling and on &#8216;tools&#8217; used during the audit process, including
auditing software, automated spreadsheets, and databases.

76

FAX FOR OFFICE OF INSPECTOR GENERAL

FAX NUMBER: (202) 927-6492

DATE: 09-13-2002                                         NUMBER OF PAGES:    12
                                                         (not including transmittal)

FROM MARIA V. CARMONA
PHONE: (202) 927-6345
E-MAIL: CarmonaM@oig.treas.gov

AS REQUIRED BY VACANCY ANNOUNCEMENT USAJOBS CONTROL NO. TS3169 FM,
I AM FAXING COPIES OF MY MOST RECENT SF-50 (OTHER THAN AN AWARD
ACTION) AND PERFORMANCE APPRAISAL AS PART OF MY APPLICATION UNDER
ANNOUNCEMENT NO. OA-2002-0010, DIRECTOR OF AUDIT OPERATIONS,
SUPERVISORY AUDITOR, GS-511-15.

IT IS MY UNDERSTANDING THAT THESE DOCUMENTS HAVE BEEN SUBMITTED IN
A TIMELY MANNER, I.E., PRIOR TO 11:59 P.M. ON 09-13-2002, WHICH ARE THE
CLOSING TIME AND DATE FOR THIS VACANCY ANNOUNCEMENT.

PLEASE SEND ME AN E-MAIL MESSAGE TO CONFIRM RECEIPT.

THANK YOU.

I-24

77

Standard Form SB-8
Rev. 7/91
U.S Office of Personnel Management
FPM Supp. 296-33, Subch 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|
| CARMONA, MARIA V | | | | 10/08/52 | 01/13/02 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| QWM | REG 531.205 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| ZLM | E O  13249 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY AUDR<br>08541A05    08541A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 12a. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 97,108.00 | PA | GS | 0511 | 14 | 10 | 101,742.00 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| 88,096.00 | 9,012.00 | 97,108.00 | .00 | | | 91,265.00 | 10,477.00 | 101,742.00 | .00 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER<br>OFFICE OF INSPECTOR GENERAL<br>OFFICE OF AUDIT<br>DAIG FOR PROG AUDITS<br><br>TR 95261500010500000 .   PP 01 2002 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1    1 - None    3 - 10-Point/Disability    5 - 10-Point/Other<br>      2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | 1    0 - None    2 - Conditional<br>      1 - Permanent    3 - Indefinite | | ☐ YES  ☒ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0    BASIC-1X ADDITIONAL | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1    CS | 08/30/76 | F    FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1    1 - Competitive Service    3 - SES General<br>      2 - Exempted Service    4 - SES Career Reserved | E    E - Exempt<br>      N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. |
|---|---|---|---|
| | | | |

43. Remarks

FEDERAL PAY INCREASE DUE TO E.O. 13249 SIGNED 12/28/01.
SALARY INCLUDES A GENERAL INCREASE OF 3.6  ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

| 44. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |
| **7. Agency Code**    48. Personnel Office ID    49. Approval Date | |
| TR 95    4041    12/28/01 | HUMAN RESOURCES OFFICER |

SF-Part    00-316

1. Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6234

TR 95261500010500000    PP 01 1999  BATCH 40419940 000-00 204-12 AG/EO 95-4041

78

# DEPARTMENT OF THE TREASURY- OFFICE OF INSPECTOR GENERAL
## PERFORMANCE EVALUATION PLAN AND RATING
### FORM *FOR MANAGERS AND SUPERVISORS*

**PART I: IDENTIFYING INFORMATION**

EMPLOYEE NAME:

Maria Carmona

SSN:

POSITION TITLE:

Audit Manager

SERIES: 511

GRADE: 14

ORGANIZATION:

Office of Inspector General, Banking and Fiscal Service Directorate

**PART II: ACKNOWLEDGEMENT OF PERFORMANCE EVALUATION PLAN (Complete at the Beginning of the Rating Period)**

PERFORMANCE EVALUATION PLAN FOR THE PERIOD

FROM: July 01-01

TO: June 30, 02

EMPLOYEE SIGNATURE: Maria V Carmona

DATE: 09-19-01

RATING OFFICIAL SIGNATURE: Donell R Lassil

DATE: 9/19/61

REVIEWING OFFICIAL SIGNATURE:

DATE: 1/9/01

**PART IIA: MIDYEAR PROGRESS REVIEW (Mandatory)**

DATE REVIEW CONDUCTED: 1/10/02

RATING OFFICIAL SIGNATURE: Donell R Lassil

EMPLOYEE SIGNATURE: Maria V Carmona

COMMENTS: (Attach additional sheets, if necessary)

