## UNSWORN DECLARATION

SUBJECT: Discrimination Complaint of Maria V. Carmona v. John W. Snow, Secretary of Treasury, TD Case Number 03-2185.

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**
In accordance with the provisions of 28 U.S.C. 1746, I, the undersigned, Marla A. Freedman, do hereby make the following unsworn declaration under penalty of perjury pertinent to the above stated subject:

I am employed by the Department of the Treasury, Office of Inspector General (OIG), in Washington, D. C. My title is Assistant Inspector General for Audit. I am an SES level 3 or 4. I am a Caucasian female, age 40 (DOB: 10/19/62), and I have had prior involvement in the EEO complaint process. I have never filed a complaint but have been a witness in others.

**Briefly describe your current duties and responsibilities.**

The Office of Audit conducts audits and evaluations of programs and operations within the Department of Treasury, except IRS. I am responsible for the overall management of the Office of Audit.

**What is your supervisory relationship to the Complainant, Maria V. Carmona, and the duration of the relationship?**

I have been her third line supervisor since March 2001 when I came to this position. Prior to that I was her second-line supervisor from April 1999 until March 2001.

**The Complainant alleges she was discriminated based on sex, national origin, age, and retaliation for her prior EEO activity when in September 2002 her application for vacancy announcement OA-2002-0010 for the position of Director of Audit Operations was mishandled and subsequently the vacancy announcement was cancelled.**

**What knowledge, if any, did you have of the Complainant's sex, national origin, age, and/or prior involvement in the EEO complaint process? Addressing each basis, if you had knowledge of it, explain specifically when and how you first learned it and what you knew.**

I am aware of the Complainant's sex and national origin. I was not aware of her age until I responded to an EEO complaint in July 2002. I became aware of the Complainant's sex the first time I met her which was shortly after I became employed by the Department of the Treasury, Office of Inspector General. I am not sure when I first became aware of the Complainant's national origin.

Page 1 of 4

GOVERNMENT EXHIBIT 4  04-2428

## UNSWORN DECLARATION

**Did you have any role in the Complainant's prior EEO complaints? If so, please explain your involvement.**

I was a witness in one and provided a statement in July 2002.

**What was your role in vacancy announcement OA-2002-0010 for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15?**

I was the selecting official. One of my deputies, Bob Taylor, and I conducted the interviews together.

**Please explain what occurred with this vacancy announcement, i.e., was it ranked, was a best qualified list established, were interviews conducted and if so, who served on the interview panel, were all candidates on the best qualified list interviewed, was a selection made prior to the cancellation of the vacancy announcement, etc.**

This was one of the first positions we announced through Quick Hire, an automated mechanism. I do not know all the ins and outs of that system, but a best-qualified list was issued and Bob Taylor and I interviewed at least 9 people for the position. We looked at the candidates' applications and conducted interviews through the month of October 2002. We used a standard list of questions.

It is our policy that any selections at the grade 14 or higher, need to be discussed with Jeffrey Rush, Inspector General. Once I made the initial recommendation I had to talk to Mr. Rush about it. I probably talked to him about this in early to mid November 2002. Either the 14th or 21st. When I spoke with Mr. Rush, based on the interviews, the recommendation I had was a fellow by the name Jim Crumpacker. He was the first choice. In my mind he was far and away the best candidate for the position.

The Complainant was not in my top choices for the position based on her interview. She does good work but the audit operation position is a little different from auditing. Some of the other candidates had more focused operational experience. She didn't do badly in the interview. It was just that others did really, really well.

In discussing this with Mr. Rush and Dennis Schindel, who is my immediate boss, we had a sense that we would be one of the offices likely to be impacted by a newly-created Office of Inspector General at the Department of Homeland Security (if legislation were passed). At that time, while passage of the bill was uncertain, support for such department was broad. We discussed if I would need a grade 15 to carry out operations if that occurred. We also discussed that once we had a better sense of what was happening, we could always come back out and re-announce the position. We decided to cancel the announcement at that time. I believe that Bob Taylor was also in

## UNSWORN DECLARATION

this meeting. It should be noted, now that we know the ramifications of it all, it was a good decision. My office has gone from 165 positions to 52 positions.

**Who cancelled vacancy announcement OA-2002-0010, when was it cancelled and why?**

We all agreed in that meeting in November 2002 that it was the right thing to do because of the possible divestiture.

**To your knowledge, were sex, national origin, age, and/or prior EEO complaint activity factors considered during the processing and subsequent canceling of this vacancy announcement? Please explain your response.**

Absolutely not. Reading through my interview notes, there were several things that I considered. In the case of Jim Crumpacker, he had actually been performing these duties. Almost everything we were looking for, he had.

One of my questions was "If you were selected for the position and given a blank check what would be the first three things you would do with it?" One of the things the Complainant pointed out was she would do an assessment before spending the money. I thought that was good. Then she said she would provide me with a staffing plan to let me know how much additional staff she need to get the job done. At that time, we were working on a tight budget and when she started talking about additional staffing, it stuck with me and bothered me. The goal was to get the work done within the constraints of the staff that we had, not to get more staffing.

**Do you have any knowledge of the Complainant's application for vacancy announcement OA-2002-0010 being mishandled? If so, what do you know, how and when did you know it?**

I am not aware of the Complainant's application being mishandled.

**What is the current status regarding the position of Director of Audit Operations? Do you anticipate that it will be re-announced?**

We are currently staffing the position by rotating grade 14's into it on a monthly basis. There is no longer any intention of announcing a grade 15. I asked Maria to rotate into it and she did not want to do that. We may eventually assign the duties of the position permanently to one of the grade 14's.

**The Complainant alleges that the GS-15 position of Director of Evaluations was filled with an external candidate from Department of Justice instead of being cancelled for budgetary concerns. Please comment.**

122

## UNSWORN DECLARATION

The reason the position was cancelled was the fact of a possible divestiture, not budgetary concerns.

We interviewed for the position of Director of Evaluations in June, July and August 2002. At the time of selection, we knew nothing about a possible divestiture. The selection was made well in advance of the candidate coming on board. Since it was an external hire, we had to wait for investigations to be conducted and completed. I know the selected candidate came on board prior to the end of the calendar year but I don't know exactly when it was. It may have been late October or early November. I do not recall.

**Do you have any other information that would shed light on the issue? If so, what is it?**

No, I have no other information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __17th__ day of April, 2003 at Washington, D. C.

_____
(Signature)

Marla A. Freedman
Assistant Inspector General for Audit
Office of Inspector General
1500 Pennsylvania Avenue, N.W.
Washington, D. C. 20220

123