

**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203

J. Steven Elbell
PO Box 454
Fulton, MD 20759-0454

FEB 0 3 2003

Complaint of Maria V. Carmona and
John W. Snow, Secretary of the Treasury
TD Case Number: 03-2185

Dear Ms. Carmona:

This letter refers to the above referenced complaint of discrimination filed on December 27, 2002.

Based on our review of the formal complaint and the EEO Counseling Report, the complaint is accepted for processing under the provisions of the Equal Employment Opportunity Commission (EEOC) regulations, 29 CFR Part 1614. The following claim(s) has been accepted for processing:

> Was the Complainant discriminated based on sex (Female), national origin (Hispanic), age (DOB: 10/08/52) and retaliation for her EEO activity, when on September 13, 2002, her application for Vacancy Announcement OA-2002-0010 for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15, was mishandled; and subsequently, the vacancy announcement was cancelled?

If you disagree with the claim(s), please notify me in writing within 15 days of the date of this letter. Please be clear and concise in your response. If no response is received, I will assume that you agree with the claim(s) and will proceed with the investigation of the complaint.

An EEO Investigator will be assigned to thoroughly investigate all aspects of the claim(s) accepted for processing. The investigator has the authority to administer oaths and to require employees to furnish affidavits under oath or affirmation without a promise of confidentiality or, alternatively, by written statements under penalty of perjury. The complainant has a responsibility to cooperate with the investigator in timely scheduling an appointment, meeting with the investigator and providing necessary written statements. Failure to do so may result in the dismissal of the complaint for failure to cooperate.

Any affidavit, written statement, or documentary evidence submitted to the investigator is subject to prohibitions against improper disclosures. All parties who provide statements or documentary evidence bear the responsibility to ensure that the submissions are properly sanitized, and should consult with bureau disclosure officials if there are any questions concerning what material would constitute disclosure.



2

In accordance with §1614.603 of the regulations, the parties must make reasonable efforts to voluntarily settle the complaint throughout the process. The terms of any settlement agreement will be reduced to writing, and you will be given a copy.

Upon completion of the investigation, you will be furnished a copy of the Investigative File and an election form on which you may elect one of the following options: (1) a hearing and decision by an EEOC Administrative Judge; (2) a final decision by the Department of the Treasury without a hearing; or (3) withdrawal of the complaint.

You may also request a hearing from an Administrative Judge at any time after 180 days from the date of the original complaint. If you wish to amend the complaint after you have requested a hearing, you may file a motion with the Administrative Judge.

Should you request a hearing on your complaint, your request should be sent to:

**District Director**
**Equal Employment Opportunity Commission**
**EEOC Field Office**
**Hearing Unit**
**1400 L Street, Suite 200**
**Washington, DC 20005**

In accordance with 29 CFR §1614.108(g), you must send a copy of your request for a hearing to the Treasury Complaint Center - Dallas.

You will have the right to appeal to the EEOC, Office of Federal Operations, the Department's final decision or final order, or file a civil action in federal district court.

If you have any further questions regarding the processing of your complaint, please contact EEO Specialist Victor M. Reyes at (972) 308-1046.

Sincerely,

Jerry Armstrong
Director

cc:   Maria V. Carmona
      PO Box 454
      Fulton, MD 20759-0454

102