BEFORE THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Maria V. Carmona, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 05-CV-2428 |
| v. ) | |
| ) | |
| John W. Snow, ) | |
| Secretary, Department ) | |
| of the Treasury, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF JEAN R. BAUER

I, Jean R. Bauer, declare:

1. I am employed by Internal Revenue Service at the Treasury Complaint Mega Center in Dallas, Texas, as an EEO Investigator. I am providing the following unsworn declaration at the request of Cynthia A. Langwiser, Office of Inspector General (OIG), regarding the attempts I made to obtain a statement from the Complainant, Maria V. Carmona, TD Case Number 03-2185.

I have no memory of this investigation which was assigned to me on February 24, 2003; however, I do have a file of work papers and provide the following information from the notes and copies of correspondence contained in that file.

I first contacted the Complainant's representative, J. Steven Elbell, on March 27, 2003 via telephone. I contacted Mr. Elbell twice on that date and left messages on his recorder both times.

On March 27, 2003, Mr. Elbell called and left a telephone message in which he indicated that (1) an investigation should not go forward until the issues were agreed to, (2) he didn't know which complaint I was calling about, (3) that the Director of the Complaint Center, Jerry Armstrong, had actually made up an issue that Ms. Carmona didn't claim, (4) I didn't need to call back, (5) they were not going to continue with this, (6) I could put whatever I wanted in my report, (7) I could tell Mr. Armstrong what they said, (8) I could tell Miss Coates of the Department of the Treasury that they didn't believe they (Armstrong and Coates) had the integrity to be in the positions they're in, and (9) if I called again, they would consider it a continuation of the hostile work environment that Miss Carmona was under. See Attachment 1 for a verbatim transcription of the message left on my telephone answering system.

I composed a letter requesting the Complainant prepare an Unsworn Declaration and sign a Privacy Act Notice. In that letter, I also informed the Complainant that the investigation would continue as planned, using the information provided in the Individual Complaint of Employment Discrimination and the EEO Counseling Report. On March 28, 2003, I faxed the letter to the EEO Specialist, Victor Reyes, for his consideration and approval. Mr. Reyes called me on March



31, 2003, approved the letter, and directed me to mail it. I mailed the letter on April 1, 2003, certified. (See Attachment 1 and 2.)

I had no further contact with the Complainant or her representative. On May 22, 2003, I submitted the investigative file without a statement and/or Privacy Act Notice prepared and submitted by the Complainant.

I declare under penalty of perjury that the foregoing is true and correct. Executed pursuant to 28 U.S.C. 1746 this 3rd day of February, 2006

Jean R. Bauer

*Attachment 1*
*Page 1 of 4*

# DEPARTMENT OF THE TREASURY

Treasury Complaint Center-Dallas
4050 Alpha Road, MS 1010 MSRO, Dallas, Texas 75244-4203
Phone (972) 308-1303; (972) 308-1307 - FAX

## FACSIMILE TRANSMISSION

3/31 Per Victor
OK - send it

Sent the particular vrs doc drafted 4-1-03

Date: 3-28-03

To: Victor Reyes

Phone Number: _____
FAX Number: _____

From:   Jean R. Bauer
        EEO Investigator

Subject: _____

Comments: Here is my proposed letter, the questions + a transcript of Mr. Ebbett's message. Please let me know if you have any suggestions. Thank you —
EEO office will not be back 'til Monday, 3/31. I left a phone msg.

Total Number of Pages (including Cover Sheet): 8

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You,

Uh, Yes, Ms. Bauer. This is Mr. Elbell. I'm returning your call regarding Miss Carmona.

Uh, I'm sorry I don't get to speak with you personally but uh it's, it's our position the the EEOC is very clear that an investigation should not go forward until the issues have been agreed to.

Miss Carmona did not agree— I, I don't – Number one I don't know which complaint you're calling about. But it doesn't matter because that's what the Department of Treasury has done in every case. They, they don't uh, they, they don't uh have the issues that Miss Carmona has claimed.

As a matter of fact, Mr. Armstrong has actually made up an issue that Miss Carmona didn't claim so we're— You don't, you don't need to call back. We, we're not going to continue doing this. If, if, you can put whatever you want in your report.

And you can tell Mr. Armstrong uh what I said. And you can also inform Miss Coates of the Department of the Treasury that that frankly we don't believe they have the integrity to be in the positions they're in. So if, if you call us again we will consider uh it a continuation of the hostile work environment that you're placing Miss Carmona under.

If Secretary Snow ever wants to uh run a program, an EEO program that has some semblance of integrity and let Miss Carmona raise the issues and have those issues looked into that she raises, then then we would be happy to participate at that point in time. But we're we're not we're not doing this anymore.

We thought it was local to Mr. Morgan-Gaides but apparently it's the Department of Treasury's policy and practice to do these types of things so uh, please don't call back. Thank you.


Thursday, 1:01 p.m. End of final message.



**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203

Attachment 1
Page 3 of 4

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

March 28, 2003

Mr. J. Steven Elbell
P. O. Box 454
Fulton, Maryland  20759 - 0454

       Complaint of Maria V. Carmona and John W. Snow,
       Secretary of the Treasury, TD Case Number 03-2185

Dear Ms. Carmona:

Regarding your representative's telephone message to me on Thursday, March 27, 2003, I am sorry you and Mr. Elbell will not meet with me in Washington, D. C. to provide a statement in reference to the issue as outlined in our letter dated February 3, 2003.

In his telephone message on March 27, 2003, Mr. Elbell requested that I not call back or you will consider it a continuation of a hostile work environment. Therefore, I am sending this letter to assist you with your claim of discrimination regarding Vacancy Announcement #OA-2002-0010.

I will continue the investigation as planned during the week of April 7th, 2003, using the information provided in Form TDF62.03.5, Individual Complaint of Employment Discrimination with the Department of the Treasury and in the EEO Counseling Report.

Enclosed is a Privacy Act Notice and a list of questions in an Unsworn Declaration format pertaining to your claim. Please provide a response to the questions no later than Wednesday, April 16, 2003 for inclusion in the investigative file.

After completing your statement in a question and answer format, please fax a signed and dated copy to me at (972) 308-1307. That is a protected fax at the Treasury Complaint Center and you can fax at any time. After faxing a copy, mail the original signed and dated statement to me at the address shown above.

-1-

*Attachment 1*
*Page 4 of 4*

If I can be of any assistance in the preparation of your statement, please do not hesitate to contact me at (972) 712-3324 or you may contact EEO Specialist Victor Reyes at (972) 308-1046. Thank you for your assistance in the timely processing of this EEO complaint.

                Sincerely,


                Jean R. Bauer
                EEO Investigator


Cc:   Maria V. Carmona
       P. O. Box 454
       Fulton, Md. 20759-0454


Encl:  Privacy Act Notice
       Drafted Unsworn Declaration

Attachment 2
Page 1 of 1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

FULTON, MD 20759-0454

| | | |
|---|---|---|
| Postage | $ 0.60 | UNIT ID: 0034 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KY990N |
| Total Postage & Fees | $ 4.65 | 04/01/03 |

Sent To: J. Steven Elbell
Street, Apt. No.; or PO Box No.: P.O. Box 454
City, State, ZIP+4: Fulton, Maryland 20159-0454

PS Form 3800, June 2002    See Reverse for Instructions

7002 2410 0000 6155 4652