

**DEPARTMENT OF THE TREASURY**
TREASURY COMPLAINT CENTER
4050 ALPHA ROAD
DALLAS, TEXAS 75244-4203

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

April 1, 2003

Mr. J. Steven Elbell
P. O. Box 454
Fulton, Maryland 20759 - 0454

      Complaint of Maria V. Carmona and John W. Snow,
      Secretary of the Treasury, TD Case Number 03-2185

Dear Ms. Carmona:

Regarding your representative's telephone message to me on Thursday, March 27, 2003, I am sorry you and Mr. Elbell will not meet with me in Washington, D. C. to provide a statement in reference to the issue as outlined in our letter dated February 3, 2003.

In his telephone message on March 27, 2003, Mr. Elbell requested that I not call back or you will consider it a continuation of a hostile work environment. Therefore, I am sending this letter to assist you with your claim of discrimination regarding Vacancy Announcement #OA-2002-0010.

I will continue the investigation as planned during the week of April 7th, 2003, using the information provided in Form TDF62.03.5, Individual Complaint of Employment Discrimination with the Department of the Treasury and in the EEO Counseling Report.

Enclosed is a Privacy Act Notice and a list of questions in an Unsworn Declaration format pertaining to your claim. Please provide a written response to the questions no later than Wednesday, April 16, 2003 for inclusion in the investigative file.

After completing your statement in a question and answer format, please fax a signed and dated copy to me at (972) 308-1307. That is a protected fax at the Treasury Complaint Center and you can fax at any time. After faxing a copy, mail the original signed and dated statement to me at the address shown above.

-1-



If I can be of any assistance in the preparation of your statement, please do not hesitate to contact me at (972) 712-3324 or you may contact EEO Specialist Victor Reyes at (972) 308-1046. Thank you for your assistance in the timely processing of this EEO complaint.

Sincerely,

Jean R. Bauer
EEO Investigator

Cc:   Maria V. Carmona
      P. O. Box 454
      Fulton, Md. 20759-0454


Encl:  (1) Privacy Act Notice
       (2) Drafted Unsworn Declaration

106