**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARIA V. CARMONA,            )<br>                              )<br>     Plaintiff              )<br>                              )<br>          v.                 )   Civil Action No. 05-2428(JGP)<br>                              )<br>JOHN W. SNOW,                )<br>  Secretary of the Treasury, )<br>                              )<br>     Defendant.             )<br>_____) | |

ORDER

UPON CONSIDERATION of *Defendant's Motion to Dismiss or for Summary Judgment*, the grounds stated therefore, any opposition thereto, and the entire record herein, it is on this ___ day of _____, 2006, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

Beverly M. Russell          Maria V. Carmona
U.S. Attorney's Office      8306 Haven Hill Court
555 Fourth Street, N.W.     Laurel, Maryland 20723
Washington, D.C. 20530