UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA

    Plaintiff

v.                                Civil Action No. 05-2428 (JGP)

JOHN W. SNOW
Secretary of the Treasury

    Defendant

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that the Court enlarge the time by which she must file her opposition to Defendant's motion for summary judgment up to and including Monday, June 19, 2006. Defendant's motion for summary judgment in the above-captioned case was filed on March 17, 2006, following Defendant's request for an extension to file an answer [#4] to Plaintiff's complaint which was filed on December 20, 2005. Plaintiff contacted Defendant's counsel but was unable to obtain Defendant's position prior to filing. In support of her motion, Plaintiff states the following.

Plaintiff has a due date of on or before April 18, 2006, to file her opposition to Defendant's motion for summary judgment in previously filed related case 05cv1194 (JGP). Plaintiff has been working on this opposition and anticipates meeting the current filing due date with consideration being given to circumstances that are not under Plaintiff's control.

RECEIVED

MAR 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Further in these regards, Plaintiff wishes the court to know that since she first initiated the EEO administrative process in 1995[1] Plaintiff has essentially been working two full time jobs, one during the day fulfilling her responsibilities to Treasury OIG, and the other having to use every evening, weekend, holiday, and leave time in order to pursue her claims to equal employment opportunity within the context of her nineteen formal EEO administrative processes and four civil processes.

Accordingly, Plaintiff does not anticipate being able to file her opposition to Defendant's March 17, 2006, motion for summary judgment until June 19, 2006. Plaintiff will make every effort to file her opposition within the newly-requested time frame with consideration being given to circumstances that are not under Plaintiff's control.

A proposed order consistent with the relief requested is attached.

Respectfully Submitted,

Maria V. Carmona, *pro se*
8306 Haven Hill Court
Laurel, Maryland 20723
(301) 490-4328

---

[1] Since 1995 when Plaintiff first initiated the EEO administrative process, Plaintiff has been forced to file nineteen formal administrative EEO complaints and four civil actions against the Defendant in pursuit of her civil right to equal employment opportunity.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA V. CARMONA

    Plaintiff

v.                                                   Civil Action No. 05-2428 (JGP)

JOHN W. SNOW
Secretary of the Treasury

    Defendant

### ORDER

Upon consideration of **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, and for good cause shown, it is hereby

**ORDERED** that the Plaintiff's Opposition to Defendant's Motion shall be filed on or before June 19, 2006.

Date: _____                                     JOHN GARRETT PENN
                                                                             United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

was sent first class mail

this 27th day of March 2006 to:

Beverly M. Russell
Assistant U. S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, DC  20530

J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland  20723
(301) 490-4328