# PLAINTIFF EXHIBITS

P.Ex. 1  Plaintiff Statement Regarding Defendant's False Statements and Perjury Before the Court, Separately Filed on June 19, 2006, 136 total pages, with exhibits listed below)

## Sub-Exhibits

A   Notification of Personnel Action for Plaintiff's promotion to a GM-0511-15 Supervisory Auditor position effective 08/29/99 (1 page)

B   Performance Evaluation of Plaintiff by Freedman, 06/20/00 (6 pages)

C   Notification of Personnel Action for Plaintiff's performance award (cash award) effective 07/17/00 (1 page)

D   Documents for Special Act Award for August 1999 to March 2000 time frame (5 pages)

E   E-mail message of April 12, 2000, regarding processing of Special Act Award (1 page)

F   E-mail message of January 28, 2000, from Freedman indicating that Plaintiff would continue to serve as Acting Director *Finance and Debt* (1 page)

G   E-mail messages from Freedman to Plaintiff praising work (5 pages)

H   E-mail messages to/from Freedman, Kassel, Plaintiff regarding compensation for temporary promotion and other matters. Illustrate that Freedman routinely included Plaintiff among the Directors to whom she sent e-mail messages (13 pages)

I   Excerpt from Plaintiff's seventeenth formal administrative EEO complaint filed on December 27, 2002. Pages 1, 5, 6, 7, A-2, A-3, F-1, F-4, I-4 to I-14. (19 pages)

1

# PLAINTIFF EXHIBITS

**P.Ex. 1 Continued**

### Sub-Exhibits

J    Plaintiff's responses to the five KSAs required in Vacancy Announcement OA-2002-0010 (13 pages)

K    E-mail messages from Freedman to OIG-All (2 pages)
- Announcing the selection of a Director of Audit Operations, dated February 18, 2005
- Announcing the selection of a Manager of Audit Operations, dated March 11, 2005

L    E-mail messages regarding Acting Director of Audit Operations (a) Request for Expressions of Interest and (b) Acting Assignment (5 pages)

M    Freedman's calendar for June-August 2002 (3 pages)

N    Excerpt from Congressional testimony by Deputy Inspector General Dennis S. Schindel on March 12, 2003. Pages 1, 2, and 13 (dealing with divestiture). (3 pages)

O    Excerpt from Department of the Treasury, Office of Inspector General, Semiannual Report to the Congress, Oct. 1, 2004 – Mar. 31, 2005 (2 pages)

P    E-mail message from careerconnectorhelp@do.treas.gov dated December 22, 2004, received by Plaintiff on following her application under Vacancy Announcement OA-2005-007 (14 pages)

Q    E-mail messages of Plaintiff's attempts to obtain an official date of cancellation for the position of Director of Audit Operations (3 pages)

R    Excerpts from Treasury OIG Annual Plans for FY 2002 and for FY 2003 (4 pages)

## PLAINTIFF EXHIBITS

**P.Ex. 2**   Plaintiff's Seventeenth Formal Administrative EEO Complaint, Filed on December 27, 2002. (81 pages)

**P.Ex. 3**   Letter dated October 29, 2002, to J. Steven Elbell (Plaintiff's designated representative in the EEO process), from Marcia H. Coates, Director, Office of Equal Opportunity Program, Treasury, regarding requested assignment of EEO Counselor. Advises that OIG now has an EEO Officer. (1 page)

**P.Ex. 4**   Letter dated January 30, 2003, to J. Steven Elbell, from Victor Reyes, EEO Specialist, Dallas Treasury Complaint Center (Dallas TCC), acknowledging receipt of Plaintiff's seventeenth formal administrative EEO complaint, which was filed on December 27, 2002, and assigning it TD Case Number: 03-2185. (2 pages)

**P.Ex. 5**   Letter dated February 20, 2003, to John W. Snow, Secretary of the Treasury, from Maria V. Carmona, Complainant, responding to attached letter, with cc: to Jerry Armstrong, Director, Dallas TCC.
   Attached: Letter dated February 03, 2003, to J. Steven Elbell, from Director, Dallas TCC, regarding claims accepted for processing in TD Case Number: 03-2185. (6 pages)

**P.Ex. 6**   Certified Mail Receipt and Receipt Acknowledgment dated February 27, 2003, from Director, Dallas TCC. (1 page)

**P.Ex. 7**   Letter dated March 3, 2003, to J. Steven Elbell, from Director, Office of Equal Opportunity Program, Department of the Treasury, regarding Plaintiff's disagreement with the statement of her claims articulated by the Dallas TCC. Determined that the Dallas TCC acted properly regarding the acceptance of Plaintiff's complaint. (1 page)

**P.Ex. 8**   Letter dated March 7, 2003, to J. Steven Elbell, from Director, Dallas TCC, stating that the agency's decision remains unchanged regarding accepted issues for investigation (1 page)

**P.Ex. 9**   Facsimile from EEOC Supervisory Administrative Judge Shih's to Treasury OIG Chief Counsel Richard Delmar transmitting EEOC Acknowledgment and Order dated March 22, 2004 (8 pages)