Carmona, Maria V.

| From: | Freedman, Marla A. |
|---|---|
| Sent: | Monday, February 07, 2000 1:50 PM |
| To: | Carmona, Maria V. |
| Subject: | RE: Ratification of Training Authorization |

Good job!! I will print it out (sign for you and me) and sent it on its way.

Thanks for the quick/quality turn around!!

Marla

-----Original Message-----

| From: | Carmona, Maria V. |
|---|---|
| Sent: | Monday, February 07, 2000 1:40 PM |
| To: | Freedman, Marla A. |
| Subject: | Ratification of Training Authorization |
| Importance: | High |

Marla,

As you requested during our telephone conversation a few minutes ago:

<< File: ADMIN - Ratification of Training - Best.doc >>

Please let me know if you need anything further.

Maria

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, February 25, 2000 1:35 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Engagement Memo - Multi-Bureau - Records Retention and Destruction |

This looks good to me.

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Friday, February 25, 2000 12:00 PM |
| **To:** | Freedman, Marla A. |
| **Subject:** | Engagement Memo - Multi-Bureau - Records Retention and Destruction |

Marla,

Memo attached.

Maria

<< File: MULTI - DOC DESTR - Engagement Memo.doc >>

**From:** Freedman, Marla A.
**Sent:** Thursday, March 02, 2000 4:25 PM
**To:** Carmona, Maria V.
**Subject:** RE: FMS Deposit Fund Accounts

I am not completely through it yet...so far, it looks pretty darn good!  If you want to send the final package over here, feel free.

Thanks!

-----Original Message-----
**From:** Carmona, Maria V.
**Sent:** Thursday, March 02, 2000 4:16 PM
**To:** Freedman, Marla A.
**Subject:** FMS Deposit Fund Accounts

Marla,

The referencing has been completed, resulting in only one minor word change.

Last Friday, you mentioned that you were planning to review the preliminary draft that we provided on February 24.

Could you please let us know if you have any comments that you would like for us to consider before we send the formal report package forward.

Thank you,

Maria

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Kassel, Donald R. |
| **Sent:** | Thursday, March 21, 2002 1:14 PM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Freedman, Marla A.; Mingo, Kimberly T. |
| **Subject:** | FW: Compensation for Temporary Promotion |

**Sensitivity:**     Confidential

Maria,

Per our discussion, I have resolved this issue with our HR folks.

I will prepare an SF-52 to recognize the fact that you were acting Director for the Banking Staff effective 6/24/01. Along with the already created SF-52s the result will reflect that you were in an acting capacity( and should have been compensated as at the GS-15 level) for 4 weeks beginning 6/24/01 through 6/21/01.

HR will process the SF-52 and make the appropriate payroll correction. This will take a little time to correct.

Thank you for your patience.

Don

-----Original Message-----

| | |
|---|---|
| **From:** | Kassel, Donald R. |
| **Sent:** | Tuesday, March 19, 2002 11:57 AM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Compensation for Temporary Promotion |
| **Sensitivity:** | Confidential |

Maria,

I apologize for my dropping the ball on this. When Wanda comes in tomorrow I will pull together some info relating to the issue, and get back to you by cob tomorrow.

Don

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Tuesday, March 19, 2002 6:23 AM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Rush Jr., Jeffrey; Kassel, Donald R. |
| **Subject:** | Compensation for Temporary Promotion |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Maria,

**I am writing to follow up on this request, initially made during November. As mentioned, I would like to ensure that the record correctly reflects the dates of my most recent temporary promotion to the Grade 15.**

**Thank you.**

**Maria**

Plaintiff Exhibit

H

05 cv 2428 (JGP)

1

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Tuesday, February 19, 2002 8:00 AM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | Compensation for Temporary Promotion |

Marla,

I am writing to follow up on this matter, because I would like to ensure that my records correctly reflect the effective dates for the temporary promotion to the Grade 15.

Please advise.

Thank you,

Maria

-----Original Message-----
| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, November 27, 2001 7:39 AM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | RE: Compensation for Temporary Promotion |

Maria,

You may be right. I thought Don's leave was during his 3 week acting period. Don, what's your recollection?

*Marla A. Freedman*
Assistant Inspector General for Audit

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, November 26, 2001 3:44 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | Compensation for Temporary Promotion |

Marla,

My records show that I was acting for Don for the 4-week period of June 24 to July 21, which to my understanding was the time frame when Don was Acting DAIG. I believe that Don was on leave part of that time (week of July 1), and recall that there was some discussion as to whether I would serve as Acting DAIG in Don's absence. As I recall, you decided against that.

If I have an incorrect perception of what occurred during that time frame, please advise.

