P.O. Box 454
Fulton, Maryland 20759
October 18, 2002

EXECUTIVE SECRETARIAT

2002 OCT 18  A 11: 06

DEPARTMENT OF
THE TREASURY

Paul H. O'Neill
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**Complaints of Maria V. Carmona and Paul H. O'Neill, Secretary of the Treasury**
**TD Case Numbers: 96-1069, 96-Unassigned, 96-1259, 96-1313, 97-1139, 97-1238**
**97-1269, 98-1044, 98-1068, 98-1091, 99-1119, 01-1155,**
**02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c),**
**02-Unassigned(d)[1]**

**Hand-delivered on October 18, 2002**

Dear Secretary O'Neill:

I am contacting you directly as Secretary of the Treasury for assignment of an Equal Employment Opportunity (EEO) Counselor. As stated in previous correspondence, I have no trust or confidence in the integrity of the Department of the Treasury EEO program.

It is my understanding that October 18, 2002, is my protected date for making this request, and that the 30-day EEO counseling period provided under EEO MD-110 commenced on this date. It is also my understanding that if an EEO counselor is not assigned to me within 30 days of this October 18, 2002, request, it is my right to file a formal EEO complaint.

The triggering event for my requesting the assignment of an EEO Counselor is the misrepresentation of my September 13, 2002, proper and timely filed application under Vacancy Announcement OA-2002-0010 for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15.

I notified Inspector General Jeffrey Rush, Deputy Inspector General Dennis Schindel, Assistant Inspector General for Audit Marla Freedman, Assistant Inspector General for Management Adam Silverman, and others about my concerns and to date have received no response. (Exhibit A)

I believe that these latest actions constitute a continuation of the long-term pattern of discrimination, retaliation, disparate treatment, and a hostile/harassing work environment committed against me by the Department of the Treasury, and that these latest actions also constitute a continuation of a pattern and practice of manipulation of and violation of the merit system principles in order to continue to deny me merited promotions within the Department of the Treasury.

If you have any questions, please contact my representative, J. Steven Elbell, at the above address.

Sincerely,

Maria V. Carmona
Complainant

---

[1] 96-Unassigned, 02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c), and 02-Unassigned(d) reflect five formal EEO complaints that I have filed that were not assigned TD numbers by the Department of the Treasury.

A-1

Carmona, Maria V.

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Tuesday, September 17, 2002 2:35 PM |
| **To:** | Mingo, Kimberly T. |
| **Cc:** | Rush Jr., Jeffrey; Schindel, Dennis S.; Freedman, Marla A.; Silverman, Adam; Greenip, Edith A. |
| **Subject:** | Application for Director of Audit Operations - Concerns with Printed Copy |

**Kim,**

Thank you for providing a copy of my application for the position of Director of Audit Operations, and for offering to look into the issue of printing from an applicant's screen, which I was unable to do (see message below).

There is a serious problem in that the documents that you provided to me do not accurately reflect what I submitted online.

I believe that some of the information that I included in the responses to the questions is not reflected in the printed version. For example, Question 5.2 seems to contain only one paragraph of a detailed response that I entered. Similarly, my response to Question 10.2 included an introduction and a detailed discussion of two audits with significant findings. Yet the printed version seems to pick up in the middle of my discussion of the second audit.

In looking over my documents, I also noticed that some of the unusual characters you mentioned occurred in the printed version that did not show up when I was working on the screen. As just one example, the seventh paragraph in response to Question 13.2 has a series of symbols and numbers where dashes should be. The word *not-for-profit* is shown as *not&#64979;for&#64979;profit.*

I checked my application over very carefully online before submitting it on Friday.

Please note that this message is based only on a preliminary review of the printed documents that you provided this afternoon. Other concerns may be identified once I have an opportunity to review them more closely.

I am including a CC to Mr. Rush, to Mr. Schindel, to Marla, to Adam, and to Edie so that they are aware of my concerns.

Please advise.

Maria

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, September 16, 2002 8:48 AM |
| **To:** | Mingo, Kimberly T. |
| **Subject:** | Request for Copy of Application |

A-2   Sub-Exh
A-1

Kim,

I am writing to request a complete copy of the application that I filed on Friday, September 13, under Vacancy Announcement No. OA-2002-0010, for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15.

It is my understanding that the process that was followed for this position is a departure from the manner in which vacancy announcements have historically been announced and applications filed within the OIG.

I was not able to print a copy of my submission through the QuickHire program.

As such, I would appreciate the directions for printing documents from this program.

