**Carmona, Maria V.**

**From:** Kassel, Donald R.
**Sent:** Tuesday, November 06, 2001 4:08 PM
**To:** Carmona, Maria V.
**Subject:** FW: GS-15 Job Announcement

**Importance:** High

Maria,

FYI

-----Original Message-----
**From:** Freedman, Marla A.
**Sent:** Tuesday, November 06, 2001 3:29 PM
**To:** Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert
**Subject:** GS-15 Job Announcement
**Importance:** High

Please make sure all you eligible 14s have access to this announcement.

Thanks!

*Marla A. Freedman*
Assistant Inspector General for Audit

Announcement OIG-01-044.pdf

H-2



# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

## Core Questions

**Vet Pref:** Not a Vet

**Dates:** Not a Vet

* 1. Are you a veteran who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just a few days short of 3 years)?

**Answer:** No

(Note: If yes, or if you claim veterans preference you will need to submit a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility. Additionally, persons claiming 10 point preference will need to submit SF-15. See announcement for details.)

* 2. Are you a current Federal employee?

**Answer:** Yes

* 3. Are you a current Federal employee serving under a Veterans Readjustment Authority (VRA) appointment?

**Answer:** No

(Note: If you are unsure, refer to your most recent Notification of Personnel Action (SF-50) or ask your servicing personnel specialist.)

* 4. If you are a current Federal employee, by what agency and organization are you employed?

**Answer:** Department of Treasury, Office of Inspector General

5. If you selected "Other", please enter the full agency and organization names. (Please do not use abbreviations.)

**Answer:**

6. If you are a current Federal employee, what is your duty station? [City,State] (Enter N/A if not Applicable)

**Answer:** Washington, DC

(Note: Refer to your most recent Notification of Personnel Action (SF-50) or ask your servicing Personnel Specialist.)

* 7. If you are a Federal employee, under what type of appointment are you currently serving?

**Answer:** Permanent-Career, competitive service

(Note: If you are unsure, refer to your most recent Notification of Personnel Action (SF-50) or ask your servicing Personnel Specialist.)

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



# Treasury Office of Inspector General

## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

8. Are you a student appointee under the Student Career Experience Program who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment?

**Answer:** Not Applicable

* 9. If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement based on career or career-conditional Federal status in the competitive service?

**Answer:** Not Applicable

(Note: You will be asked to submit a copy of a SF-50 as proof of your reinstatement eligibility. See announcement for details.)

10. If you are, or ever were, a Federal civilian employee, please indicate pay plan of the highest graded position you held:

**Answer:** GS / GM

11. If you selected "Other", please enter the Pay Plan.

**Answer:**

* 12. If you are, or ever were, a Federal civilian employee, please indicate the highest General Schedule (GS) equivalent grade level you held:

**Answer:** 15

13. If you are, or ever were, a Federal civilian employee, please indicate the dates of the highest graded position you held (MM-YYYY to MM-YYYY; MM-YYYY to Present, or NA if Not Applicable):

**Answer:** Grade 15 for 05-16-93 to 09-12-93, 08-29-99 to 12-25-99, and 06-24-01 to 07-21-01

(Note: Time-In-Grade restrictions apply in relation to advancement to General Schedule positions of employees in the competitive service.)

14. If you are, or were, a Federal employee who held a permanent position in the competitive service, what is the highest full performance level of that position? (Enter NA if Not Applicable)

**Answer:** 15

15. May we contact your current supervisor for a reference?

**Answer:** Yes

16. Does the Office of Inspector General employ any member of your family?

**Answer:** No

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

17. If yes to Question 16, please provide the name, relationship, organization in which employed, and location if known.

**Answer:**

* 18.If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System?

**Answer:** Not Applicable

(Note: You will be asked to provide a copy of the exemption.)

20. Are you a retiree receiving a Federal annuity, either military or civilian?

**Answer:** No

(Note: If you are an annuitant, your salary or annuity may be reduced upon employment.)

