

**QuickHire**
Evaluate the people, not the paper.

**Treasury Office of Inspector General**
**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

Office of Audit - Financial Management Audits 07-09-95 to 03-29-97
Supervisory Auditor - Financial Audit Manager $71,078 to $75,314  GM-511-14

Was responsible for the OIG&#8217;s oversight of the Department&#8217;s FMFIA
program, which included monitoring management control issues throughout the year.
Prepared a detailed proposal for the Office of Management Control.  Performed
financial statement audit work at ATF and Secret Service.


Office of Oversight and Quality Assurance 05-04-93 to 10-09-93
Supervisory Auditor - Acting Director,    $62,291 to $64,179  GM-511-14
                      Quality Assurance   120-day promotion to GM-511-15, $66,609

Directed the OIG's internal quality assurance function, coordinating quality
assurance reviews by four GS-13 auditors.  Prepared the 1994 Annual Plan, which
was the first detailed plan for the office.  Coordinated plans for the 1994 Peer
Review with officials from the GSA, NRC, and OPM OIGs.

Reports Issued:  Review of regional Audit offices, with 15 recommendations for
enhanced compliance with professional auditing standards.  Review of
administrative procedures at IGATI, with 18 recommendations on internal controls
and the management of the Institute's 1-year appropriation.  Information resources
management review of compliance with the Privacy Act, with 7 recommendations on
publication requirements, safeguards, and training.


Office of Oversight and Quality Assurance &#8211; Oversight 12-06-89 to 07-08-95
Supervisory Auditor - Program Manager  $43,863 to $71,078
(See entry above for detail to Quality Assurance) Promoted to GM-511-14, 06-03-90

Was instrumental in the establishment of the Office of Oversight, preparing
organizational plans; staffing, training, and annual budget plans; position
descriptions and the related personnel actions. Performed vulnerability
assessment.  Authored Oversight chapter of OIG Manual. Managed multi-disciplinary
teams of GS-13 and GS-14 auditors, investigators, and inspectors.  Assignments
included the 1991 and 1994 Peer Reviews, a special inquiry into management
practices at an IRS region, and reviews of sensitive issues regarding systems and
individuals.

---

 **QuickHire** **Treasury Office of Inspector General**
Evaluate the people, not the paper.  **All Applicant Data Report**

**Name**: MARIA V CARMONA

**Vacancy Number**: OA-2002-0010

**Vacancy Description**: Director of Audit Operations

Office of Audit - OCC    07-19-87 to 12-05-89
Supervisory Auditor - Audit Team Leader $38,727 to $43,863
                    Promoted to GM-511-13 on 07-19-
87


Office of Audit - OCC    09-85 to 07-87
Auditor                    $29,018 to $31,619
       Promoted to GS-511-12 on 05-11-86


Office of Audit - BEP    03-83 to 09-84
Auditor                    $21,527 to $25,858  GS-511-7/9

---------

National Labor Relations Board        09-84 to 09-85
Office of Internal Audit and Investigation    $25,858 to $29,018
1717 Pennsylvania Ave., N.W., Washington, DC  Promoted to GS-511-11 on 04-28-
85
Auditor


EDUCATION

University of Maryland, College Park, MD
  Degrees Awarded with High Honors:
    B.S. 08-81 (36 Semester Hours)
    B.A. 05-74 (92 Semester Hours)

Rosemont College, Rosemont, PA
  Attended 09-71 to 05-74 (33 Semester Hours)

Northwood High School, Silver Spring, MD
  Graduated 06-70

Chief Undergraduate Subjects:
  Accounting, Auditing, Business Law  (36 Semester Hours)
  French Language/Literature  (36 Semester Hours)



# QuickHire
Evaluate the people, not the paper.

## Treasury Office of Inspector General
### All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

Spanish Literature    (24 Semester Hours)


OTHER QUALIFICATIONS

Certified Public Accountant (Licensed in Maryland)

Languages:  Spanish, French, Italian.

