## **PLAINTIFF'S EXHIBITS**

A    Notification of Personnel Action for Plaintiff's promotion to a GM-0511-15 Supervisory Auditor position effective 08/29/99 (1 page)

B    Performance Evaluation of Plaintiff by Freedman, 06/20/00 (6 pages)

C    Notification of Personnel Action for Plaintiff's performance award (cash award) effective 07/17/00 (1 page)

D    Documents for Special Act Award for August 1999 to March 2000 time frame (5 pages)

E    E-mail message of April 12, 2000, regarding processing of Special Act Award (1 page)

F    E-mail message of January 28, 2000, from Freedman indicating that Plaintiff would continue to serve as Acting Director *Finance and Debt* (1 page)

G    E-mail messages from Freedman to Plaintiff praising work (5 pages)

H    E-mail messages to/from Freedman, Kassel, Plaintiff regarding compensation for temporary promotion and other matters. Illustrate that Freedman routinely included Plaintiff among the Directors to whom she sent e-mail messages (13 pages)

I    Excerpt from Plaintiff's seventeenth formal administrative EEO complaint filed on December 27, 2002. Pages 1, 5, 6, 7, A-2, A-3, F-1, F-4, I-4 to I-14. (19 pages)

J    Plaintiff's responses to the five KSAs required in Vacancy Announcement OA-2002-0010 (13 pages)

K    E-mail messages from Freedman to OIG-All (2 pages)
- Announcing the selection of a Director of Audit Operations, dated February 18, 2005
- Announcing the selection of a Manager of Audit Operations, dated March 11, 2005

L    E-mail messages regarding Acting Director of Audit Operations (a) Request for Expressions of Interest and (b) Acting Assignment (5 pages)

M    Freedman's calendar for June-August 2002 (3 pages)

N    Excerpt from Congressional testimony by Deputy Inspector General Dennis S. Schindel on March 12, 2003. Pages 1, 2, and 13 (dealing with divestiture). (3 pages)

O    Excerpt from Department of the Treasury, Office of Inspector General, Semiannual Report to the Congress, Oct. 1, 2004 – Mar. 31, 2005 (2 pages)

P E-mail message from careerconnectorhelp@do.treas.gov dated December 22, 2004, received by Plaintiff on following her application under Vacancy Announcement OA-2005-007 (14 pages)

Q E-mail messages of Plaintiff's attempts to obtain an official date of cancellation for the position of Director of Audit Operations (3 pages)

R Excerpts from Treasury OIG Annual Plans for FY 2002 and for FY 2003 (4 pages)