**PART III: RATING OF RECORD**

OVERALL RATING:

☒ Exceptional Performance ☐ Superior Performance ☐ Quality Performance ☐ Unacceptable Performance

RATING OFFICIAL SIGNATURE: Donell R Lassil

DATE: 8/7/02

REVIEWING OFFICIAL SIGNATURE:

DATE: 8/7/02

EMPLOYEE SIGNATURE: Maria V Carmona

DATE: 08-07-02

RATING OFFICIAL COMMENTS: (Required if Rating of Record is "Unacceptable Performance" or "Exceptional Performance.")

See Attached

I-26

DO F 64-30.8 B

1

79

**Performance Evaluation Plan**
*(Individual Performance Contract)*

Major Goals, Specific Tasks, or Self Development Not Captured Elsewhere (e.g., in the position description):

Instructions for completion: This section is designed to identify major projects, tasks, or development plans to be accomplished during the rating period. For example, if an employee whose job ordinarily involves analyzing and reporting on data were tasked to coordinate a major annual conference, this section could be used to identify that as a goal for the year. Similarly, this section could be used to record self development activities the employee will undertake during the year to gain competencies needed by the organization, e.g., learn how to develop and utilize a database to track office assignments. This section may be completed at the beginning of the performance cycle, or any time during the cycle, as new projects, tasks, or activities are identified. Generally, the quality of the performance of these projects and tasks can be evaluated by assessing how well they were carried out in comparison with the established generic standards beginning on page 4. However, if the generic standards do not apply, there is space provided at the end of the form to add specific elements and measures.

I-28

80

## Performance Evaluation Plan

| ELEMENTS | PERFORMANCE MEASURES<br><br>1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. Add or delete additional measures after the bullets as needed. | M<br>I<br>D<br><br>Y<br>E<br>A<br>R | Element Ratings<br><br>4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
|---|---|---|---|
| ☒ **Manages Employees and Resources (Supervisors)**<br><br>*Ensures effective and efficient use of human and financial resources to maintain a high performing organization* | **Exceptional performance:**<br><br>• encourages independent creative thinking among subordinate employees while taking responsibility for their actions<br>• makes extra effort to promote cooperation among subordinates<br>• consistently guides, motivates and stimulates positive responses from subordinates<br>• provides leadership by encouraging employee suggestions to improve work flow processes<br>• successfully uses planning skills which result in maximum utilization of resources and efficiency for the organization<br><br>**Quality performance:**<br><br>• timely establishes and communicates clear and realistic employee performance measures, and holds employees accountable for results<br>• recognizes and rewards good performance and deals effectively with deficient performance<br>• gives employees responsibility, authority, and support needed to complete assignments<br>• assesses current and future staffing needs based on organizational goals and budget realities<br>• involves others in planning and decision making in order to gain their commitment and/or cooperation<br>• encourages employee development<br>• oversees financial resources and identifies cost-effective approaches | | 4 |
| ☒ **Overall Management Skills (Supervisors)**<br><br>*Manages multiple activities and achieves program goals* | **Exceptional performance:**<br><br>• resolves difficult or long-standing organizational problems by implementing innovative approaches<br>• successfully develops plans to handle potential work flow problems and emergency situations<br>• adapts quickly and consistently to new priorities without losing sight of long-term organizational goals<br>• makes extra effort to improve service and increase productivity and effectiveness<br><br>**Quality performance:**<br><br>• articulates and communicates agency goals, relating them to achievement of specific program outcomes<br>• develops logical, practical solutions and effectively implements them<br>• sets appropriate priorities and manages multiple activities effectively<br>• monitors the implementation of programs, reacting appropriately to problems that arise<br>• provides practical advice and guidance to others (including other organizations) for developing new policies and procedures | | 4 |