Thank you,

Maria

_____

-----Original Message-----
From:        Freedman, Marla A.
Sent:        Monday, November 26, 2001 3:11 PM
To:          Carmona, Maria V.; Kassel, Donald R.
Subject:     RE: Compensation for Temporary Promotion

Maira/Don,

I thought that during the timeframe in which you were acting, we were only doing 3 week periods for acting DAIGA -- not 4.

*Marla A. Freedman*
Assistant Inspector General for Audit

-----Original Message-----
From:        Carmona, Maria V.
Sent:        Monday, November 26, 2001 2:43 PM
To:          Kassel, Donald R.
Cc:          Freedman, Marla A.
Subject:     Compensation for Temporary Promotion
Importance:  High

**Don,**

**I just received the SF-50s for the temporary promotion for the 4-week period when I was Acting for you as the National Director, *Banking and Fiscal Service*.**

**The SF-50s indicate that the promotion was effective July 1 through July 21, 2001, a 3-week period.**

**Thus, the Personnel Actions were not processed to cover the full period that I acted for you while you were Acting Deputy AIG for Program Audit, and I did not receive the full amount of compensation, even though Kim Mingo told you that I would.**

**Please advise.**

**Thank you,**

**Maria**

_____

3

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Friday, November 16, 2001 6:57 AM |
| **To:** | Kassel, Donald R. |
| **Cc:** | Freedman, Marla A. |
| **Subject:** | Compensation for Temporary Promotion |
| **Importance:** | High |

Don,

I am writing to document my understanding of how I was compensated for the 4-week temporary promotion while I was Acting for you as the National Director, *Banking and Fiscal Service*.

- The temporary promotion to the GS-511-15 was effective for the period June 24 to July 21, 2001.

  You mentioned that an SF-50 should be provided to me, but I have not received any official documentation of this Personnel action, even though more than 3 months have passed.

- Because the action was not processed within an appropriate time frame, the salary increase was reflected in my paychecks for:
  - Pay Period 13 (July 1 - 14) and
  - Pay Period 14 (July 15 - 28).

  As I understand Kim Mingo explained it to you, I would therefore receive the correct amount of increased compensation but not for the correct period.

This understanding is based on discussions that you and I have had. Please let me know if any of the above information is not stated correctly.

Thank you,

Maria

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Monday, July 02, 2001 2:27 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Advance Leave - Request from New Employee |

Thanks Maria!!

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, July 02, 2001 2:24 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Wendt, Gene R. |
| **Subject:** | Advance Leave - Request from New Employee |

**Marla,**

**I understand that you are taking care of the DAIG-PA responsibilities in Don's absence this week. For this reason, I am forwarding the request below.**

**Mr. Berrios had worked for our OIG for one full pay period during June prior to taking the requested leave, which was for July 2 and 3. The Southern Region will obtain a copy of his last Leave/Earnings Statement as proof of the number of hours to be carried over from the Department of Interior. Personnel stated that the transfer of leave balances could take 2-3 months.**

**Thank you,**

**Maria**

---

-----Original Message-----

| | |
|---|---|
| **From:** | Wendt, Gene R. |
| **Sent:** | Monday, July 02, 2001 11:40 AM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Alexander, I. Susan; Berrios, Carlos |
| **Subject:** | Acting DAIGA Approval for Advanced Leave |
| **Importance:** | High |

We have a new OIG employee who has restored annual leave from his prior agency. However, it will be months before is leave balances will be transferred and on the OIG records. Therefore, I request approval of 18 hours of advanced annual leave for Mr. Carlos Berrios.

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, July 02, 2001 2:24 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Kassel, Donald R.; Paige, Wanda K. |
| **Subject:** | PCIE Award Nomination - Charles D. Trahan |

**Attachments:**     PCIE Award - Trahan.doc

**Marla,**

**Don asked me to send this nomination to you.**



PCIE Award -
Trahan.doc (26 KB..

**Please let me know if you would like additional information.**

**Maria**

**Tracking:**

| Recipient | Read |
|---|---|
| Freedman, Marla A. | Read: 7/2/2001 2:28 PM |
| Kassel, Donald R. | Read: 9/17/2001 4:47 PM |
| Paige, Wanda K. | Read: 7/2/2001 3:15 PM |

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, July 10, 2001 12:00 PM |
| **To:** | Massie, Sylvia T. |
| **Cc:** | Schindel, Dennis S.; Baebel, Emilie M.; Delmar, Richard; Tarr, Michael C.; Carmona, Maria V.; Best, Jr., Alexander; Coleman, Edward G.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | OA's Submission for the Weekly Secretary's Report |
| **Attachments:** | July 7, 2001.doc |

Sylvia,

Attached below is OA's submission for the weekly Secretary's report.