Thank you,

Maria

Sub-Exh
A-3  A-2

P.O. Box 454
Fulton, Maryland 20759
June 5, 2002

EXECUTIVE SECRETARIAT

Paul H. O'Neill
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

2002 JUN -5  A 9: 27

DEPARTMENT OF
THE TREASURY

**Complaints of Maria V. Carmona and Paul H. O'Neill, Secretary of the Treasury**
**TD Case Numbers:   96-1069, 96-Unassigned, 96-1259, 96-1313, 97-1139, 97-1238,**
**97-1269, 98-1044, 98-1068, 98-1091, 99-1119, 01-1155,**
**02-Unassigned(a), 02-Unassigned(b)**

**Hand-delivered on June 5, 2002**

Dear Secretary O'Neill:

The purpose of this letter is to first respond to several letters dated May 17, 2002, from the Department of the Treasury Washington Regional Complaint Center, to Ms. Carmona and me, and which we received on May 31, 2002, regarding formal EEO complaint TD-01-1155. It is noted that the letters were postmarked May 21, 2002.

It is Ms. Carmona's and my understanding that this response is within the 5-day response period from date of receipt, as requested.

It should be noted that formal EEO complaint TD-01-1155 was properly and timely filed by Ms. Carmona on December 18, 2000.

It is Ms. Carmona's and my position, in direct response to your letters of May 17, that the information and documentation that Ms. Carmona provided at the time of filing of the referenced formal EEO complaint on December 18, 2000, sufficiently framed her issues for investigation and sufficiently framed her issues for the proffering of good faith administrative remedies.

It is Ms. Carmona's and my understanding, regarding the referenced complaint, that Treasury is in violation of the regulations contained at 29 C.F.R. 1614, which required that Treasury complete its investigation of the complaint within 180 days of the date of filing of the complaint.

It is Ms. Carmona's and my understanding that, upon appeal by Ms. Carmona to the EEOC regarding the referenced complaint, the EEOC issued, upon remand, a decision and order directing Treasury to take several actions. It is noted that the EEOC's order also included statements regarding noncompliance with their order. It is Ms. Carmona's and my understanding that Treasury has not complied with the EEOC's order, and it is Ms. Carmona's and my understanding that the EEOC, again, has taken no action against Treasury.

B-1

In further regards to Treasury's noncompliance with the regulations and noncompliance with the EEOC's order regarding the referenced complaint, this letter also documents for the record what Ms. Carmona and I deem, under the circumstances, to be inappropriate contact of Ms. Carmona and me by one of your investigators, as occurred on June 3, 2002, and June 4, 2002, regarding the referenced complaint.

I returned your investigator's call on June 4 as a courtesy and informed her that Ms. Carmona and I consider investigator contact at this time to be inappropriate based on Treasury's noncompliance with the regulations and noncompliance with the EEOC's order. It is also noted for the record that the investigator stated that she was taking her direction from Viola Cole of your WRCC staff, an individual who Ms. Carmona and I have clearly expressed serious concerns about in the past to former Treasury Secretary Rubin.

This pattern and practice of Treasury's noncompliance with the regulations and noncompliance with EEOC orders, with no adverse inferences and/or actions being taken by the EEOC against Treasury and no sanctions being placed on Treasury by the EEOC for its noncompliance, clearly evidences that Treasury views itself as above the law regarding its clear long-term pattern and practice of discrimination, retaliation, disparate treatment, and the hostile/harassing work environment that it has committed and continues to commit against Ms. Carmona, and clearly evidences that Treasury was and is working in collusion with the EEOC to deny Ms. Carmona her rights and her right to equal employment opportunity. It is noted that EEOC OFO Director Hadden made comments to the effect, in an open forum, that Treasury was one of the two worst EEO offenders in the Federal government, but that the EEOC was not going to address the situation because it didn't want to bite off more than it could chew.

It is Ms. Carmona's and my opinion, based on years of experience, that Treasury simply knows that it has nothing to fear from any entity of the Federal government.

This letter also addresses a letter dated May 23, 2002, which Ms. Carmona and I also received on May 31, from your Office of Equal Opportunity Program that addresses a formal EEO complaint that Ms. Carmona properly and timely filed with you on May 7, 2002.

It is Ms. Carmona's and my understanding from the letter that Treasury will also not be properly processing this formal EEO complaint, i.e., assigning a TD number, a pattern and practice that Treasury has recently instituted for other formal EEO complaints filed by Ms. Carmona.

Ms. Carmona and I believe that the reasoning for doing so, as stated in the letter, is merely pretext in order for Treasury to not have to properly acknowledge and properly process the clear, separate, and distinct *prima facie* acts of discrimination that Treasury continues to commit, without fear of intervention by the EEOC, against Ms. Carmona as is evidenced throughout her over 18-year career with Treasury.

Ms. Carmona and I consider it an egregious act and clear violation of Ms. Carmona's rights for Treasury to simply decide to combine separate and distinct issues raised in good faith by Ms. Carmona in separate and distinct formal EEO complaints, with a formal EEO complaint that Ms. Carmona filed back on December 18, 2000.