* 21.Have you accepted a buyout from a Federal agency within the past 5 years?

**Answer:** No

* 22.Do you have a physical or mental impairment that limits one or more major life activities AND has been certified by the State Department of Vocational Services rendering you eligible for the Federal Employment Program for Persons with Disabilities?

**Answer:** No

(Note: You will be asked to provide a copy of the supporting documentation.)

* 23.Are you eligible for noncompetitive appointment under a Special Appointing Authority? (Please refer to the OPM <A HREF="http://www.opm.gov/wtw/html/except.htm" target="new">website </A> for information on special appointing authorities.)

**Answer:** No

24. If you are eligible for noncompetitive appointment under a Special Appointing Authority, what authority are you applying under?

**Answer:**

* 25.Displaced employee information:

**Answer:** I am not a displaced employee from a Federal Agency.

(Note: If you are eligible for one of these plans, you will be asked to supply a copy of RIF separation notice, proposed removal for declining a directed reassignment outside of the local commuting area, or other official notification granting eligibility. See announcement for details.)

---

QuickHire®: The Way to People. 1999. All Rights Reserved.

 # Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

## Applicant Assessment

What locations do you wish to apply to?
Washington DC Metro Area, DC

What grades do you wish to apply to?
15

* All Grades 1. You must meet the minimum basic educational/experience requirements for professional accounting positions in the federal government. Choose one answer which best describes your educational/experience background for an auditing position.

**Answer [redacted] points):** I have at least 4 years of experience in accounting, or an equivalent combination of accounting experience, college-level education, and training. I am also a Certified Public Accountant or a Certified Internal Auditor which was obtained through a written examination.

* All Grades 2. GS-15 In addition to meeting the basic requirements, you must have at least one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education.

**Answer [redacted] points):** I have at least one full year of specialized experience equivalent in responsibility and scope to the GS-14 level as described in the vacancy announcement under specialized experience requirements.

All Grades 3. Conduct or supervise special assignments and projects, providing alternative courses of action and recommendations for the consideration of senior management.

**Answer [redacted] points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 4. Develop and implement policies for audit quality assurance and conduct internal reviews and external peer reviews of audit organization compliance with professional standards.

**Answer [redacted] points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

**4.1.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer (# points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

**4.2.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

I was the Acting Director of the Department of the Treasury, Office of Inspector General(OIG), Office of Quality Assurance from May 4, 1993 through October 9, 1993, with a temporary promotion (not-to-exceed 120 days) to the GM-511-15.

In this position, I directed the OIG`s internal quality assurance function, providing leadership and technical oversight to quality assurance reviews performed by the four GS-13 auditors that staffed the office. I had responsibility for quality assurance not only over audit operations, but over all OIG functions.

Under my leadership, the staff issued three quality assurance reports. The first, on a review of regional Audit offices, contained 15 recommendations for enhanced compliance with professional auditing standards. The second, a review of administrative procedures at IGATI, had 18 recommendations on internal controls and on the management of the Institute`s 1-year appropriation. The third report was on an information resources management review of compliance with the Privacy Act, with 7 recommendations on publication requirements, safeguards, and training.

I prepared the 1994 Annual Plan for the Office of Quality Assurance. This was the first detailed annual plan that had been prepared for this function, and it was very well received by senior management.

As the Acting Director of Quality Assurance, I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 PCIE Peer Review process. This resulted in a Memorandum of Understanding that was signed by the Inspectors General at Treasury, GSA, the NRC, and OPM. Through my efforts, I was able to establish an environment of mutual respect among the participating organizations that carried through

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

to the completion of this assignment.