Awards:

Received numerous Performance, Special Act, and Peer Awards during my more than 25 years of Federal government service.  These awards, which are reflected in my Treasury OIG files, include:
·Cash Award for Exceptional performance for appraisal period ended June 30, 2002
·Cash Awards for Outstanding performance for five consecutive years as a Program Manager
·Performance Award for Outstanding rating as Acting Director, Office of Quality Assurance
·Special Act Award for work as Acting Director, Finance and Debt
·Quality Step Increase Awards for periods when received Outstanding or Exceptional performance appraisals, including June 30, 2001

Professional Organizations:

Membership in organizations for accountants and auditors, including the Association of Government Accountants (AGA), the Institute of Internal Auditors, the American Institute of Certified Public Accountants (AICPA), the Greater Washington Society of Certified Public Accountants (GWSCPA).  Have served for many years on the GWSCPA Governmental Accounting and Auditing Committee.

Served on the OIG Change Management Advisory Team and the OIG Diversity Task Group. Represented the OIG at the Federal Quality Roundtable and the Treasury Consortium for Culture Change.

Other Activities:

During 5 years with Toastmasters, served as club president and as area- and district-level officer.

---



# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

Provided accounting services on a volunteer basis to not-for-profit organizations. For example, worked with a nationwide not-for-profit to automate its accounting records, and presented training on an accounting manual that I wrote.  Received the organization&#8217;s top award for outstanding volunteer service.

Provided accounting services on a self-employed basis to another not-for-profit organization for about 5 years.


TRAINING

Extensive training related to the knowledge, skills, and abilities required for the position of Director of Audit Operations.  Some of the training received in areas such as leadership, management, communication, and Federal accounting and auditing is shown below.  Detailed annual training inventories are available in my OIG files.

Leadership:

Numerous sessions in the Quality Learning Series, including:
  - Increasing Quality Performance with Principle-Centered Leadership,
  - Developing a High Performance Culture:  Managing the Moments of Truth, and
  - The Trust Factor.

Management:

OPM Management Development seminar.  OIG and Departmental management training, including sessions on Effective Supervisory Practices, Employee Relations, Conflict Resolution, Total Quality Management, and Appropriations Law.

Communication:

As a member of Toastmasters for five years, had numerous opportunities to develop skills in public speaking and in leadership, through a program of structured speeches and responsible positions.  Have also taken oral presentation and writing courses.

Federal Accounting and Auditing:

---

QuickHire®:  The Way to People.  1999.  All Rights Reserved.

 **Treasury Office of Inspector General**
**All Applicant Data Report**

**Name**: MARIA V CARMONA

**Vacancy Number**: OA-2002-0010

**Vacancy Description**: Director of Audit Operations

---

Attended many sessions by the AGA and the AICPA, covering issues such as internal control testing, risk assessment, financial statement auditing, and revisions to Federal auditing standards.  Attend monthly GWSCPA educational meetings and get updates on financial issues during JFMIP conferences.  Also attended seminars on detecting and preventing fraud and illegal acts.

Participated in a number of courses on financial statement audits and on the evaluation of internal control structures, including:
  - Chief Financial Officers Financial Statement Auditing,
  - Implementing the Integrity Act and Conducting Management Control Reviews,
  - Internal Control &#8211; an Integrated Framework.

Have taken courses on information systems auditing, including the Systems Development Life Cycle approach to auditing, and courses on the use of statistical sampling and on &#8216;tools&#8217; used during the audit process, including auditing software, automated spreadsheets, and databases.

**FAX FOR OFFICE OF INSPECTOR GENERAL**

**FAX NUMBER:  (202) 927-6492**

**DATE:  09-13-2002**

**NUMBER OF PAGES:    12**
(not including transmittal)

**FROM MARIA V. CARMONA**
**PHONE:  (202) 927-6345**
**E-MAIL:**  CarmonaM@oig.treas.gov

**AS REQUIRED BY VACANCY ANNOUNCEMENT USAJOBS CONTROL NO. TS3169 FM,
I AM FAXING COPIES OF MY MOST RECENT SF-50 (OTHER THAN AN AWARD
ACTION) AND PERFORMANCE APPRAISAL AS PART OF MY APPLICATION UNDER
ANNOUNCEMENT NO. OA-2002-0010, DIRECTOR OF AUDIT OPERATIONS,
SUPERVISORY AUDITOR, GS-511-15.**