I-29

DO F 64-30.6 B                            4

81

| ELEMENTS | PERFORMANCE MEASURES<br><br>1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. Add or delete additional measures after the bullets as needed. | MID YEAR | Element Ratings<br><br>4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
|---|---|---|---|
| ☒ **Supports EEO and Diversity (Supervisors)**<br><br>*Promotes work environment free of discrimination and implements EEO and Affirmative Employment goals* | **Exceptional performance:**<br><br>• successfully implements the EEO and affirmative employment goals established by the OIG<br>• projects very positive, dynamic EEO image with in-depth sensitivity to differing racial, ethnic, and cultural groups, persons with disabilities, and persons of either sex<br>• is extremely effective in addressing and diffusing conflict<br>• is sought out and noted for creative and insightful solutions<br>• is an excellent role model in applying EEO and diversity principles<br><br>**Quality performance:**<br><br>• takes steps to implement the OIG's established EEO and affirmative employment goals<br>• supports staff participation in special emphasis programs<br>• promptly responds to allegations of discrimination and/or harassment, and initiates appropriate action to address the situation<br>• cooperates with EEO counselors, EEO investigators and other officials who are responsible for conducting inquiries into EEO complaints<br>• assigns work and makes employment decisions in areas such as hiring, promotion, training and developmental assignments without regard to sex, race, color, national origin, religion, age, disability, sexual orientation, or prior participation in the EEO process<br>• monitors the work environment to prevent instances of prohibited discrimination and/or harassment | | 4 |

I-30

| ELEMENTS | PERFORMANCE MEASURES<br>1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. (Add or delete additional measures after the bullets as needed. | MID YEAR | Element Ratings<br>4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
|---|---|---|---|
| ☒ Technical Competency<br><br>*Demonstrates technical job knowledge and produces results* | **Exceptional performance:**<br><br>• reaches conclusions and makes recommendations which invariably represent the best course of action<br>• is sought out by colleagues as the person who will provide clear and effective guidance in their area of responsibility<br>• independently resolves conflicts among assignment deadlines<br>• presents solid recommendations where supervisory approval is required<br>• is considered by peers and supervisor as an expert source of information for internal and external individuals or groups<br>• produces work products that are recognized for their outstanding quality<br><br>**Quality performance:**<br><br>• reaches conclusions and makes recommendations that demonstrate sound and independent judgment<br>• keeps abreast of current developments in areas of responsibility<br>• exercises good judgment in seeking guidance<br>• produces work products that are clear and well-organized<br>• completes work within established deadlines<br>• quickly takes steps to remedy situations as problems arise<br>• produces work products that are technically accurate, well researched, and peer-reviewed, when necessary | | 3 |
| ☒ Customer Service<br><br>*Provides professional and responsive service* | **Exceptional performance:**<br><br>• develops and implements innovative approach to customer requirements and recommendations<br>• consistently completes assignments for customers in advance of established deadlines<br>• takes extra efforts to ensure that internal and external customers are pleased with the services provided<br>• consistently monitors service delivery to ensure that virtually no assignments are overlooked<br>• identifies actions that would improve customer service<br><br>**Quality performance:**<br><br>• keeps customers informed of work progress and expected outcomes<br>• consistently takes personal responsibility for resolving customer requests or complaints<br>• delivers quality products and services to internal and external clients<br>• treats others with respect<br>• works cooperatively with internal and external workers or clients<br>• shows competence in starting, carrying out, and timely completing tasks<br>• seeks opinions, as appropriate, to produce a balanced work product | | 4 |

I-31

83

| ELEMENTS | PERFORMANCE MEASURES | MID YEAR | Element Ratings |
|---|---|---|---|
| | 1. Check all elements in Column 1 for which the employee will be rated. 2. All elements are considered critical. 3. Add or delete additional measures after the bullets as needed. | | 4-Exceptional 3-Superior 2-Quality 1-Unacceptable |
| ☒ Teamwork *Works with others either in formal teams or ad hoc groups to accomplish tasks or provide services effectively and efficiently* | Exceptional performance: <br>• handles interpersonal relationships with exceptional skill <br>• demonstrates leadership by promoting cooperation among team/staff members <br>• takes initiative to ensure early or timely completion of team assignments <br>• frequently fosters cooperation among team/staff members to prevent misunderstandings <br>• consistently uses and promotes effective team concepts to meet goals and deadlines of the team assignment <br><br>Quality performance: <br>• adjusts positively to changes in workload and priorities as a member of the team <br>• maintains effective working relationships with team members <br>• actively participates in team efforts <br>• leads or follows, as necessary, as part of the team <br>• shares information, credit, and recognition | | 4 |
| ☒ Communication (written and oral) *Quality and effectiveness of written and oral communication* | Exceptional performance: <br>• oral and written presentations are exceptionally clear and effective regardless of complexity of subject <br>• complicated or controversial subjects, appropriate to the position, are persuasively presented so that desired outcomes are achieved <br>• written work products are virtually error free even in situations involving high pressure or abnormal circumstances <br><br>Quality performance: <br>• written products are clear and factual, well organized, properly formatted, and effectively presented <br>• thoughts, conclusions, and recommendations are conveyed efficiently <br>• communicates effectively in situations involving normal pressure and circumstances <br>• keeps supervisors and others informed about progress or problems in completing assignments <br>• positively represents the Department or office to individuals or groups inside and outside the Department, as appropriate to the position | | 4 |