July 7, 2001.doc
(29 KB)

Marla

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, July 10, 2001 3:12 PM |
| **To:** | Carmona, Maria V.; Best, Jr., Alexander; Coleman, Edward G.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | FW: Vacancy - 501-15 |

-----Original Message-----

| | |
|---|---|
| **From:** | Greenip, Edith A. |
| **Sent:** | Tuesday, July 10, 2001 1:43 PM |
| **To:** | Freedman, Marla A.; Pugh, William H.; Kassel, Donald R.; Savill, Barry L.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | Vacancy - 501-15 |

Please pass this along to your employees:

Subject: 3 Day Close Project Manager

Your attention is directed to a job announcement for a project manager (501-15) to oversee the Department's implementation of the 3-day close. The project manager will report to Treasury's Deputy CFO. It is a 2 year term position. The announcement closes on July 20, 2001. In order to have a wide distribution to potential candidates, please share this within your organization.

Thanks for your help.

David Epstein
Department of the Treasury
Director, Office of Financial Systems Integration
202-622-0452
david.epstein@do.treas.gov
http://www.usajobs.opm.gov/

*Edie*

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, July 13, 2001 12:05 PM |
| **To:** | Best, Jr., Alexander; Carmona, Maria V.; Coleman, Edward G.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | USCS testimony |
| **Attachments:** | TT0030B.doc |

-----Original Message-----
**From:** Delmar, Richard
**Sent:** Friday, July 13, 2001 7:19 AM
**To:** Freedman, Marla A.
**Subject:** FW: TT-0030-B FINAL STATEMENT

not looking for comments - just FYI
-----Original Message-----
**From:** LLR@do.treas.gov [mailto:LLR@do.treas.gov]
**Sent:** Thursday, July 12, 2001 5:27 PM
**To:** David.Aufhauser@do.treas.gov; Art.Cameron@do.treas.gov; Michele.Davis@do.treas.gov; Michael.Dawson@do.treas.gov; John.Duncan@do.treas.gov; Dina.Ellis@do.treas.gov; Jeffrey.Kupfer@do.treas.gov; Robb.LaKritz@do.treas.gov; chris.smith@do.treas.gov; Paul.Curry@do.treas.gov; Timothy.Skud@do.treas.gov; Carolyn.Snowden@do.treas.gov; William.Murphy@do.treas.gov; Peggy.Taylor@do.treas.gov; Sonya.Hall@do.treas.gov; Glenda.Finch@do.treas.gov; Cassandra.Williams@do.treas.gov; Francine.Kerner@do.treas.gov; Tim.Adams@do.treas.gov; David.Aronberg@do.treas.gov; STACEY.SPEAKER@CUSTOMS.TREAS.GOV; Yvette.Kinard@do.treas.gov; Carl.Moravitz@do.treas.gov; Dorene.Erhard@do.treas.gov; Pamela.Hicks@do.treas.gov
**Cc:** Andy.Fishburn@do.treas.gov; Lorie.Mudd@do.treas.gov; DelmarR@oig.treas.gov; William.Fox@do.treas.gov; Katie.Quinn@do.treas.gov; Carole.Wilson@do.treas.gov; Rochelle.Granat@do.treas.gov; IACORR@do.treas.gov; Ken.Ludden@do.treas.gov; Paula.Farrell@do.treas.gov; Jared.Gross@do.treas.gov; richard.f.quinn@CUSTOMS.TREAS.GOV; Richard.Carro@do.treas.gov; Karen.Dorsey@do.treas.gov; Ronald.Levy@do.treas.gov; Tom.McGivern@do.treas.gov; Traci.Sanders@do.treas.gov; Steven.VAGLE@do.treas.gov
**Subject:** TT-0030-B FINAL STATEMENT

# REQUEST FOR COMMENTS

**Due Date:**   JULY 13, 2001        2 P.M.

**Subject:**     TT-0030-B  FINAL STATEMENT

**Note:**        This is the draft testimony of Charles W. Winwood, Acting Commissioner USCS, before the House Ways and Means Subcommittee on Trade, on USCS's 2002 Budget request. -- July 17

**SEE ATTACHMENTS**

The views of your office are requested on this item, which has been assigned to Ron Levy.

Please transmit your comments by e-mail to Ron Levy (ronald.levy@do.treas.gov ) with a copy to ALLR" ( LLR@do.treas.gov ). Use the message space of the e-mail for brief responses. For more detailed comments, please attach a separate document to your e-mail reply.

If you are not able to use e-mail to reply, you may fax your response to 622-1188. Please direct your fax to Ron Levy and identify the subject exactly as shown above.

To ensure the full development of the Department's position on this matter, it is important that your office provide comments by the due date. If you can=t meet the deadline or need assistance, contact Ron Levy (622-1147) or the Legislative Staff (622-0650).