B-2

Ms. Carmona and I view this latest strategy of not assigning separate TD numbers to each formal EEO complaint that Ms. Carmona is being forced to file due to the clear continuation of *prima facie* acts of discrimination being committed against her by Treasury, to be merely pretext and is merely being used to cover up for and obscure the sheer number of *prima facie* acts of discrimination that Treasury has committed and continues to commit against Ms. Carmona and, as such, is merely being used to cover up for and obscure the sheer number of formal EEO complaints that Ms. Carmona has been forced to file as a result.

In conclusion, as an aside, Ms. Carmona and I question the motives and intent of Treasury in the taking and timing of all of these actions, i.e., Treasury's clear noncompliance with the regulations and noncompliance with the EEOC's order; the subsequent inappropriate contact of Ms. Carmona and me by your investigator; the several mailings by Treasury requiring consideration and a response being mailed just prior to a major holiday weekend; and especially the taking and timing of these actions in light of the schedule of Ms. Carmona's civil action that was filed against you. Enough said.

If you have any questions, please contact me at the above address.

Sincerely,

J. Steven Elbell
Representative


Maria V. Carmona
Complainant


cc:    Cari M. Dominguez
       Chair of the U.S. Equal Employment Opportunity Commission
       1801 L Street, N.W.
       Washington, DC 20036

B-3

DEPARTMENT OF THE TREASURY
REGIONAL COMPLAINT CENTER
WASHINGTON

MAY 3 1996

Ms. Maria V. Carmona
P. O. Box 454
Fulton, MD   20759-0454

Complaint of Maria V. Carmona and
Robert E. Rubin, Secretary of the Treasury
TD Case Number: 96-1069

Dear Ms. Carmona:

This is in response to your letters of March 11 and 26, 1996, and April 8, 1996, concerning your complaint of discrimination filed on December 14, 1995.

In regard to your letter of March 11, 1996, the issues accepted on February 29, 1996, are centered around your allegation of harassment. The other allegations made in your complaint are being addressed under separate cover within the near future.

The following comments pertain to your letters of March 26, 1996. Concerning the five days comment period given to you to comment on the issues accepted in the February 29, 1996, acceptance letter, this is a standard comment period provided to you by all Treasury Regional Complaint Centers. Pertaining to the location of the regulations that state complainants have 15 days to respond to a letter requesting clarification of allegations made in the complaint, the regulations can be found in 29 CFR 1614.107(g). Concerning your question regarding the dates of the acceptance and the clarification, our record shows that these letters were signed by two different individuals and therefore, it is not unusual that these documents are issued on different dates.

Concerning the assignment of an EEO Investigator to your case, our record shows that Ms. Yolanda Wade has been assigned to investigate your complaint. She should be contacting you soon.

Regarding the statement that you are experiencing a continued pattern of discrimination and retaliation after the December 15, 1995, filing date of your complaint, the regulations at 29 CFR 1614.105(a)(1) provide, in part, that an aggrieved person must initiate contact with an EEO Counselor within 45 days of the date of the matter alleged to be discriminatory and retaliatory. You must contact an EEO Counselor regarding any matters that were not a part of the complaint that you filed on December 15, 1995, and that occurred after the filing of that complaint.

Concerning the copy of the April 8, 1996, memorandum to the EEO Officer regarding official time to respond to EEO matters and the use of government equipment to prepare your complaint, this matter has been brought to the attention of your EEO Officer.    Use of time

- 2 -

and equipment for these purposes are managed by bureau and Departmental Office managers, as advised by their Personnel and EEO Offices.  You should contact your EEO Officer again to determine reasonable time allowed to work on EEO matters and use of equipment.

If there are any questions concerning the aforementioned information, please contact Viola Cole of my staff at (202) 377-6704.

Sincerely,

Michael Morgan-Gaide
Director


cc:    Director
       Office of Equal Opportunity Program

C-2



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

OCT 29 2002

Mr. J. Steven Elbell
P.O. Box 454
Fulton, MD 20759

Dear Mr. Elbell:

This is in response to Ms. Maria V. Carmona's letter to Secretary Paul H. O'Neill, which was received on October 21, 2002. Ms. Carmona requested assignment of an Equal Employment Opportunity (EEO) counselor to discuss an alleged misrepresentation of her September 13, 2002 application for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15, announced under vacancy announcement number OA-2002-0010, at the Office of the Inspector General (OIG).

OIG now has an EEO Officer, Ms. Claudine Pannell-Goodlett, who has responsibility for providing EEO counselors to individuals in the organization who seek counseling. A copy of your October 18, 2002 letter has been forwarded to Ms. Pannell-Goodlett to find an EEO counselor with whom Ms. Carmona may discuss her concerns. Because counseling should be completed within 30-days of an employee's request for a counselor, it is important to begin counseling as soon as possible. Ms. Pannell-Goodlett will contact you by telephone to give the name and telephone number of the person who will provide counseling services.