I subsequently served in a lead role for this external peer review, as I had in 1991 for the first peer review cycle. One of the objectives of peer reviews is to determine if an organization is complying with the Government Auditing Standards. In each case, I was responsible for the review of internal quality control policies and procedures, the assessment of the internal quality assurance program, and the review of selected audit operations. I believe that the Special Act award that I received for my role in the 1991 PCIE Peer Review and other awards that I have received over the years are indicative of my knowledge of professional auditing standards and my ability to apply these standards in both an auditing and a quality assurance capacity.

During my years in the Office of Oversight, I managed numerous reviews that determined whether the internal affairs functions of the Treasury law-enforcement bureaus were adhering to the PCIE investigative standards, as well as to their own policies and procedures. The Oversight reviews that I managed from December 1989 to July 1995 and from March 1997 to October 1998 were quality assurance reviews, relying on the same analytical processes and approaches that one would take in performing such reviews on audit operations.

Because of my in-depth knowledge of professional standards, I have also been selected over the years to analyze and comment on proposed revisions. During 1993, for example, the Government Auditing Standards Advisory Council issued an Exposure Draft on what was to become the 1994 Revision to the Government Auditing Standards. As the Acting Director for Quality Assurance, I prepared the OIG’s official comments. I coordinated the review with the OIG Office of Audit, including representatives from both the financial statement audit and the program audit groups, and with the Inspector General (IG), who was very interested in this matter. In addition, I had a number of discussions with the Auditing Standards Assistant Director at GAO, who was the principal author of the revisions. The comments that the OIG provided were well thought out and were considered by GAO in drafting

QuickHire®: The Way to People. 1999. All Rights Reserved.



# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer ( points):** the 1994 Revision to the Government Auditing Standards.

I keep current on revisions to the Government Auditing Standards, and have been monitoring proposed changes that are expected to be issued at the end of this year.

In addition, my knowledge of other professional standards enhances my ability to manage and direct broad assignments requiring an integrated analysis of different operational functions, including audits and quality assurance reviews. For example, I oversaw a detailed analysis of the 1997 revisions to the PCIE Quality Standards for Investigations. I am also very familiar with the PCIE Quality Standards for Inspections, which are the standards to which auditors and investigators adhered when performing Office of Oversight reviews.

* All Grades 5. Incorporate input from a variety of sources (Departmental Management, Congressional staffers, current events) into the development of strategic and annual plans for the allocation and expenditure of Audit resources.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

**5.1.** Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

**Answer ( points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

**5.2.** Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

**Answer ( points):** ). In addition, as part of the preparation of annual plans, I consider staffing and other costs. For example, I present recommended projects in priority order, indicating those that can be accomplished with the current, and with the proposed, staffing levels. I consider travel costs that may be associated with each project, and if necessary limit the scope or plan alternative approaches to ensure that the office will operate within its travel budget.

All Grades 6. Supervise immediate staff to ensure that senior management`s

---

QuickHire®: The Way to People. 1999. All Rights Reserved.


**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

objectives are met, that senior management is provided with accurate and timely information, and that administrative processes are working effectively.

**Answer(█ points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 7. Conduct surveys of audit activity to determine areas offering the greatest potential for tangible audit benefits.

**Answer(█ points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 8. Work with staff to plan work assignments and priorities.

**Answer(█ points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 9. Analyze financial and program data to identify trends, problems, and decision points.

**Answer(█ points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 10.Conduct or oversee audits in accordance with the Government Auditing Standards published by the U.S. General Accounting Office.

**Answer(█ points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

**10.1.** Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

**Answer(█ points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

**10.2.** Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

the review of the Community Development Financial Institutions (CDFI) Fund Post-Award Administration Process.

The review covered a sample of 54 CDFI Program awards totaling $60.8 million, which represents 28 percent of the total CDFI Program dollars awarded by the Fund during FYs 19961999. Seven auditor/investigator teams made onsite visits to 48 award recipients located in 22 states.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

**Answer (* points):**

The collaborative effort between OA and OI, and among Headquarters and the Regions, produced significant results on this project. The audit report contains ten findings and sixteen recommendations, addressing issues such as enhancing accountability over financial assistance, decreasing the amount of time required to disburse funds, tracking individual financial institution compliance with reporting requirements, assessing compliance with assistance agreements in a timely manner, and enhancing data analysis and documentation. CDFI Fund management concurred with the findings and recommendations, and has taken or proposed corrective actions to address the results of this review. Fund management thanked the OIG for the insights offered, and praised the report for being accurate and complete, with a fair and balanced tone.