**IT IS MY UNDERSTANDING THAT THESE DOCUMENTS HAVE BEEN SUBMITTED IN
A TIMELY MANNER, I.E., PRIOR TO 11:59 P.M. ON 09-13-2002, WHICH ARE THE
CLOSING TIME AND DATE FOR THIS VACANCY ANNOUNCEMENT.**

**PLEASE SEND ME AN E-MAIL MESSAGE TO CONFIRM RECEIPT.**

**THANK YOU.**

I-24

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CARMONA, MARIA V | | 10/08/52 | 01/13/02 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| QWM | REG 531.205 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| ZLM | E O 13249 | | |

| 7. FROM: Position Title and Number | 16. TO: Position Title and Number |
|---|---|
| | SUPVY AUDR |
| | 08541A05    08541A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 97,108.00 | PA | GS | 0511 | 14 | 10 | 101,742.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 88,096.00 | 9,012.00 | 97,108.00 | .00 | 91,265.00 | 10,477.00 | 101,742.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | OFFICE OF AUDIT |
| | DAIG FOR PROG AUDITS |
| | TR 95261500010500000    PP 01 2002 |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1 = None  3 = 10-Point/Disability  5 = 10-Point/Other  2 = 5-Point  4 = 10-Point/Compensable  6 = 10-Point/Compensable/30% | 1 — 0 = None  2 = Conditional  1 = Permanent  3 = Indefinite | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0   BASIC-1X ADDITIONAL | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CS | 08/30/76 | F   FULL TIME | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1 = Competitive Service  3 = SES General  2 = Excepted Service  4 = SES Career Reserved | E   E = Exempt  N = Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

FEDERAL PAY INCREASE DUE TO E.O. 13249 SIGNED 12/28/01.
SALARY INCLUDES A GENERAL INCREASE OF 3.6  ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| TR 95 | 4041 | 12/28/01 | HUMAN RESOURCES OFFICER |

I-25   Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

5-Part   50-316

# DEPARTMENT OF THE TREASURY- OFFICE OF INSPECTOR GENERAL
## PERFORMANCE EVALUATION PLAN AND RATING
### FORM *FOR MANAGERS AND SUPERVISORS*

### PART I: IDENTIFYING INFORMATION

| EMPLOYEE NAME: Maria Carmona | SSN: |  |
|---|---|---|
| POSITION TITLE: **Audit Manager** | SERIES: 511 | GRADE: 14 |
| ORGANIZATION: **Office of Inspector General, Banking and Fiscal Service Directorate** | | |

### PART II: ACKNOWLEDGEMENT OF PERFORMANCE EVALUATION PLAN (Complete at the Beginning of the Rating Period)

| PERFORMANCE EVALUATION PLAN FOR THE PERIOD | FROM: July 01-01 | TO: June 30, 02 |
|---|---|---|
| EMPLOYEE SIGNATURE: *Maria V Carmona* | | DATE: 09-19-01 |
| RATING OFFICIAL SIGNATURE: *Donald R Kassel* | | DATE: 9/19/01 |
| REVIEWING OFFICIAL SIGNATURE: | | DATE: 10/4/01 |

### PART IIA: MIDYEAR PROGRESS REVIEW (Mandatory)

| DATE REVIEW CONDUCTED: 1/10/02 | RATING OFFICIAL SIGNATURE: *Donald R Kassel* | EMPLOYEE SIGNATURE: *Maria V Carmona* |
|---|---|---|

COMMENTS: (Attach additional sheets, if necessary)

### PART III: RATING OF RECORD

OVERALL RATING:
[X] Exceptional Performance    [ ] Superior Performance    [ ] Quality Performance    [ ] Unacceptable Performance

| RATING OFFICIAL SIGNATURE: *Donald R Kassel* | DATE: 8/7/02 |
|---|---|
| REVIEWING OFFICIAL SIGNATURE: | DATE: 8/7/02 |
| EMPLOYEE SIGNATURE: *Maria V Carmona* | DATE: 08-07-02 |

RATING OFFICIAL COMMENTS: *(Required if Rating of Record is "Unacceptable Performance" or "Exceptional Performance.")*

See Attached

I-26

DO F 64-30.6 B

1

## Performance Evaluation Plan
### Directions

**Column 1**   **Performance Elements**. Identifies each element and provides a brief description of the element. In preparing this plan, the supervisor and employee should discuss both the proposed elements and performance measures (Column 2) for those elements. In the box next to the title, check those elements which apply. Elements already checked are mandatory. The model elements contained in the form are considered critical. That is, they only include duties or responsibilities of such importance that unacceptable performance on the element would result in a determination that an employee's overall performance is unacceptable. These generic elements and standards may not cover major duties; in which case, an element and standards can be developed and added at the end of the performance plan.