I-32

84

RATING OFFICIAL COMMENTS
MARIA V. CARMONA
July 1, 2001-June 30, 2002

Ms. Carmona is an excellent manager leading the staff under her responsibility by example. She challenges her staff to reach for higher levels of performance, guides, counsels, and motivates employees. She constantly offers suggestions for staff and OIG improvements in areas of efficiency and productivity. She plans all her work extremely well, monitors budget expenses, and controls all work assigned to staff and holds her staff accountable to high quality work standards.

Ms. Carmona demonstrates a very positive EEO image to staff. She addresses conflict issues extremely well and is sensitive to the diversity of people and their skills. She worked very closely with a new staff member that was transferred from our Financial Statement staff.

Ms. Carmona's technical competency is superior. Her knowledge of Treasury operations relating to numerous bureaus, their missions, operational programs and interface with the Department, GAO and outside Agencies is a real asset. If she identifies an area in Treasury that she is unfamiliar, she will become knowledgeable through research, meetings, etc. As a CPA, she possesses all the skills necessary to plan, execute the work and produce quality reports. Her recommendations are logical and supported by in-depth work and analysis and result in the best course of action to solve weaknesses.

As an integral part of carrying out the OIG mission, Ms. Carmona has developed an excellent customer service relationship with the respective Bureau liaisons. She keeps them informed of all audit related issues affecting their bureaus. She continually works to improve the service to the auditees.

In her role as a manager to promote team harmony and motivation, Ms. Carmona is exceptional! She monitors the work of the team members and ensures that quality jobs are delivered on time. Sometimes this means working during her own time in order to meet deadlines. She has excellent interpersonal skills and uses them to promote team unity. She has had to deal with many organizational and operational changes during the rating period, and has met the challenge with each.

Ms. Carmona's ability to communicate both orally and written is perhaps her strongest trait. She is able to review, and analyze very complex issues and present the results in a clear and effective manner. Her oral presentations are clear, logical and delivered in a very professional and convincing manner. Her written reports and other documentation are virtually error free with little need for changes. She is able to produce high quality products even within the most tight timeframes and adverse circumstances.

In summary, Ms. Carmona is a very professional, dedicated and dependable Audit Manager that takes her job seriously, and is truly committed to improving the operations of the OIG. She plays an extremely important role in the quality of the work produced in the Banking and Fiscal Service staff and the success of the staff can be directly attributed to the efforts, and work ethics of Ms. Carmona. The attached statement of her accomplishments during the rating period provides details to the above comments.

I-33

55

STATEMENT OF ACCOMPLISHMENT
OF PERFORMANCE ELEMENTS
Maria V. Carmona
Audit Manager, *Banking and Fiscal Service*
July 1, 2001, through June 30, 2002

## Manages Employees and Resources

Served as Audit Manager, *Banking and Fiscal Service*, responsible for efforts in the areas of grant administration, records retention, and the protection of physical and cyber-based systems. A total of 20 staff members were assigned to these efforts, including 12 auditors and 8 investigators, four at the Grade 14 level and the majority of the others at the Grade 13. Also assisted the Director with a material loss review of a thrift institution, in part by covering a hearing at which the Director of OTS testified and by representing the office at OTS-FDIC meetings.

Performed personnel-related tasks, such as giving staff performance appraisals, approving leave and time reports, and approving travel authorizations and vouchers. Was instrumental in the recruitment process, reviewing applications, serving on interview panels, and verifying references.

Guided the successful transition of a Grade 13 member of the staff from Financial Statement Audit to Program Audit.

## Overall Management Skills

Periodically served in an Acting capacity for the National Director, *Banking and Fiscal Service*, including a temporary promotion to the Grade 15 for a 4-week period, the last three weeks of which were part of this appraisal period.

Responded to the many quick turn-around requests received by the Directorate, some dealing with technical fiscal service issues, others with administrative matters such as staffing and budget. Provided the Director with frequent updates on audits and other projects, and coordinated efforts with Financial Statement Audit, Information Technology Audit, Counsel, and Office of Investigations managers and staff.