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, July 17, 2001 8:03 AM |
| **To:** | Massie, Sylvia T. |
| **Cc:** | Schindel, Dennis S.; Baebel, Emilie M.; Delmar, Richard; Tarr, Michael C.; Carmona, Maria V.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | Weekly Secretary's Report -- OA's Submission |
| **Attachments:** | July 17, 2001.doc |

Sylvia,

Attached below is OA's submission for the weekly Secretary's report.

July 17, 2001.doc
(29 KB)

Marla

11

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, July 18, 2001 3:27 PM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Schindel, Dennis S.; Kassel, Donald R.; Lee, Benny W.; McGeorge, C. Samuel; Richardson, Ronda R. |
| **Subject:** | RE: FMS - ETA - Planned GAO review |

Thanks...let's just keep an eye on it.

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Wednesday, July 18, 2001 2:40 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Schindel, Dennis S.; Kassel, Donald R.; Lee, Benny W.; McGeorge, C. Samuel; Richardson, Ronda R. |
| **Subject:** | FMS - ETA - Planned GAO review |

**Marla,**

**As discussed in the final project proposal for the FY 2002 Annual Plan, *Banking and Fiscal Service* had considered the possibility that Congress would ask GAO to address this matter as a result of the hearings held during June 2001 by the Subcommittee on Oversight and Investigations of the House Committee on Financial Services. During the hearings, questions were raised about the limited availability of ETA accounts, the associated risk of fraud, the extent of services provided, and the level of outreach to minority groups. Concern was also expressed about the cost to the government for each account and about the fact that only 1% of the population for whom ETA was designed is currently enrolled.**

**We have copies of the testimony, and will consider GAO's final objectives and scope in determining whether an audit by us would be appropriate.**

**Maria**

-----Original Message-----

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, July 18, 2001 1:03 PM |
| **To:** | Lee, Benny W.; Carmona, Maria V.; Kassel, Donald R. |
| **Cc:** | Schindel, Dennis S. |
| **Subject:** | RE: Planned GAO review |

Would have been nice if we could have gotten to it first. When this stuff starts, let's see if we can carve a piece out for ourselves.

-----Original Message-----

| | |
|---|---|
| **From:** | Lee, Benny W. |
| **Sent:** | Wednesday, July 18, 2001 12:51 PM |
| **To:** | Carmona, Maria V.; Kassel, Donald R. |
| **Cc:** | Freedman, Marla A. |
| **Subject:** | Planned GAO review |

I understand GAO has a congressional request to look at Treasury's ETA program. The key questions include (1) to what extent are federal benefits recipients participating in the EFT program, (2) How Treasury determines recipients eligible for hardship waivers, and (3) obstacles to greater participation in the EFT program. This set to start sometime this quarter, but I don't who the GAO players are yet or the requesting committee.   This obviously a FMS thing, thus the headsup to you folks.

I thought the EFT issue has been in and out of our annual plan over the years, but like most FMS work never got around to it. From the questions that GAO is being asked, my guess is the focus is more results oreinted than operational.

*Benny*

P.O. Box 454
Fulton, Maryland 20759
December 27, 2002

EXECUTIVE SECRETARIAT

2002 DEC 27 A 10: 43

DEPARTMENT OF
THE TREASURY

Paul H. O'Neill
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**Complaints of Maria V. Carmona and Paul H. O'Neill, Secretary of the Treasury**
**TD Case Numbers:  96-1069, 96-Unassigned, 96-1259, 96-1313, 97-1139, 97-1238**
**97-1269, 98-1044, 98-1068, 98-1091, 99-1119, 01-1155,**
**02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c),**
**02-Unassigned(d), 03-Unassigned(e)[1]**

**Hand-delivered on December 27, 2002**

Dear Secretary O'Neill:

**The purpose and intent of this correspondence is to respectfully file my seventeenth formal Equal Employment Opportunity (EEO) complaint against the Department of the Treasury regarding the clear long-term pattern and practice of discrimination, retaliation, disparate treatment, and hostile/harassing work environment that has been directed and is being directed against me during my career with the Department of the Treasury.**

I am filing this formal EEO complaint directly with you, Secretary O'Neill, because I have no confidence or trust in the integrity of the Department of the Treasury EEO program, management, or staff, and so as to ensure that you are personally aware of my past and present EEO concerns.

Claims, issues, and matters for the instant complaint evidence, in part, a continuation of the long-term pattern and practice by Department of the Treasury management and staff of discrimination, retaliation, disparate treatment, and a hostile/harassing work environment that has been committed and continues to be committed against me.  These latest actions also constitute a continuation of a pattern and practice of manipulation of and violation of the Merit System Principles in order to continue to deny me merited promotions within the Department of the Treasury.