If you have questions concerning this letter, you may contact Mary McGoldrick of this staff at (202) 622-5478.

Sincerely,

Marcia H. Coates
Director
Office of Equal Opportunity Program

cc: Claudine Pannell-Goodlett
    Bureau Equal Employment Opportunity Officer
    Office of the Inspector General
    w/copy of incoming correspondence

D-1

P.O. Box 454
Fulton, Maryland 20759
November 4, 2002

EXECUTIVE SECRETARIAT

2002 NOV -4  A II: 3 '

Paul H. O'Neill
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

DEPARTMENT OF
THE TREASURY

**Complaints of Maria V. Carmona and Paul H. O'Neill, Secretary of the Treasury**
**TD Case Numbers:   96-1069, 96-Unassigned, 96-1259, 96-1313, 97-1139, 97-1238**
**97-1269, 98-1044, 98-1068, 98-1091, 99-1119, 01-1155,**
**02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c),**
**02-Unassigned(d)[1]**

**Hand-delivered on November 4, 2002**

Dear Secretary O'Neill:

Please refer to my October 18, 2002, letter contacting you directly for assignment of an Equal Employment Opportunity (EEO) Counselor.  As stated in previous correspondence, I have no trust or confidence in the integrity of the Department of the Treasury EEO program.

It is noted that in my October 18 request to you, I clearly stated that all further contact should be addressed to my representative, J. Steven Elbell.

On October 31, 2002, I was left a voice-mail message by Adline Tatum, who identified herself as an EEO specialist with the U.S. Customs Service, in the Office of EEO.  Ms. Tatum asked me to call her at (202) 927-0579.

On the morning of November 1, 2002, I attempted to send a voice message to Ms. Tatum, requesting that she let me know what her contact was in reference to, but received an undeliverable message notification.  I verified Ms. Tatum's number and tried again, with the same results.

Later in the morning of November 1, 2002, my supervisor, Don Kassel, told me that that Ms. Tatum had called him directly, identified herself as an EEO specialist with Customs, and informed him that she had tried reaching me numerous times.

First, I was aware of only one attempt by Ms. Tatum to contact me, not numerous attempts, as she stated to my supervisor, and I had attempted to contact Ms. Tatum early the following day regarding her message.

Second, my representative called Ms. Tatum on the morning of November 1, subsequent to my notifying my representative of Mr. Kassel's discussion with me regarding Ms. Tatum's contact.

---

[1] 96-Unassigned, 02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c), and 02-Unassigned(d) reflect five formal EEO complaints that I have filed that were not assigned TD numbers by the Department of the Treasury.

E-1

During the telephone conversation with my representative, Ms. Tatum acknowledged that she had a copy of my October 18, 2002, request for assignment of an EEO counselor and, as such, she was fully aware that she was to contact my representative.

I consider Ms. Tatum's attempts to directly contact me in light of these facts to be a continuation of the long-term pattern of harassment and hostile work environment that I have been forced to endure by Department of the Treasury management and staff since first engaging the administrative EEO process in 1995.

I also consider Ms. Tatum's contact of my supervisor, Mr. Kassel, to be a breach of my confidentiality and, as such, to be a violation of the regulations.

I also consider Ms. Tatum's actions to be a continuation of the pattern and practice of my not being treated with dignity and respect by members of your staff.

If you have any questions, please contact my representative, J. Steven Elbell, at the above address.

Sincerely,

Maria V. Carmona
Complainant

E-2



**" Working for America "**

Job Search • USAJOBS by Email • FAQs • Forms

## Vacancy Announcement

USAJOBS Control No. TS3169 FM

www.USAJOBS.opm.gov, the U. S. Government's official source of job information, provides this information to the public at no cost.

Use back on your browser to return to the Job Record

Treasury Office of Inspector General

**PLEASE READ ALL INFORMATION CAREFULLY**

ANNOUNCEMENT NO: OA-2002-0010

OPENING DATE: 08/13/2002

CLOSING DATE: 09/13/2002

Treasury OIG is looking for people capable of taking initiative and exercising independent judgment, with a strong desire to improve the effectiveness and efficiency of government programs and the intellectual capacity and drive to make that happen. OIG is responsible for overseeing the operations of all Treasury Department Offices and Bureaus (with the exception of the IRS) and for conducting audits, investigations, and evaluations. Given the extremely varied nature of the Treasury Department's responsibilities, you could find yourself working on anything from reviews of bank failures to analyses of anti-terrorism operations.