Perhaps the most significant finding was that there was limited accountability over the financial assistance disbursed to CDFIs. Essentially, under its current legislative mandate, the Fund does not require CDFIs to account separately for their use of financial assistance and corresponding matching funds. Plans are under way to require additional accounting controls for future assistance awards, with changes to be reflected in the FY 2003 Notices of Funding Availability. The result will be a significant increase in accountability over Federal funds.

In addition to the findings presented in the audit report and to investigative results (not discussed here), we believe that CDFIs around the country took notice of the OIG’s indepth reviews, and that this presence has had, and will continue to have, a deterrent effect on any potential wrongdoing.

The Audit Manager and Auditor-in-Charge deserve special mention for their efforts. As the Audit Manager, for example, Maria Carmona took action to maximize the knowledge and ability of the team members and to foster good working relationships both within and among the teams, and with the management and staff of the OIG and the CDFI Fund. Maria ensured that high-quality work was performed, and oversaw the preparation of an excellent report.

QuickHire®: The Way to People. 1999. All Rights Reserved.

 **Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

All Grades 11. Initiate highly complex written communications including reports, instructions, correspondence and justifications relating to audits and evaluations, administrative functions, management analysis, fiscal analysis or human resources fields.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 12. Review reports for technical accuracy, adherence to accounting and auditing standards, organization of material, clarity of expression, and appropriateness to intended audiences.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 13. Act as liaison between audit organization and Congress.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

**13.1.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

**Answer ( points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

**13.2.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

I have developed skills and ability in written communication to develop clear, concise reports; oral and visual presentations; and completed staff work through a combination of work experience, involvement in professional and volunteer organizations, and formal training.

First as a team leader, then as a program manager and an audit manager, I have been responsible for the preparation of audit, oversight, quality assurance, and peer review reports, as well as reports of investigation. As such, I have planned the content of each report with the project team, and for some of the larger projects have at times consolidated sections prepared by different staff members into a concise and cohesive product. Throughout my career, I have written or overseen the writing of reports on the adequacy of policies, procedures, and internal controls, and on adherence to professional standards.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.

 # Treasury Office of Inspector General

## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

While Acting Director, I was the final reviewer before reports were issued by the OIG.

The reports for which I have been responsible have contained recommendations addressed to the Secretary of the Treasury, to the Under Secretary for Enforcement, and to the heads of the Treasury bureaus and offices. Management has often commented not only on how well-written my products are, but also on how they present the results of our work in a balanced manner and with an appropriate tone.

I have written numerous policy documents, including chapters for the OIG Manual, and responses to Congressional inquiries. In addition, I have prepared annual plans, budget documents, and proposals for revised organizational structures. I also conducted a written survey of PCIE members, and wrote a concise report on the results that was sent out to the audit community. As a Program Manager in Oversight, I was responsible for the development of a customer satisfaction survey that won praise and was used as a sample for other parts of the organization. Articles that I have written have been published in OIG and Institute of Internal Auditor newsletters.

The results of completed staff work for which I have been responsible has resulted in both oral and visual presentations. At the entrance conference for each audit or review, our oral statements about the objectives, scope, methodology, and other matters is accompanied by a visual presentation, often in the form of PowerPoint slides. Exit conferences also include oral and visual presentations of the results of our staff work.

I have enhanced my written communication skills as part of my volunteer activities. For example, I wrote an accounting manual for a notforprofit organization. After preparing an accompanying visual presentation, I gave a training session on the manual to the Board of Directors and the 15 chapter presidents and treasurers of this nationwide educational organization for which I performed accounting services. I have also taken a number of courses in written communication. As illustrated above, I have an excellent ability to

QuickHire®: The Way to People. 1999. All Rights Reserved.