**Column 2**   **Performance Measures**. Sample measures are written for each element at the "Quality" and "Exceptional" performance levels. The supervisor and employee discuss what is expected in each of these measures based on the individual employee's duties and responsibilities. There is space provided at the end of the list so that individualized measures may be added.

**Column 3**   **Midyear Progress Review Notes**. An asterisk (*) is placed in this column for a specific performance element which the supervisor perceives as a development need where he/she feels the employee needs to concentrate on for the remainder of the rating period. These asterisks denote target areas for the rest of the year, and should not reflect negatively on the employee in the Rating of Record if deficiencies are corrected.

**Column 4**   **Element Rating**. *Determine which level best describes the employee's performance on each element. Each and every measure described does not have to be met by the employee for the rating official to assign a particular rating level. The sum of the employee's performance of the element must, in the rating official's judgment, meet the assigned level's criteria as described below:*

**Level 4- Exceptional**- Highest rating, reserved for unusually rare and exceptional performance. The quality and quantity of the employee's work rarely leave room for improvements. The impact of the employee's performance is of such significance that the organizational objectives were accomplished that otherwise would not have been. The employee takes initiative and demonstrates leadership in improving the work processes and products for which he/she is responsible. If the employee warrants this rating, a "4" should be placed in this column at the end of the rating period.

**Level 3- Superior**- This is a level of <u>unusually good</u> performance. Work products consistently exceed the supervisor's expectations and requirements of the assignment. The knowledge and skill the employee applies are clearly above average, and result in highly effective problem-solving and meaningful support of organizational goals. If the employee warrants this rating, a "3" should be placed in this column at the end of the rating period.

**Level 2- Quality**- Solid and effective performance. Performance represents a level of accomplishment expected of the majority of employees. Work products meet the requirements of the assignment. Tasks are normally completed accurately, thoroughly and in a timely manner. The employee adheres to all policies and procedural requirements. If the employee warrants this rating, a "2" should be placed in this column at the end of the rating period.

**Level 1- Unacceptable**- Quality and quantity of work fall short of requirements for the job and require corrective action. If the employee warrants this rating, a "1" should be placed in this column at the end of the rating period.

### DETERMINING RATING OF RECORD

Review each element that was evaluated:

<     If majority of elements are rated "Exceptional," the Rating of Record is "Exceptional."

<     If majority of elements are rated at least "Superior," the Rating of Record is "Superior."

<     If majority of elements are rated at least "Quality," the Rating of Record is "Quality."

<     If one or more elements is rated "Unacceptable," the Rating of Record is "Unacceptable."

Once you have determined the rating of record, place it in Part III, on the first page of this form.

### Tie breaker rule

If there is no majority, and the individual element ratings have resulted in a tie, the rating of record should be the lower of the two element ratings, (e.g. two "Exceptional" ratings and two "Superior" ratings, would result in a rating of record of "Superior").

I-27

**Performance Evaluation Plan**
*(Individual Performance Contract)*

Major Goals, Specific Tasks, or Self Development Not Captured Elsewhere (e.g., in the position description):

Instructions for completion: This section is designed to identify major projects, tasks, or development plans to be accomplished during the rating period. For example, if an employee whose job ordinarily involves analyzing and reporting on data were tasked to coordinate a major annual conference, this section could be used to identify that as a goal for the year. Similarly, this section could be used to record self development activities the employee will undertake during the year to gain competencies needed by the organization, e.g., learn how to develop and utilize a database to track office assignments. This section may be completed at the beginning of the performance cycle, or any time during the cycle, as new projects, tasks, or activities are identified. Generally, the quality of the performance of these projects and tasks can be evaluated by assessing how well they were carried out in comparison with the established generic standards beginning on page 4. However, if the generic standards do not apply, there is space provided at the end of the form to add specific elements and measures.