Was responsible for the preparation of the *Banking and Fiscal Service* annual audit plan for FY 2003. Presented audit proposals at the annual planning conference.

Handled sensitive and at times difficult personnel matters. For example, while Acting Director, addressed the death of a coworker, who at the time was the only other Audit Manager in *Banking and Fiscal Service*. This included interfacing with family members, advising OIG senior management and staff about the death, and making arrangements for expressions of sympathy. Discussed the loss with a number of staff members who sought me out in their grief. Pursued with Personnel the posthumous granting of the Gallatin Award, for length of service with the Department of the Treasury, an award usually presented during retirement ceremonies.

Page 1 of 3                    I-34

86

STATEMENT OF ACCOMPLISHMENT
OF PERFORMANCE ELEMENTS
Maria V. Carmona
Audit Manager, *Banking and Fiscal Service*
July 1, 2001, through June 30, 2002

### Supports EEO and Diversity

Managed a diverse staff with sensitivity to EEO and diversity principles, ensuring a conflict-free environment. Applied these principles to other OIG activities, including recruitment.

Throughout my career, treated each individual with dignity and respect, ensured that staff members had the tools necessary to do their jobs, and provided recognition for tasks well done, through actions such as day-to-day expressions of appreciation and encouragement and nominations for formal recognition through the performance award system.

This is in keeping with Secretary O'Neill's philosophy that *the paramount goal of our efforts should be to create a work culture of performance, challenge, meaning, and dignity.* After attending Secretary O'Neill's presentation on the importance of this goal at the national JFMIP Conference, shared information on his philosophy with all OIG staff by writing an article that was published in the *OIG Newsletter*.

### Technical Competency

Developed findings and recommendations for the improvement of records management at the Departmental and bureau levels, addressing issues such as enhancing policies and procedures, allocating adequate resources, providing appropriate training and guidance, conducting internal program evaluations, updating records schedules (SFs-115), and destroying records in accordance with the schedules.

As illustrated in a draft report that contains sixteen recommendations addressed to the Director of the CDFI Fund, ensured that the staff reached appropriate conclusions and presented convincing evidence to support them. Issues addressed in this report include decreasing the amount of time required to disburse funds, tracking individual financial institution compliance with reporting requirements, assessing compliance with assistance agreements in a timely manner, and enhancing data analysis and documentation.

Consistently produced high-quality reports and other products.

### Customer Service

With reference to records retention, proposed an innovative approach to address issues raised by bureau management and oversaw its implementation, coordinating with the OIG audit team and with senior officials at the bureaus.

I-35

87

STATEMENT OF ACCOMPLISHMENT
OF PERFORMANCE ELEMENTS
Maria V. Carmona
Audit Manager, *Banking and Fiscal Service*
July 1, 2001, through June 30, 2002

Maintained positive working relationships with internal and external customers. For example, met with the new Director of the CDFI Fund to discuss how our work was progressing and how the audit would proceed through to issuance of a final report. Also shared OIG observations on training provided by Fund staff, including the results of the evaluations by our team members. Ensured that, as findings were developed, the project team kept an open line of communication with OIG staff members who have Single Audit Act and Financial Statement Audit responsibility over the CDFI Fund.

## Teamwork

Fostered cooperation within teams, while effectively addressing shifts in priorities, staffing, or assignments.

As the Audit Manager for the nationwide review of the post-award grant administration process of the CDFI Fund, for example, oversaw the work of seven teams, each consisting of an investigator and one or more auditors, as they performed onsite visits of grant recipients. As part of this collaborative effort between the Offices of Audit and Investigations, and among Headquarters and the Regions, took action to maximize the knowledge and ability of the team members and to foster good working relationships both within and among the teams by coordinating the preparation and presentation of two days of training. The sessions not only gave OIG staff from around the country an opportunity to understand how the Fund operates, but also a chance to get to know the other staff working on the project and to share knowledge gained from past experience.

Ensured that staff members participating in the training received continuing professional education credits through the National Association of State Boards of Accountancy, which required, in part, the preparation of a training brochure, the maintenance of detailed training materials, and the analysis of evaluations of the sessions.

## Communication

All written products submitted were approved with virtually no revisions. This included audit programs, draft and final audit reports, Congressional correspondence, audit plan proposals, and various other documents.

Planned and conducted internal OIG briefings and senior-level meetings with Commissioners, Deputy Commissioners, Assistant Commissioners, and Counsel for the bureaus, and with officials within Departmental Offices.

I-36

88