**The triggering event for the filing of my seventeenth formal EEO complaint, as noted in my October 18, 2002, request for assignment of an EEO counselor, was the misrepresentation of my September 13, 2002, proper and timely filed application under Vacancy Announcement OA-2002-0010 for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15. I have been waiting for a determination on the status of this position, but feel that I cannot wait any longer, and for this reason I am filing today.**

---

[1] 96-Unassigned, 02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c), 02-Unassigned(d), and 03-Unassigned(e) reflect six formal EEO complaints that I have filed that have not been assigned TD numbers by the Department of the Treasury. 03-Unassigned(e) represents the instant complaint.



Plaintiff
Exhibit

I

05cv 2428 (JGP)    Excerpt

Page 1 of 15

As stated in the September e-mail message that was attached to my September 17 expression of concern (Exhibit A), the process that was followed for this position was a departure from the manner in which vacancy announcements have historically been announced and applications filed within the OIG.

Below is a list of major differences in the process, followed by a more-detailed discussion.

- The vacancy announcement was not posted in the usual manner.

- Applicants were required to apply online.

- Applicants were required to submit a résumé. Standard Federal application forms, such as the SF-171 and the OF-612 were unacceptable.

- There was a limit placed on the length of the résumé and of each of the narrative responses describing experience.

- Applicants were not allowed to print a complete copy of their application prior to submittal.

- The Knowledge, Skills, and Abilities (KSA) in the vacancy announcement and in the online application did not directly correspond.

- The applications were rated mechanically, rather than by a rating panel of experts.

I believe that all of these differences were structured by OIG management to limit competition and to achieve a desired discriminatory and retaliatory result. In addition, it was recently announced, after going through the interview process, that the position may not be filled from among the candidates who made the Best Qualified List. All of these actions are an attempt to manipulate the merit system, in clear violation of the Merit System Principles.

The vacancy announcement for the position of Director of Audit Operations was posted exclusively to the Office of Personnel Management (OPM) USAJOBS web site, under Control No. TS3169 FM. See Exhibit F. To my knowledge, Treasury OIG employees were not notified that the vacancy announcement existed or that the position had been posted to this web site.

This contrasts sharply with the process used historically at the OIG, in which vacancy announcements were posted to:

- the *Vacancy Announcements* Folder on the OIG's Microsoft Outlook, under the Public Folders, HR Information section;

- the *Vacancy Announcements* Listing included as an attachment to an e-mail message sent to all OIG staff on a weekly basis by Human Resources staff when there were new announcements (see Exhibit G for a sample message dated July 8, 2002); and

- the Human Resources information carousel (multiple printed copies) on the fifth floor of the OIG offices at the 740 15th Street, N.W., building.

It had been my understanding that all vacancy announcements were to be widely posted, as discussed above, so that all OIG employees would be aware of vacancies and could have easy access to the

announcements. Employees were given the option of calling the Human Resources staff to obtain a copy of any announcement. It was also customary to mention in staff meetings that vacancies had been announced, and management often advised eligible employees verbally or through e-mail (see Exhibit H for sample e-mail messages).

Yet, I was not advised by the OIG in any manner of the posting of the vacancy announcement for the instant position  The position was not announced to all OIG staff through any means of which I am aware.

It should be noted that, to my knowledge, there was no advance notification of any kind that the OIG was revising the manner in which it announced positions, accepted applications, and evaluated applications to determine the Best Qualified List. It is my understanding that no new policies or procedures were issued about applying for OIG vacancies prior to the USAJOBS posting of the instant vacancy announcement.

In addition, applicants were required to apply online, by clicking on a link provided in the online announcement, preparing an online résumé, responding to a series of *Core Questions*, and completing an *Applicant Assessment*. Applicants were also required to fax specified documents to a designated telephone number.

This differed from the historical OIG practice of accepting printed copies of applications delivered to Human Resources. In the past, employees were not required, or, to my knowledge, even permitted, to file online. Résumés were not mandatory, with applicants given the option of using a résumé, an SF-71, an OF-612, or *other format of choice*. Suddenly, without official notification or advance warning, the SF-171 with the corresponding KSA statements, which I had used to apply for other OIG vacancies over the years, were no longer acceptable.

The OIG established limitations as to the number of characters that could be included in the résumé and in each of the narrative responses describing experience that applicants were required to provide, another stricture that did not exist for prior vacancy announcements within the OIG.

To my knowledge, the online application system was set up so that a copy of the entire application could not be printed by the applicant prior to submittal. Thus, it was not possible to print a copy of the online document to check it prior to submittal. Nor was it possible to maintain a record of the exact contents of the application as it was submitted. I was therefore not able to complete a step that I routinely take, and that I wanted to complete for this application, i.e., checking a printed copy prior to submitting the document. In the alternative, I checked my application very carefully on the screen, ensuring that it was at a level commensurate with those that I had filed in the past. I also sent an e-mail message requesting to be provided with a complete copy of the application for my records. It was the receipt of this misrepresented copy that triggered the instant complaint.