As Director of Audit Operations, the individual selected for this position will work directly for the Assistant Inspector General for Audit (AIGA) in the Treasury Office of Inspector General, and will be responsible for providing leadership and technical oversight in accomplishing the AIGA's responsibilities for the Office of Audit. The incumbent will also serve as an advisor to the AIGA on a wide range of issues that relate to the Office of Audit's program responsibilities.

Specific duties include developing plans for the allocation of audit

F-1

resources; serving as the Office of Audit's Congressional liaison; coordinating internal quality assurance reviews and external peer reviews; overseeing the Office of Audit's automation initiatives, e.g., MIS and automated workpapers; and coordinating Office of Audit budget formulation and execution, recruitment, training, and records management.

If this work sounds interesting to you, please read this announcement to ensure that you understand the position and meet its requirements, and then click on the "Apply Online" link on the preceding page to apply. You will first register with the system, and respond to a series of basic questions, and then you will be asked a series of self-assessment questions to establish the specific training, education and experience you have had to prepare you for this position.

WHAT SHOULD I KNOW BEFORE APPLYING?

· Applications will be accepted from current and former Federal Government employees.

· We will provide reasonable accommodations to applicants with disabilities. If you need an accommodation for any part of the application and hiring process, please contact the Human Resources Specialist listed on this announcement. The decision on granting reasonable accommodation will be on a case-by-case basis.

· We offer special selection priority under CTAP/ICTAP regulations to surplus or displaced Federal employees in the local commuting area. Please see below for more information.

· Veterans who are preference eligibles or who have been separated from the Armed Forces under honorable conditions after 3 years or more of continuous active service may apply.

HOW DO I KNOW IF I'M QUALIFIED?

This position is open for applications at the GS-15 level. If you have questions about the position requirements, which the U.S. Office of Personnel Management (OPM) sets, you may review them in greater depth in OPM's Qualification Standards Handbook,
http://www.opm.gov/qualifications/index.htm.

Basic Requirements:

F-2

Education: You must possess a degree in accounting or a related field such as business administration, finance, or public administration and you have completed 24 semester hours in accounting (we will need to verify your education with an official transcript.) The 24 hours may include up to 6 hours of credit in business law.

OR

Combination of education and experience: You possess at least 4 years of experience in accounting, or an equivalent combination of accounting experience, college-level education, and training that provided professional accounting knowledge. In this case, your background also needs to include one of the following:

1. Twenty-four semester hours in accounting or auditing courses;

2. A certificate as Certified Public Accountant or a Certified Internal Auditor, obtained through written examination; or

3. Completion of the requirements for a degree that included at least 15 semester hours in accounting or auditing, provided that (a) you have successfully demonstrated the ability to perform work at the GS-11 or higher grade level in accounting, auditing, or a related field; (b) a panel of at least two higher level professional accountants determines that you have demonstrated a knowledge of accounting and related fields that is equal to that provided by successful completion of the 4-year course of study described above; and (c) except for having fewer than 24 semester hours in accounting, your education, training, and experience fully meet the specified requirements.

Additional Requirements: In addition to the basic requirements, you must possess 52 weeks of specialized experience equivalent to the GS-14 level in the Federal Service. Specialized Experience is directly related to the position to be filled and which has equipped you with the particular knowledge, skills and abilities to perform the duties of the position successfully.

Time-In-Grade: Current Federal employees in the General Schedule may be subject to time-in-grade requirements (52 weeks at the next lower grade level). You must meet the time-in-grade requirements within 30 days after the closing date.

IF I'M QUALIFIED, HOW DOES THE OIG EVALUATE ME?

Your responses to questions in the application process will help us to evaluate the degree to which you have the following knowledge, skills, and abilities necessary for this job:

1. Applied knowledge of professional auditing standards applicable to Federal financial and program audits.

2. Skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations.

3. Ability to direct and supervise a diverse staff of professionals on multiple tasks.

4. Ability to prepare and deliver oral briefings to the Inspector General (IG) and top Department officials.

5. Ability to prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work.

****YOU MUST FAX THE FOLLOWING DOCUMENTS TO (202) 927-6492 BY 11:59 P.M. ON THE CLOSING DATE:****

1. If you qualify based solely on education:  Your transcript(s).

2. If you are a current or former Federal employee with status:  Your most recent SF-50 (other than an award action), and Performance appraisal.

3. If you are eligible for veteran's preference:  Your form DD-214, Armed Forces of the United States Report of Transfer or Discharge.  For 10-point preference, then in addition to the DD-214, an SF-15, Claim for Veterans' Preference.  If you are unsure about your eligibility for veterans' preference, please see the note below.

4. If you are CTAP/ICTAP eligible, and are applying for special selection priority:  Proof that you meet the requirements described in 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for ICTAP (agency notice; most recent Performance Rating; most recent SF-50 noting current position, grade level, and duty location; and documentation of current promotion potential.)  We will rate your application "well-qualified" if it receives a rating of 85 prior to the addition of veterans' preference points.