**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work. This ability is reflected in my performance appraisal as of June 30, 2002, on which I received an overall rating of Exceptional Performance, the highest possible rating. In support of my Exceptional rating in Communication, my supervisor stated that my ability to communicate is perhaps my strongest trait, and that I am able to review and analyze very complex issues and present the results in a clear and effective manner. He also mentioned that my written reports and other documentation are virtually error free, and that I am able to produce high quality products.
My skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations has been a strong point of my 18-year career with the Treasury OIG.

I have fostered positive working relationships with high-level officials of the organizations being audited or reviewed, in part by clearly communicating the objectives during the initial meeting, and by providing periodic status updates. I have found that the final reporting process is greatly facilitated if management has an opportunity to respond to issues as they are identified. Management often takes immediate corrective action, so that the final report indicates that issues have been or are being addressed. In addition, by sharing information and being responsive to others, I feel that I have built mutually-beneficial coalitions within the OIG.

Because of my interpersonal skills, I have been selected to manage some of the most sensitive work performed by the OIG, including a review of actions taken by a bureau to address allegations against its most senior career official. I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 Peer Review process. I was able to establish an environment of mutual respect among the participating organizations that carried through to the completion of this assignment.

I have demonstrated my skill in establishing and maintaining effective working relationships with high-

---

QuickHire®: The Way to People. 1999. All Rights Reserved.

 **Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

level officials, other Federal agencies, Congressional staff, and professional organizations in many different situations. For example, in performing preliminary work for a PCIE audit of delinquent non-tax debt, I met with an OMB representative to obtain that agency’s perspective on current debt and credit management issues. I coordinated with representatives of PCIE member entities regarding agency interest in participating in, and ability to devote resources to, the planned effort. I also met with senior staff of the House Committee on Banking & Financial Services and the Senate Committee on Banking, Housing, and Urban Affairs with reference to an audit of OCC and OTS Fee Assessment Practices, which was also in its early stages.

In addition, as a Program Manager in the Office of Oversight, I was selected by the IG to prepare his testimony for Congressional hearings on mismanagement by senior IRS employees, a matter that was receiving extensive media coverage. Prior to the hearings, I worked closely with the Senior Investigator for the responsible Congressional Subcommittee, ensuring that we provided any requested information in a timely manner. By very quickly establishing a professional and responsive working relationship with the Senior Investigator, I was able to obtain advance information about the expected tone of the hearings and about the questions that Congress was going to ask the IG. Through my collaborative approach, I had an excellent opportunity to coordinate the preparation of responses, and create a “win-win” situation for the IG and for Congress. The IG was very pleased with the success of this effort, and relied on me in the future not only for Congressional issues, but also to address other sensitive matters requiring tact and diplomacy.

I also maintain effective working relationships with professional organizations. For example, I am a long-term member of the Greater Washington Society of Certified Public Accountants (GWSCPA), having served for many years on its Governmental Accounting and Auditing Committee.

I have always taken steps to maintain effective working relationships within the OIG as well. For example, during my first day on the job as the Acting Director of the Office of Quality Assurance (QA), I became aware that

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



# Treasury Office of Inspector General

## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer (█ points):** there had been an ongoing dispute between QA and the executive responsible for the OIG Audit function about the presentation of findings in a draft QA report. The draft was based on a review of how well the four regional Audit offices had implemented recommendations from prior years. The Audit executive expressed concern that the executive responsible for the QA function was about to issue a rep

All Grades 14.Brief senior management prior to meetings or Congressional testimony so that they are fully prepared to deal with any issues that arise.

**Answer (█ points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 15.Brief senior level officials regarding complex or controversial issues.

**Answer (█ points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 16.Please choose the response that best describes your experience in managing and supervising employees.