I-28

## Performance Evaluation Plan

| ELEMENTS | PERFORMANCE MEASURES<br><br>1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. Add or delete additional measures after the bullets as needed. | M I D Y E A R | Element Ratings<br><br>4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
|---|---|---|---|
| ☒ **Manages Employees and Resources (Supervisors)**<br><br>*Ensures effective and efficient use of human and financial resources to maintain a high performing organization* | Exceptional performance:<br><br>• encourages independent creative thinking among subordinate employees while taking responsibility for their actions<br>• makes extra effort to promote cooperation among subordinates<br>• consistently guides, motivates and stimulates positive responses from subordinates<br>• provides leadership by encouraging employee suggestions to improve work flow processes<br>• successfully uses planning skills which result in maximum utilization of resources and efficiency for the organization<br><br>Quality performance:<br><br>• timely establishes and communicates clear and realistic employee performance measures, and holds employees accountable for results<br>• recognizes and rewards good performance and deals effectively with deficient performance<br>• gives employees responsibility, authority, and support needed to complete assignments<br>• assesses current and future staffing needs based on organizational goals and budget realities<br>• involves others in planning and decision making in order to gain their commitment and/or cooperation<br>• encourages employee development<br>• oversees financial resources and identifies cost-effective approaches | | 4 |
| ☒ **Overall Management Skills (Supervisors)**<br><br>*Manages multiple activities and achieves program goals* | Exceptional performance:<br><br>• resolves difficult or long-standing organizational problems by implementing innovative approaches<br>• successfully develops plans to handle potential work flow problems and emergency situations<br>• adapts quickly and consistently to new priorities without losing sight of long-term organizational goals<br>• makes extra effort to improve service and increase productivity and effectiveness<br><br>Quality performance:<br><br>• articulates and communicates agency goals, relating them to achievement of specific program outcomes<br>• develops logical, practical solutions and effectively implements them<br>• sets appropriate priorities and manages multiple activities effectively<br>• monitors the implementation of programs, reacting appropriately to problems that arise<br>• provides practical advice and guidance to others (including other organizations) for developing new policies and procedures | | 4 |

I-29

| ELEMENTS | PERFORMANCE MEASURES | M I D Y E A R | Element Ratings |
|---|---|---|---|
| | 1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. Add or delete additional measures after the bullets as needed. | | 4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
| ☒ **Supports EEO and Diversity (Supervisors)**<br><br>*Promotes work environment free of discrimination and implements EEO and Affirmative Employment goals* | **Exceptional performance:**<br><br>• successfully implements the EEO and affirmative employment goals established by the OIG<br>• projects very positive, dynamic EEO image with in-depth sensitivity to differing racial, ethnic, and cultural groups, persons with disabilities, and persons of either sex<br>• is extremely effective in addressing and diffusing conflict<br>• is sought out and noted for creative and insightful solutions<br>• is an excellent role model in applying EEO and diversity principles<br><br>**Quality performance:**<br><br>• takes steps to implement the OIG's established EEO and affirmative employment goals<br>• supports staff participation in special emphasis programs<br>• promptly responds to allegations of discrimination and/or harassment, and initiates appropriate action to address the situation<br>• cooperates with EEO counselors, EEO investigators and other officials who are responsible for conducting inquiries into EEO complaints<br>• assigns work and makes employment decisions in areas such as hiring, promotion, training and developmental assignments without regard to sex, race, color, national origin, religion, age, disability, sexual orientation, or prior participation in the EEO process<br>• monitors the work environment to prevent instances of prohibited discrimination and/or harassment | | 4 |