The manner in which the KSAs required for the position were addressed differed from the manner in which KSAs have historically been addressed by the OIG. For example, there was not a one-to-one correspondence between the KSAs and the qualification statements that were required during the online application process. Some aspects of the KSAs were not addressed at all in the online questionnaire, and detailed statements were required about factors that were not listed in the published KSAs. An analysis follows.

USAJOBS Vacancy Announcement OA-2002-0010 states that the five KSAs listed below are *necessary for this job*. See Exhibit F.

## KSAs

KSA 1.  Applied knowledge of professional auditing standards applicable to Federal financial and program audits.

KSA 2.  Skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations.

KSA 3.  Ability to direct and supervise a diverse staff of professionals on multiple tasks.

KSA 4.  Ability to prepare and deliver oral briefings to the Inspector General (IG) and top Department officials.

KSA 5.  Ability to prepare written communications to develop clear, concise reports; oral and visual presentations; and completed staff work.

See Exhibit I for a copy of the documents that were provided to me in response to my request for a copy of my application. These documents, provided by the OIG on September 17, 2002, include the *Applicant Assessment* section of the online application, which is the section that addresses specific qualifications. Below is a list of the qualification statements as presented in the *Applicant Assessment*, i.e., the four statements for which the documents provided to me indicate a narrative response describing experience was required. It should be noted that, as mentioned above, I expressed my concerns on the day that I received these documents, stating, in part, that there was a serious problem in that the documents provided did not accurately reflect what I submitted online.

## Qualification Statements in the Online *Applicant Assessment* (AA)

AA 4.  Develop and implement policies for audit quality assurance and conduct internal reviews and external peer reviews of audit organization compliance with professional standards.

AA 5.  Incorporate input from a variety of sources (Departmental Management, Congressional staffers, current events) into the development of strategic and annual plans for the allocation and expenditure of Audit resources.

AA 10. Conduct or oversee audits in accordance with the Government Auditing Standards published by the U.S. General Accounting Office.

AA 13. Act as liaison between audit organization and Congress.

It is clear from a comparison of these two lists that the online qualification statements do not directly correspond to the published KSAs. Specifically, the first two statements, AA 4 and AA 5, establish requirements that are not even mentioned in the KSAs. While the other two online qualification

| From: | Carmona, Maria V. |
|---|---|
| Sent: | Tuesday, September 17, 2002 2:35 PM |
| To: | Mingo, Kimberly T. |
| Cc: | Rush Jr., Jeffrey; Schindel, Dennis S.; Freedman, Marla A.; Silverman, Adam; Greenip, Edith A. |
| Subject: | Application for Director of Audit Operations - Concerns with Printed Copy |

Kim,

Thank you for providing a copy of my application for the position of Director of Audit Operations, and for offering to look into the issue of printing from an applicant's screen, which I was unable to do (see message below).

There is a serious problem in that the documents that you provided to me do not accurately reflect what I submitted online.

I believe that some of the information that I included in the responses to the questions is not reflected in the printed version. For example, Question 5.2 seems to contain only one paragraph of a detailed response that I entered. Similarly, my response to Question 10.2 included an introduction and a detailed discussion of two audits with significant findings. Yet the printed version seems to pick up in the middle of my discussion of the second audit.

In looking over my documents, I also noticed that some of the unusual characters you mentioned occurred in the printed version that did not show up when I was working on the screen. As just one example, the seventh paragraph in response to Question 13.2 has a series of symbols and numbers where dashes should be. The word *not-for-profit* is shown as *not&#64979;for&#64979;profit*.

I checked my application over very carefully online before submitting it on Friday.

Please note that this message is based only on a preliminary review of the printed documents that you provided this afternoon. Other concerns may be identified once I have an opportunity to review them more closely.

I am including a CC to Mr. Rush, to Mr. Schindel, to Marla, to Adam, and to Edie so that they are aware of my concerns.

Please advise.

Maria

-----Original Message-----

| From: | Carmona, Maria V. |
|---|---|
| Sent: | Monday, September 16, 2002 8:48 AM |
| To: | Mingo, Kimberly T. |
| Subject: | Request for Copy of Application |

1

A-2 [ Sub-Exh. A-1 ]

I am writing to request a complete copy of the application that I filed on Friday, September 13, under Vacancy Announcement No. OA-2002-0010, for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15.

It is my understanding that the process that was followed for this position is a departure from the manner in which vacancy announcements have historically been announced and applications filed within the OIG.