IF WE SELECT YOU, WE WILL NEED YOU TO:

1. Appointment to this position is contingent upon successful completion of a pre-employment screenings, as well as a full-field background investigation. Falsification of the security forms, or any pre-employment documents, may be grounds for not hiring or serve as the basis for the firing the applicant after beginning work.

2. Applicants will be required to certify the accuracy of the writtent application and approve information necessary to determine acceptability for Federal employment. Providing false information, may be grounds for not hiring or serves as the basis for firing after you begin working.

3. Men born after December 31, 1959 will need to certify selective service status.

4. You may need to file a Confidential Financial Disclosure report in accordance with the Ethics in Government Act of 1978.

5. We require you to sign a mobility agreement, which could require you to relocate in the future.

6. We will need to verify that you meet educational requirements before you can begin work.

7. If this is a supervisory or managerial position, the selectee will be required to complete a one-year supervisory/managerial probationary period, unless exempt based on previous successful completion of such probation.

To apply for this position, please click on the "Apply Online" link on the preceding page. If you have any questions, please refer to our website www.treas.gov/oig, the OPM website at www.usajobs.opm.gov, e-mail HumanResources@oig.treas.gov; or use TTY (202) 927-7387. Also, you may contact Kim Mingo on (202) 927-5200.

THE OFFICE OF INSPECTOR GENERAL IS AN EQUAL OPPORTUNITY EMPLOYER

------------------------------------------------------------
Note: Who is Eligible for Veteran's Preference?
The law grants 5-point preference to veterans who entered military service prior to October 4, 1976; served in a military action for which they received a Campaign Badge or Expeditionary Medal; served on active duty during the Gulf war from August 2, 1990, through January 2, 1992; and recipients of the Armed Forces Expeditionary medal for service in Bosnia during the period November 20, 1995, to a date to be determined. The law

Case 1:05-cv-02428-JR    Document 8-10    Filed 06/19/2006    Page 17 of 22

grants 10 point preference to disabled veterans; Purple Heart recipients; spouses or mothers of 100% disabled veterans; or widows, widowers, or mothers of deceased veterans.

Employer Services • Site Survey • Contact Us • Privacy Policy

This is a United States Office of Personnel Management web site. USAJOBS is the Federal Government's official one-stop source for Federal jobs and employment information.