**Answer (█ points):** I have served as a manager, with responsibility for supervising other team leaders or first-line supervisors for over a year.

QuickHire®: The Way to People. 1999. All Rights Reserved.

QuickHire. Evaluate the people, not the paper.

# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

## Resume

MARIA V. CARMONA
P. O. Box 454, Fulton, MD 20759
Day: (202) 927-6345 Evening: (301) 490-4328

Application under Announcement No. OA-2002-0010,
Director of Audit Operations, Supervisory Auditor, GS-511-15

Social Security Number: 

Highest Grade Held: GS-511-15
Served as Acting Director, functioning at a level equivalent to a GS-511-15, for periods totaling more than a year. Promoted to the Grade 15 for 05-16-93 to 09-12-93, 08-29-99 to 12-25-99, and 06-24-01 to 07-21-01 (see below).

Contact Current Supervisor: Yes

WORK EXPERIENCE

During the more than 18 years that I have worked with the Department of the Treasury Office of Inspector General (OIG), I have held the positions below, for the dates indicated, at the salary levels listed. Due to space limitations, descriptions are included for positions at the GS-14 or higher only, with names and telephone numbers of supervisors for the four most recent positions (others available on request). Positions were for 80 hours every two weeks, with additional hours worked as necessary.

All positions required applied knowledge of professional auditing standards, skill in establishing and maintaining effective working relationships, and the ability to prepare and deliver oral briefings, various types of written communication, and completed staff work.

The Supervisory Auditor positions included the complete range of audit management, personnel management, and office management responsibilities, such as the following.
·Developed strategic and annual audit plans, oversaw planning of individual reviews, provided leadership and technical oversight of audits and other projects, and coordinated with senior managers at the Department and the bureaus, and with

QuickHire®: The Way to People. 1999. All Rights Reserved.

 **Treasury Office of Inspector General**
**All Applicant Data Report**

**Name:** MARIA V CARMONA
**Vacancy Number:** OA-2002-0010
**Vacancy Description:** Director of Audit Operations

officials of non-Treasury entities, including Congress, OMB, and the PCIE.
·Wrote position descriptions, participated in recruitment efforts, prepared appraisals, nominated staff for awards, and reviewed notices of proposed action.
·Prepared various management reports, developed plans for allocation of audit resources, managed budget, planned staff training, approved travel, and oversaw records management issues, including shipments to the Federal Records Center.

In addition to serving as Acting Director of various offices, served as Acting Deputy AIG, AIG, and IG.

Office of Audit - Banking and Fiscal Service 07-22-01 to Present
Supervisory Auditor - Audit Manager $94,618 to $101,742 GS-511-14
Report to Don Kassel, 927-6512

Supervised a varying number of employees, working in areas such as grant administration, records management, and protection of physical and cyber-based systems. For example, during the first quarter of FY 2002 was responsible for three major efforts to which a total of 20 staff members, including auditors and investigators, most GS-13 or above, were assigned.

Handled supervisory duties, including sensitive issues, and was instrumental in recruitment. Maintained positive working relationships with internal and external customers, presenting briefings for senior officials, such as the Director of the CDFI Fund. Prepared written products that were well-received, including a report on the CDFI Fund with the 10 findings and 16 recommendations that will result in significantly increased accountability over Federal funds.

Office of Audit - Banking and Fiscal Service 06-24-01 to 07-21-01
Supervisory Auditor - Acting Director $102,508 GS-511-15
Reported to Don Kassel, 927-6512

Managed a Headquarters office of 9 staff members, and had oversight responsibility for the audit operations of the Western Region, a staff of 10 headed by a GS-15 Director.

Oversaw revision of the scope and general plans for an audit of an automated system at FMS. Coordinated a review of the Semiannual Report to Congress, and the

QuickHire®: The Way to People. 1999. All Rights Reserved.