I-30

| ELEMENTS | PERFORMANCE MEASURES<br><br>1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. (Add or delete additional measures after the bullets as needed. | M I D Y E A R | Element Ratings<br><br>4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
|---|---|---|---|
| ☒ **Technical Competency**<br><br>*Demonstrates technical job knowledge and produces results* | Exceptional performance:<br><br>• reaches conclusions and makes recommendations which invariably represent the best course of action<br>• is sought out by colleagues as the person who will provide clear and effective guidance in their area of responsibility<br>• independently resolves conflicts among assignment deadlines<br>• presents solid recommendations where supervisory approval is required<br>• is considered by peers and supervisor as an expert source of information for internal and external individuals or groups<br>• produces work products that are recognized for their outstanding quality<br><br>Quality performance:<br><br>• reaches conclusions and makes recommendations that demonstrate sound and independent judgment<br>• keeps abreast of current developments in areas of responsibility<br>• exercises good judgment in seeking guidance<br>• produces work products that are clear and well-organized<br>• completes work within established deadlines<br>• quickly takes steps to remedy situations as problems arise<br>• produces work products that are technically accurate, well researched, and peer-reviewed, when necessary | | 3 |
| ☒ **Customer Service**<br><br>*Provides professional and responsive service* | Exceptional performance:<br><br>• develops and implements innovative approach to customer requirements and recommendations<br>• consistently completes assignments for customers in advance of established deadlines<br>• takes extra efforts to ensure that internal and external customers are pleased with the services provided<br>• consistently monitors service delivery to ensure that virtually no assignments are overlooked<br>• identifies actions that would improve customer service<br><br>Quality performance:<br><br>• keeps customers informed of work progress and expected outcomes<br>• consistently takes personal responsibility for resolving customer requests or complaints<br>• delivers quality products and services to internal and external clients<br>• treats others with respect<br>• works cooperatively with internal and external workers or clients<br>• shows competence in starting, carrying out, and timely completing tasks<br>• seeks opinions, as appropriate, to produce a balanced work product | | 4 |

I-31

| ELEMENTS | PERFORMANCE MEASURES<br><br>1. Check all elements in Column 1 for which the employee will be rated.<br>2. All elements are considered critical.<br>3. Add or delete additional measures after the bullets as needed. | M I D Y E A R | Element Ratings<br><br>4-Exceptional<br>3-Superior<br>2-Quality<br>1-Unacceptable |
|---|---|---|---|
| ☒ **Teamwork**<br><br>*Works with others either in formal teams or ad hoc groups to accomplish tasks or provide services effectively and efficiently* | Exceptional performance:<br><br>• handles interpersonal relationships with exceptional skill<br>• demonstrates leadership by promoting cooperation among team/staff members<br>• takes initiative to ensure early or timely completion of team assignments<br>• frequently fosters cooperation among team/staff members to prevent misunderstandings<br>• consistently uses and promotes effective team concepts to meet goals and deadlines of the team assignment<br><br>Quality performance:<br><br>• adjusts positively to changes in workload and priorities as a member of the team<br>• maintains effective working relationships with team members<br>• actively participates in team efforts<br>• leads or follows, as necessary, as part of the team<br>• shares information, credit, and recognition | | 4 |
| ☒ **Communication (written and oral)**<br><br>*Quality and effectiveness of written and oral communication* | Exceptional performance:<br><br>• oral and written presentations are exceptionally clear and effective regardless of complexity of subject<br>• complicated or controversial subjects, appropriate to the position, are persuasively presented so that desired outcomes are achieved<br>• written work products are virtually error free even in situations involving high pressure or abnormal circumstances<br><br>Quality performance:<br><br>• written products are clear and factual, well organized, properly formatted, and effectively presented<br>• thoughts, conclusions, and recommendations are conveyed efficiently<br>• communicates effectively in situations involving normal pressure and circumstances<br>• keeps supervisors and others informed about progress or problems in completing assignments<br>• positively represent the Department or office to individuals or groups inside and outside the Department, as appropriate to the position | | 4 |

I-32

DO F 64-30.6 B                                7

RATING OFFICIAL COMMENTS
MARIA V. CARMONA
July 1, 2001-June 30, 2002

Ms. Carmona is an excellent manager leading the staff under her responsibility by example. She challenges her staff to reach for higher levels of performance, guides, counsels, and motivates employees. She constantly offers suggestions for staff and OIG improvements in areas of efficiency and productivity. She plans all her work extremely well, monitors budget expenses, and controls all work assigned to staff and holds her staff accountable to high quality work standards.