I was not able to print a copy of my submission through the QuickHire program.

As such, I would appreciate the directions for printing documents from this program.

Thank you,

Maria

A-3 [A-2] Sub-Exh



**USA**

*"Working for America"*

Job Search • USAJOBS by Email • FAQs • Forms

Use back on your browser to return to the Job Record

# Vacancy Announcement

USAJOBS Control No. TS3169 FM

www.USAJOBS.opm.gov, the U. S. Government's official source of job information, provides this information to the public at no cost.

Treasury Office of Inspector General

**PLEASE READ ALL INFORMATION CAREFULLY**

ANNOUNCEMENT NO: OA 2002-0010

OPENING DATE: 08/13/2002

CLOSING DATE: 09/13/2002

Treasury OIG is looking for people capable of taking initiative and exercising independent judgment, with a strong desire to improve the effectiveness and efficiency of government programs and the intellectual capacity and drive to make that happen. OIG is responsible for overseeing the operations of all Treasury Department Offices and Bureaus (with the exception of the IRS) and for conducting audits, investigations, and evaluations. Given the extremely varied nature of the Treasury Department's responsibilities, you could find yourself working on anything from reviews of bank failures to analyses of anti-terrorism operations.

As Director of Audit Operations, the individual selected for this position will work directly for the Assistant Inspector General for Audit (AIGA) in the Treasury Office of Inspector General, and will be responsible for providing leadership and technical oversight in accomplishing the AIGA's responsibilities for the Office of Audit. The incumbent will also serve as an advisor to the AIGA on a wide range of issues that relate to the Office of Audit's program responsibilities.

Specific duties include developing plans for the allocation of audit

F-1

Your responses to questions in the application process will help us to evaluate the degree to which you have the following knowledge, skills, and abilities necessary for this job:

1. Applied knowledge of professional auditing standards applicable to Federal financial and program audits.

2. Skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations.

3. Ability to direct and supervise a diverse staff of professionals on multiple tasks.

4. Ability to prepare and deliver oral briefings to the Inspector General (IG) and top Department officials.

5. Ability to prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work.

****YOU MUST FAX THE FOLLOWING DOCUMENTS TO (202) 927-6492 BY 11:59 P.M. ON THE CLOSING DATE:****

1. If you qualify based solely on education:  Your transcript(s).

2. If you are a current or former Federal employee with status:  Your most recent SF-50 (other than an award action), and performance appraisal.

3. If you are eligible for veteran's preference:  Your form DD-214, Armed Forces of the United States Report of Transfer or Discharge.  For 10-point preference, then in addition to the DD-214, an SF-15, Claim for Veterans' Preference.  If you are unsure about your eligibility for veterans' preference, please see the note below.

4. If you are CTAP/ICTAP eligible, and are applying for special selection priority:  Proof that you meet the requirements described in 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for ICTAP (agency notice; most recent Performance Rating; most recent SF-50 noting current position, grade level, and duty location; and documentation of current promotion potential.)  We will rate your application "well-qualified" if it receives a rating of 85 prior to the addition of veterans' preference points.

IF WE SELECT YOU, WE WILL NEED YOU TO:

**QuickHire**
Evaluate the people, not the paper.

# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

## Applicant Assessment

What locations do you wish to apply to?
Washington DC Metro Area, DC

What grades do you wish to apply to?
15

\* All Grades 1. You must meet the minimum basic educational/experience requirements for professional accounting positions in the federal government. Choose one answer which best describes your educational/experience background for an auditing position.

**Answer( points):** I have at least 4 years of experience in accounting, or an equivalent combination of accounting experience, college-level education, and training. I am also a Certified Public Accountant or a Certified Internal Auditor which was obtained through a written examination.

\* All Grades 2. GS-15 In addition to meeting the basic requirements, you must have at least one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education.

**Answer( points):** I have at least one full year of specialized experience equivalent in responsibility and scope to the GS-14 level as described in the vacancy announcement under specialized experience requirements.

All Grades 3. Conduct or supervise special assignments and projects, providing alternative courses of action and recommendations for the consideration of senior management.

**Answer( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

\* All Grades 4. Develop and implement policies for audit quality assurance and conduct internal reviews and external peer reviews of audit organization compliance with professional standards.

**Answer( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

   **4.1.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.



# Treasury Office of Inspector General

## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer (points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

4.2.  Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

I was the Acting Director of the Department of the Treasury, Office of Inspector General(OIG), Office of Quality Assurance from May 4, 1993 through October 9, 1993, with a temporary promotion (not-to-exceed 120 days) to the GM-511-15.

In this position, I directed the OIG`s internal quality assurance function, providing leadership and technical oversight to quality assurance reviews performed by the four GS-13 auditors that staffed the office. I had responsibility for quality assurance not only over audit operations, but over all OIG functions.