F-6

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Robertson, Valerie |
| **Sent:** | Monday, July 08, 2002 11:56 AM |
| **To:** | Acedillo, Dori; Adler, Michelle W.; Aguilar, Amber E.; Albrecht, Richard L.; Alcaniz, Patricia A.; Aldrete, Dagoberto; Aleem, Shazia; Alexander, I. Susan; Allberry, Charles; Anderson, Linda D.; Ansari, Heshmat; Athanasaw, Danny L.; Aultman, Irene; Austin, Edward; Azarpour, Katherine J.; Bailey, DeWayne; Balberchak, Donald; Bankole, Ade; Banks, Eric N.; Barbat-Gonce, Danny M.; Barile, Philip C.; Barksdale, Martha; Barnett, James E.; Barron, Susan L.; Barry, Maureen F.; Bartuska, Barbara; Batie, Larry; Batts, Patricia A.; Beam, Jane; Bennard, Molly; Benson Gail D.; Benson, Donald P.; Bergh, Charlotte; Berrios, Carlos; Best, Jr., Alexander; Bestawrose, Ehab B.; Biggs, Alex; Blake, Patrick A.; Blechinger, Paul N.; Blechinger, Peter J.; Bloom, Allen; Boddie, India L.; Bourgeois, Sharita; Brennan, Francis X.; Brown, Clifton; Brown, Patricia L.; Bruner, Barry M.; Buchanan, Beverly A.; Burke, James W.; Butler, Deborah; Byrnes, Thomas E.; Cahill, Timothy J.; Campbell, Barb; Caponera, Dolores; Carmona, Maria V.; Carnahan, John E.; Chesla, Louis; Ching, Donna; Clifford, Timothy J.; Clymer, John E.; Coffman, Gerald; Coleman, Edward G.; Coleman, Kenneth W.; Costello, Maryann; Cottrell, Karen L.; Cox, Gary; Crowley, Kathleen; Cumba, Rafael J.; Dabney, Delores V.; Dale, Beverly A.; Darke, Leonard; Dass, Nandita; Davis, Robert C.; Deely, Dennis F.; Delmar, Richard; Demeroto, Terrance; Dennison, Brian; Dillard, Aaron; Do, Tram; Dockett-Butler, Carolyn M.; Doery, Ric; Donahue, Kevin; Donly, Jay; Dressler, Roger; Duey, Jennifer; Dunn, Annette; Dunn, Kathleen T.; Dupuy, Vivian M.; Dwyer, Gale H.; Dye, Jeffrey; Edwards, Robert; Edwards, Shaneasha; Eom, Joseph K.; Farwell, Richard; Feliciano, Virginia; Ferguson, III, Hugh M.; Fernandes, Mary-Ann; Ferrara, Robert E.; Fitzgerald, Michael P.; Flanagan, Louise E.; Fleisher, Julia; Fleming, Kimberly T.; Franco, Luz; Freedman, Marla A.; Frost, Thomas; Fugate, Larry; Gammon, Chonna; Garcia, Elizabeth; Garrett, Gloria; Gee, Garrett W.; George, Sheri A.; Gettman, Norman R.; Gilley, Jack S.; Gleason, Patti; Goetz, Robert; Greenip, Edith A.; Halleck, Leland D.; Hammond, Cedric E.; Han, Myung; Hardy, Joseph L.; Harness, Kenneth D.; Harris, Catherine; Hartnett, Carolyn; Haskett, Elizabeth R.; Hedman, Aldon K.; Help Desk; Helton, Danny M.; Hemphill, M. Arlinda; Hephner, Stacey; Herbert, Lola; Hernandez, Alejandro; Hoecker, Carl W.; Holder, Rhonda; Holmes, Tonya; Horton, Harry R.; Howarton, Linda J.; Hudson, Iris L.; Human Resources; Hutchinson, Marguerite; Hyland, Kathleen G.; Hymes, Tonya A.; Inv Opns Control Unit; Irving, Verna J.; Islam, Muhammad F.; Janiga, Michael; Johnson, Delores; Jordan, Inez C.; Joseph, Donna F.; Kallusingh, Dennis; Kassel, Donald R.; Kavanagh, Bernard P.; Kelly, Kenneth; Kernozek, Rich; Kilroy, Keith; King, Louis C.; King, Terry E.; Kirkpatrick, Andrew; Knorr, Michael C.; Kopreski, Ann M.; Kozlowski, James F.; Kramer, Billie; Kurchock, Mary Louise A.; Laferty, John S.; Lance, Jennifer; Langwiser, Cynthia A.; Lareau, Michael A.; Leaf, Richard I.; Lee, Benny W.; Lee, Feliser; Lee, Missy; Lee, W. Sing; Leftwich, Allen; Lemen, John F.; Lenox, Janice L.; Levitt, Mark S.; Llanas, Jose L.; Long, Robert F.; Love, Crystal A.; Lukas, Chris; Malone, Ava; Mansfield, John B.; Manurs, Cynthia; Maranto, Joseph A.; Mason, Thomas W.; Massie, Sylvia T.; Matthews, Sharell; McCowin, Latrina; McDonald, Jr., John B.; McGovern, Stephen; McIntyre, Dollena M.; McKelvin, Cynthia S.; McPoland, Michael E.; McQueen-Bronson, Joyce; Mello, Robert; Miner, Lloyd W.; Mingo, Kimberly T.; Moffett, S. Roy; Moore, Ronald D.; Moore, Steffanie R.; Mosher, Bradley; Motlasz, Raymond J.; Motley, Thad; Mullen, Judy S.; Murray, Imogene; Nadon, Patrick; Ng, Sonia; Ng, William; Nicholson, Anthony; Null, Gregory K.; OIG-OA Audit Managers; OIG-OA Directors, RIGAs; OIG-OA Office Managers; OIG-OI Office Mgr, Inv Asst; OIG-OI SACs; OIG-OM; OIG-Policy Comments; OIG-Senior Management; Okurume, Sunday; Ortiz, Gabriel; Ossinger, Mark; O'Toole, Preston; Paige, Wanda K.; Parker, Nakita; Payne, Brenda J.; Payne, Dexter; Payton, Angela; Pearson, Elaine; Pereira, Maryann; Picollo, Christopher P.; Porter, David; Pratt, Thomas M.; Prince, Alvis; Procure - ASD; Procure - OIT; Pugh, William H.; Pugliese, Michael; Redman, Lisa M.; Richards, John A.; Richardson, Lynn G.; Richardson, Ronda R.; Richardson, Tamika; Rickey, Roberta N.; Rivera, Elena S.; Rivers, Connie L.; Robertson, Valerie; Robinson, Jasmine; Rocchio, Albert; Romero, Amy; Rush Jr., Jeffrey; Russell, Barry A.; Salzgaber, Wayne; Schindel, Dennis S.; Schmidt, Claire; Schneider, Andras; Schroeder, William S.; Sebert, Susan; Sellers, Fallyn J.; Short, Deborah L.; Silverman, Adam; Sinko, Michael C.; Sisselberger, Bobbie G.; Smith, David; Smith, Derek A.; Smith, Shalonda; Spetz, Julie; Spiewak, Donna M.; Stadd, Jessica; Staples, Christy L.; Stein, Michael S.; Stewart, Ruthie; Strinkowski, Susan I.; Strong, Franchesca; Tabb, George; Tarr, Michael C.; Tate, Melissa; Taylor Jr, Robert A.; Taylor, Ethel R.; Taylor, Philip D.; Tetterton-Mabery, Cheryl; Thomas, Edward; Tice, Peter C.; Torosian, Sharon; Toutsi, Marshall; Trawinski, Traci; Tressler, Beverly |