**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

final review of the Annual Audit Plan. Addressed personnel issues, and reconciled budgetary accounts on the multiple OIG tracking systems.

Office of Audit - Banking and Fiscal Service 03-12-00 to 06-23-01
Supervisory Auditor - Audit Manager $88,741 to $94,618 GS-511-14
Reported to Don Kassel, 927-6512

Subsequent to the March 2000 reorganization of the Office of Audit, ensured a smooth transition to the newly-created directorate, Banking and Fiscal Service, from a period serving as the Acting Director, Finance and Debt. Advised the new Director on a wide range of issues that affected the office.

Oversaw the issuance of final audit reports, including one on a high-visibility audit for which we received a Special Act Award (Group). Managed a multi-bureau audit on records management, with recommendations about allocating adequate resources, providing appropriate training and guidance, conducting internal program evaluations, updating records schedules, and destroying records in accordance with the schedules.

Office of Audit - Finance and Debt 08-29-99 to 03-11-00
Supervisory Auditor - Acting Director $84,570 to $88,741 GS-511-14
Reported to Marla Freedman, 927-6516 120-day promotion to GS-511-15, $91,410

Managed two GS-14 Audit Managers, eight Auditors, primarily at the GS-13, and one GS-8 Office Manager. Under my leadership and technical oversight, Finance and Debt issued seven reports in final, among many other accomplishments. Was responsible for several high-visibility and sensitive audits that had broad impact and resulted in significant findings, including a Deposit Fund Account audit that had a monetary finding of $42 million, one of the largest dollar findings in an OIG program audit, and a PCIE/ECIE Review of Non-Tax Delinquent Debt, which had government-wide impact. Oversaw the work required for the OIG to respond to a Congressional request on a very sensitive matter at a Treasury bureau.

Provided leadership in a manner that significantly improved morale within the office, receiving recognition for this achievement from the Deputy AIG. Also received a Special Act Award for my work.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



**Treasury Office of Inspector General**
**All Applicant Data Report**

**Name:** MARIA V CARMONA
**Vacancy Number:** OA-2002-0010
**Vacancy Description:** Director of Audit Operations

---

Office of Audit - DO, FinCEN, Treasury Systems 10-11-98 to 08-28-99
Supervisory Auditor - Audit Manager $81,569 to $84,570 GM-511-14

Supervised staff that included two GS-13 auditors, a GS-12 auditor, and a GS-12 management analyst. Provided leadership and technical oversight of program audits in the areas of asset forfeiture, communications systems, and financial crime. Issued a report on the review of the mission of EOAF, and managed audit work on the Treasury Communications System at DO and an artificial intelligence system at FinCEN.

Completed carry-over work from Oversight, including a project covering the four law-enforcement bureaus. Issued four Oversight reports for which all findings and recommendations had bureau management concurrence.

Office of Investigations - Office of Oversight 03-30-97 to 10-10-98
Supervisory Auditor - Program Manager $75,314 to $81,569 GM-511-14

Supervised as many as six GS-13 staff members in the auditor, criminal investigator, and general investigator series working on multiple reviews addressing varied, complex, and often very sensitive matters at Treasury’s four law-enforcement bureaus. These reviews addressed areas such as the quality of internal investigations conducted by the bureaus and the reporting of investigative statistics. Also managed internal OIG investigations, and reviews of allegations of nonpayment of rewards, obstruction of justice, illegal destruction of documents, and unauthorized release of Privacy Act information.

Was responsible for the preparation of Congressional testimony and related documents for Senate Finance Committee hearings on the IRS and for appropriations hearings. Oversaw efforts on compliance with the Government Performance and Results Act. Managed the development of a recommendation tracking system and of a survey instrument to measure customer satisfaction. Represented the office on a task force for a new management information system (MIS) that would track project status and costs, and avoid duplicate entry. Prepared a justification for a revised organizational structure to enhance independence, which was used by the Deputy IG for an April 1998 reorganization.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.