Ms. Carmona demonstrates a very positive EEO image to staff. She addresses conflict issues extremely well and is sensitive to the diversity of people and their skills. She worked very closely with a new staff member that was transferred from our Financial Statement staff.

Ms. Carmona's technical competency is superior. Her knowledge of Treasury operations relating to numerous bureaus, their missions, operational programs and interface with the Department, GAO and outside Agencies is a real asset. If she identifies an area in Treasury that she is unfamiliar, she will become knowledgeable through research, meetings, etc. As a CPA, she possesses all the skills necessary to plan, execute the work and produce quality reports. Her recommendations are logical and supported by in-depth work and analysis and result in the best course of action to solve weaknesses.

As an integral part of carrying out the OIG mission, Ms. Carmona has developed an excellent customer service relationship with the respective Bureau liaisons. She keeps them informed of all audit related issues affecting their bureaus. She continually works to improve the service to the auditees.

In her role as a manager to promote team harmony and motivation, Ms. Carmona is exceptional! She monitors the work of the team members and ensures that quality jobs are delivered on time. Sometimes this means working during her own time in order to meet deadlines. She has excellent interpersonal skills and uses them to promote team unity. She has had to deal with many organizational and operational changes during the rating period, and has met the challenge with each.

Ms. Carmona's ability to communicate both orally and written is perhaps her strongest trait. She is able to review, and analyze very complex issues and present the results in a clear and effective manner. Her oral presentations are clear, logical and delivered in a very professional and convincing manner. Her written reports and other documentation are virtually error free with little need for changes. She is able to produce high quality products even within the most tight timeframes and adverse circumstances.

In summary, Ms. Carmona is a very professional, dedicated and dependable Audit Manager that takes her job seriously, and is truly committed to improving the operations of the OIG. She plays an extremely important role in the quality of the work produced in the Banking and Fiscal Service staff and the success of the staff can be directly attributed to the efforts, and work ethics of Ms. Carmona. The attached statement of her accomplishments during the rating period provides details to the above comments.

I-33

# STATEMENT OF ACCOMPLISHMENT
## OF PERFORMANCE ELEMENTS
### Maria V. Carmona
### Audit Manager, *Banking and Fiscal Service*
### July 1, 2001, through June 30, 2002

## Manages Employees and Resources

Served as Audit Manager, *Banking and Fiscal Service*, responsible for efforts in the areas of grant administration, records retention, and the protection of physical and cyber-based systems. A total of 20 staff members were assigned to these efforts, including 12 auditors and 8 investigators, four at the Grade 14 level and the majority of the others at the Grade 13. Also assisted the Director with a material loss review of a thrift institution, in part by covering a hearing at which the Director of OTS testified and by representing the office at OTS-FDIC meetings.

Performed personnel-related tasks, such as giving staff performance appraisals, approving leave and time reports, and approving travel authorizations and vouchers. Was instrumental in the recruitment process, reviewing applications, serving on interview panels, and verifying references.

Guided the successful transition of a Grade 13 member of the staff from Financial Statement Audit to Program Audit.

## Overall Management Skills

Periodically served in an Acting capacity for the National Director, *Banking and Fiscal Service*, including a temporary promotion to the Grade 15 for a 4-week period, the last three weeks of which were part of this appraisal period.

Responded to the many quick turn-around requests received by the Directorate, some dealing with technical fiscal service issues, others with administrative matters such as staffing and budget. Provided the Director with frequent updates on audits and other projects, and coordinated efforts with Financial Statement Audit, Information Technology Audit, Counsel, and Office of Investigations managers and staff.

Was responsible for the preparation of the *Banking and Fiscal Service* annual audit plan for FY 2003. Presented audit proposals at the annual planning conference.

Handled sensitive and at times difficult personnel matters. For example, while Acting Director, addressed the death of a coworker, who at the time was the only other Audit Manager in *Banking and Fiscal Service*. This included interfacing with family members, advising OIG senior management and staff about the death, and making arrangements for expressions of sympathy. Discussed the loss with a number of staff members who sought me out in their grief. Pursued with Personnel the posthumous granting of the Gallatin Award, for length of service with the Department of the Treasury, an award usually presented during retirement ceremonies.