Under my leadership, the staff issued three quality assurance reports. The first, on a review of regional Audit offices, contained 15 recommendations for enhanced compliance with professional auditing standards. The second, a review of administrative procedures at IGATI, had 18 recommendations on internal controls and on the management of the Institute`s 1-year appropriation. The third report was on an information resources management review of compliance with the Privacy Act, with 7 recommendations on publication requirements, safeguards, and training.

I prepared the 1994 Annual Plan for the Office of Quality Assurance. This was the first detailed annual plan that had been prepared for this function, and it was very well received by senior management.

As the Acting Director of Quality Assurance, I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 PCIE Peer Review process. This resulted in a Memorandum of Understanding that was signed by the Inspectors General at Treasury, GSA, the NRC, and OPM. Through my efforts, I was able to establish an environment of mutual respect among the participating organizations that carried through

---



**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

to the completion of this assignment.

I subsequently served in a lead role for this external peer review, as I had in 1991 for the first peer review cycle. One of the objectives of peer reviews is to determine if an organization is complying with the Government Auditing Standards. In each case, I was responsible for the review of internal quality control policies and procedures, the assessment of the internal quality assurance program, and the review of selected audit operations. I believe that the Special Act award that I received for my role in the 1991 PCIE Peer Review and other awards that I have received over the years are indicative of my knowledge of professional auditing standards and my ability to apply these standards in both an auditing and a quality assurance capacity.

During my years in the Office of Oversight, I managed numerous reviews that determined whether the internal affairs functions of the Treasury law-enforcement bureaus were adhering to the PCIE investigative standards, as well as to their own policies and procedures. The Oversight reviews that I managed from December 1989 to July 1995 and from March 1997 to October 1998 were quality assurance reviews, relying on the same analytical processes and approaches that one would take in performing such reviews on audit operations.

Because of my in-depth knowledge of professional standards, I have also been selected over the years to analyze and comment on proposed revisions. During 1993, for example, the Government Auditing Standards Advisory Council issued an Exposure Draft on what was to become the 1994 Revision to the Government Auditing Standards. As the Acting Director for Quality Assurance, I prepared the OIG&#8217;s official comments. I coordinated the review with the OIG Office of Audit, including representatives from both the financial statement audit and the program audit groups, and with the Inspector General (IG), who was very interested in this matter. In addition, I had a number of discussions with the Auditing Standards Assistant Director at GAO, who was the principal author of the revisions. The comments that the OIG provided were well thought out and were considered by GAO in drafting

# QuickHire
Evaluate the people, not the paper.

# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer ( points):** the 1994 Revision to the Government Auditing Standards.

I keep current on revisions to the Government Auditing Standards, and have been monitoring proposed changes that are expected to be issued at the end of this year.

In addition, my knowledge of other professional standards enhances my ability to manage and direct broad assignments requiring an integrated analysis of different operational functions, including audits and quality assurance reviews. For example, I oversaw a detailed analysis of the 1997 revisions to the PCIE Quality Standards for Investigations. I am also very familiar with the PCIE Quality Standards for Inspections, which are the standards to which auditors and investigators adhered when performing Office of Oversight reviews.

* All Grades 5. Incorporate input from a variety of sources (Departmental Management, Congressional staffers, current events) into the development of strategic and annual plans for the allocation and expenditure of Audit resources.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

    5.1. Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

**Answer ( points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

    5.2. Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

**Answer ( points):** ). In addition, as part of the preparation of annual plans, I consider staffing and other costs. For example, I present recommended projects in priority order, indicating those that can be accomplished with the current, and with the proposed, staffing levels. I consider travel costs that may be associated with each project, and if necessary limit the scope or plan alternative approaches to ensure that the office will operate within its travel budget.

All Grades 6. Supervise immediate staff to ensure that senior management's

---

 **Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

objectives are met, that senior management is provided with accurate and timely information, and that administrative processes are working effectively.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 7. Conduct surveys of audit activity to determine areas offering the greatest potential for tangible audit benefits.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 8. Work with staff to plan work assignments and priorities.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 9. Analyze financial and program data to identify trends, problems, and decision points.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 10.Conduct or oversee audits in accordance with the Government Auditing Standards published by the U.S. General Accounting Office.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

10.1. Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

**Answer (points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

10.2. Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

the review of the Community Development Financial Institutions (CDFI) Fund Post-Award Administration Process.

The review covered a sample of 54 CDFI Program awards totaling $60.8 million, which represents 28 percent of the total CDFI Program dollars awarded by the Fund during FYs 1996&#64979;1999. Seven auditor/investigator teams made onsite visits to 48 award recipients located in 22 states.

---