1

G-1

**To:**

G.; Truong, Anthony; Tsang, Chiu-Tong; Ukih, Eno; Vance, Patrick C.; Veal, Clara J.; Walinski, Mathew A.; Walton, Rick; Washington, Jillian; Waters, Howard G.; Webmaster; Weinrich, Wayne; Wells, J. Craik T.; Wendt, Gene R.; Wess, William E.; Whatley, Andre E.; Wilk, Gary; Williams, Arlene P.; Williams, Jennifer; Williams, Kerrado; Williams, Michael R.; Wong, Helen; Yarborough, Mary L.; Yi, Catherine S.; Zelnick, Todd M.; Ziegler, Zenobia

**Subject:** Vacancy Announcements



Vacancy Listing
2002.doc

*Valerie Robertson*

G-2

Below are the positions for which OIG is currently recruiting as of July 8, 2002

Copies of vacancy announcements may be obtained either by calling the Human Resources Division at (202) 927-5230; from the information carousel on the fifth floor at 740 15th Street, NW; at the OPM website at WWW.USAJOBS.OPM.GOV; or from the Microsoft Exchange OIG Wide Public Folders, through HRD Information under Vacancy Announcements.

## NOTE: REASSIGNMENT ELIGIBLES MUST APPLY IN ORDER TO RECEIVE CONSIDERATION.

| VA# | TITLE/SERIES/GRADE | LOCATION | ANNOUNCEMENT PERIOD |
|---|---|---|---|
| OIG-02-031 | Auditor GS-511-5/7/9 | Office of Audit Program Audits, Washington, DC | 06/27/02 to 07/29/02 |
| | AREA OF CONSIDERATION: All Sources | | |
| OIG-02-032 | Support Services Supervisor GS-342-14 | Office Management Asset Mgmt Div, Washington, DC | 07/02/02 to 07/08/02 |
| | AREA OF CONSIDERATION: ICTAP & CTAP Eligibles Washington, DC Commuting Area | | |
| OIG-02-033 | Writer Editor GS-1082-13 | Office of Audit Program Audits Washington, DC | 07/03/02 to 08/05/02 |
| | AREA OF CONSIDERATION: ALL SOURCES | | |
| OIG-02-034 | Writer Editor GS-1082-12 | Office of Audit Program Audits Houston, TX | `07/03/02 to 08/05/02 |
| | AREA OF CONSIDERATION: ALL SOURCES | | |
| OIG-02-035 | Writer-Editor GS-1082-12 | Office of Audit Program Audits Chicago, IL | 07/03/02 to 08/05/02 |
| | AREA OF CONSIDERATION: ALL SOURCES | | |
| OIG-02-036 | Writer-Editor GS-1082-12 | Office of Audit Program Audits San Francisco, CA | 07/05/02 to 08/05/02 |
| | AREA OF CONSIDERATION: ALL SOURCES | | |

G-3

| OIG-02-037 | Writer-Editor GS-1082-12 | Office of Audit Program Audits Boston, MA | 07/05/02 to 08/05/02 |

AREA OF CONSIDERATION:  ALL SOURCES

G-4

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, July 10, 2001 3:12 PM |
| **To:** | Carmona, Maria V.; Best, Jr., Alexander; Coleman, Edward G.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | FW: Vacancy - 501-15 |

-----Original Message-----

| | |
|---|---|
| **From:** | Greenip, Edith A. |
| **Sent:** | Tuesday, July 10, 2001 1:43 PM |
| **To:** | Freedman, Marla A.; Pugh, William H.; Kassel, Donald R.; Savill, Barry L.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | Vacancy - 501-15 |

Please pass this along to your employees:

Subject: 3 Day Close Project Manager

Your attention is directed to a job announcement for a project manager (501-15) to oversee the Department's implementation of the 3-day close. The project manager will report to Treasury's Deputy CFO. It is a 2 year term position. The announcement closes on July 20, 2001. In order to have a wide distribution to potential candidates, please share this within your organization.

Thanks for your help.

David Epstein
Department of the Treasury
Director, Office of Financial Systems Integration
202-622-0452
david.epstein@do.treas.gov
http://www.usajobs.opm.gov/


*Edie*

H-1