I-34

## STATEMENT OF ACCOMPLISHMENT
## OF PERFORMANCE ELEMENTS
### Maria V. Carmona
#### Audit Manager, *Banking and Fiscal Service*
#### July 1, 2001, through June 30, 2002

### Supports EEO and Diversity

Managed a diverse staff with sensitivity to EEO and diversity principles, ensuring a conflict-free environment. Applied these principles to other OIG activities, including recruitment.

Throughout my career, treated each individual with dignity and respect, ensured that staff members had the tools necessary to do their jobs, and provided recognition for tasks well done, through actions such as day-to-day expressions of appreciation and encouragement and nominations for formal recognition through the performance award system.

This is in keeping with Secretary O'Neill's philosophy that *the paramount goal of our efforts should be to create a work culture of performance, challenge, meaning, and dignity*. After attending Secretary O'Neill's presentation on the importance of this goal at the national JFMIP Conference, shared information on his philosophy with all OIG staff by writing an article that was published in the *OIG Newsletter*.

### Technical Competency

Developed findings and recommendations for the improvement of records management at the Departmental and bureau levels, addressing issues such as enhancing policies and procedures, allocating adequate resources, providing appropriate training and guidance, conducting internal program evaluations, updating records schedules (SFs-115), and destroying records in accordance with the schedules.

As illustrated in a draft report that contains sixteen recommendations addressed to the Director of the CDFI Fund, ensured that the staff reached appropriate conclusions and presented convincing evidence to support them. Issues addressed in this report include decreasing the amount of time required to disburse funds, tracking individual financial institution compliance with reporting requirements, assessing compliance with assistance agreements in a timely manner, and enhancing data analysis and documentation.

Consistently produced high-quality reports and other products.

### Customer Service

With reference to records retention, proposed an innovative approach to address issues raised by bureau management and oversaw its implementation, coordinating with the OIG audit team and with senior officials at the bureaus.

I-35

# STATEMENT OF ACCOMPLISHMENT
## OF PERFORMANCE ELEMENTS
### Maria V. Carmona
**Audit Manager,** *Banking and Fiscal Service*
**July 1, 2001, through June 30, 2002**

Maintained positive working relationships with internal and external customers. For example, met with the new Director of the CDFI Fund to discuss how our work was progressing and how the audit would proceed through to issuance of a final report. Also shared OIG observations on training provided by Fund staff, including the results of the evaluations by our team members. Ensured that, as findings were developed, the project team kept an open line of communication with OIG staff members who have Single Audit Act and Financial Statement Audit responsibility over the CDFI Fund.

## Teamwork

Fostered cooperation within teams, while effectively addressing shifts in priorities, staffing, or assignments.

As the Audit Manager for the nationwide review of the post-award grant administration process of the CDFI Fund, for example, oversaw the work of seven teams, each consisting of an investigator and one or more auditors, as they performed onsite visits of grant recipients. As part of this collaborative effort between the Offices of Audit and Investigations, and among Headquarters and the Regions, took action to maximize the knowledge and ability of the team members and to foster good working relationships both within and among the teams by coordinating the preparation and presentation of two days of training. The sessions not only gave OIG staff from around the country an opportunity to understand how the Fund operates, but also a chance to get to know the other staff working on the project and to share knowledge gained from past experience.

Ensured that staff members participating in the training received continuing professional education credits through the National Association of State Boards of Accountancy, which required, in part, the preparation of a training brochure, the maintenance of detailed training materials, and the analysis of evaluations of the sessions.

## Communication

All written products submitted were approved with virtually no revisions. This included audit programs, draft and final audit reports, Congressional correspondence, audit plan proposals, and various other documents.

Planned and conducted internal OIG briefings and senior-level meetings with Commissioners, Deputy Commissioners, Assistant Commissioners, and Counsel for the bureaus, and with officials within Departmental Offices.

I-36



*The paramount goal of our efforts should be to create a work culture of performance, challenge, meaning, and dignity. Employees should be able to ask themselves the following three questions: Am I treated with dignity and respect at work by everyone I encounter? Do I have the tools I need to do my job so that the work I do gives meaning to my life? And did anybody notice?*

*Paul H. O'Neill, Secretary of the Treasury*

J-1