# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| CARMONA, MARIA V | | 10/08/52 | 08/29/99 |

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 703 | PROMOTION NTE  12/25/99 | | |
| **5-C. Code** | **5-D. Legal Authority** | **6-C. Code** | **6-D. Legal Authority** |
| N8M | REG 335.102 EXC-COMP | | |
| **5-E. Code** | **5-F. Legal Authority** | **6-E. Code** | **6-F. Legal Authority** |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPVY AUDR | SUPVY AUDR |
| 08541019     008541 | 08775006     008775 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 14 | | 84,570.00 | PA | GM | 0511 | 15 | 00 | 91,410.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 78,400.00 | 6,170.00 | 84,570.00 | .00 | 84,741.00 | 6,669.00 | 91,410.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| TREASURY OFFICE OF THE INSPECTOR GENER<br>OFFICE OR INSPECTOR GENERAL<br>AUDIT DIRECTORATE<br>DAIG FOR PROG AUDITS | TREASURY OFFICE OF THE INSPECTOR GENER<br>OFFICE OR INSPECTOR GENERAL<br>AUDIT DIRECTORATE<br>DAIG FOR PROG AUDITS |

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other<br>2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30% | 1   0 – None   2 – Conditional<br>1 – Permanent   3 – Indefinite | | ☐ YES   ☒ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| G0   BASIC-1X ADDITIONAL | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CS | 08/30/76 | F   FULL TIME | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 – Competitive Service   3 – SES General<br>2 – Excepted Service   4 – SES Career Reserved | E   E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

Plaintiff
Exhibit

A

05 CV 2428 (JGP)

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | Catherine M. McCoy |
| **47. Agency Code**   TR 95 | **48. Personnel Office ID**   4041 | **49. Approval Date**   08/29/99 | PERSONNEL OFFICER |

TURN OVER FOR IMPORTANT INFORMATION
5-Part   50-316
TR 95261500010400000
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236
1 – Employee Copy – Keep for Future Reference
FP 18 1*1999*BATCH 40415585 000-00 201-05 AG/EO 95-4041

# OFFICE OF INSPECTOR GENERAL
## DEPARTMENT OF THE TREASURY
### Performance Management Program

**Performance Evaluation Plan**

*Reference: OIG Manual 2121*

| Name of Employee | Social Security Number |
|---|---|
| Maria Carmona | |
| **Position Title** | **Series and Grade** |
| Audit Manager | GS–511–14 |
| **Section/Division and Directorate** | **Rating period** |
| Office of Audit | June 1, 1999 to ~~May 31,~~ 2000  March 11, MMC |
| **A copy of this performance plan was given to me:** | |
| Signature of Employee          Date | Signature of Rating Official          Date |

| Element | Rating Level (✓) | |
|---|---|---|
| | **Acceptable** | **Unacceptable** |
| **#1. Technical/Professional Expertise.** Work products demonstrate a competent understanding and effective application of the professional or technical subject matter, including knowledge of relevant laws, regulations, professional standards, policies, programs, and procedures. Work products are technically correct, contain reliable information, do not require substantial revision for quality improvement and, overall, are acceptable to the recipient. Employee demonstrates knowledge of when and how to use more sophisticated auditing techniques, such as statistical sampling and automated data retrieval/analysis. Employee formulates recommendations that are appropriate to address the problem and are feasible to implement. Interacts with auditees and others in a way that demonstrates competence and professionalism. | ✓ | |
| **#2. Planning and Performing Audit Work.** The employee demonstrates the ability to effectively plan an audit or segments of an audit and is able to design audit steps and tests that achieve the objectives established for that audit. The employee demonstrates the ability to solve problems and overcome obstacles so that audit objectives can be met. Completes audits, segments of audits or specific audit steps in a timely and effective manner. Audit tests are thorough, complete, accurate and well documented. Audit work shows not only the ability to perform tests and gather data but to analyze the results and reach sound conclusions. Coordinates effectively with external or internal parties to avoid duplication of audit efforts or inconsistent reporting of audit results. Keeps supervisor informed of progress and advised of any significant developments which may affect plan. Meets milestones and deadlines in accordance with project needs. | ✓ | |
| **#3. Planning and Performing Staff Work.** Consistently delivers completed staff work on time. Assignments are thorough, complete, accurate. For assignments involving correspondence for higher level signature, the work meets applicable correspondence requirements for format and style, and documents are presented ready for signature. Routine, regularly recurring assignments are anticipated and delivered without the need for specific direction. Special projects, such as briefing documents, data calls, strategic and annual planning documents, are prepared in an acceptable format that demonstrates a good working knowledge of basic computer software. Keeps supervisor informed of progress and advised of any significant developments which may affect plan. Meets milestones and deadlines in accordance with project needs. | ✓ | |
| **#4. Communications.** Written and oral communications are grammatically correct, clear and coherent. They effectively impart necessary information to the intended audience in an appropriate manner. For critical documents such as audit reports or report segments, they meet all auditing and report writing standards, follow prescribed formats, and present findings in a logical, organized, convincing manner. No more than minor revisions are needed so that the time needed for review and issuance is minimal. Employee effectively conducts interviews and elicits information, especially on sensitive issues. Exit and entrance conferences and other important briefings are conducted in a organized, professional manner and demonstrate an appropriate level of knowledge of the subject matter. | ✓ | |

OIG Form 2121
November 1, 1998

Plaintiff
Exhibit
B
05 CV 2428 (JGP)

# ADDITIONAL GENERIC PERFORMANCE ELEMENTS
## SUPERVISORY POSITIONS

## 5. Effective Supervision and Management.

Technical guidance to subordinate staff is accurate and is given in a timely manner; performance management is implemented in accordance with applicable guidelines/procedures; performance and conduct issues/problems are handled promptly and effectively. Develops leadership in subordinate employees through coaching, mentoring, rewarding, and guiding employees. Supports and implements management decisions. Encourages employee development. Effectively manages resources (i.e. budget, human, equipment) in order to maximum efficiency of the organization. Effectively communicates organizational goals and objectives to subordinates and facilitates their accomplishment.

## 6. Equal Opportunity and Diversity.

Applies Equal Employment Opportunity/civil rights principles. Promotes diversity, mutual respect, and open communication. Manages and resolves conflicts and disagreements in a positive and constructive manner to minimize negative impact.

Case 1:05-cv-02428-JR    Document 8-5    Filed 08/17/2006    Page 4 of 33

## SECTION C - MID-YEAR PROGRESS REVIEW

A mid-year progress review was conducted and discussed with the employee. The employee's performance as of this date:

| ☐ Acceptable | | ☐ Unacceptable | |
|---|---|---|---|
| Signature of Rating Official | Date | Signature of Employee | Date |
| _[signature]_ 6/1/99 - 9/30/99 | | | |

## SECTION D - RATING

TYPE OF RATING  See attached Statement of Accomplishm

| ☑ Annual Rating of Record | ☐ Special Rating of Record (Within-Grade Increase) | ☑ Summary Rating (Position Changes - Employee or Rater) |
|---|---|---|
| ☑ **ACCEPTABLE** | Achievement level for all elements are designated as Acceptable. | |
| ☐ **UNACCEPTABLE** | Achievement level for any element is designated as Unacceptable | |

| Signature and Title of Rating Official | Date |
|---|---|
| _[signature]_  DAIGA | 6/28/00 |

## SECTION E - HIGHER-LEVEL APPROVAL
### (NOTE: Required only for rating of Unacceptable)

1) ___  ___  Concur with recommended rating.

2) _____  Do not concur with rating.  Approve rating of Acceptable.
Basis for Performance Rating Change:

| Signature and Title of Approving Official (Approving official will ensure that the employee receives a copy of this evaluation.) | Date |
|---|---|
| | |

## SECTION F - EMPLOYEE SIGNATURE

| A copy of this performance evaluation was given to me. ➡ | Signature of Employee: _[signature]_ Maria V Carmona | Date 06-20-00 |
|---|---|---|

OIG Form 2121.1
November 1, 1998

# STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS
## Maria V. Carmona
### Acting Director, *Finance and Debt*
### August 29, 1999, through March 11, 2000

This Statement of Significant Accomplishments covers the period during which I served as the Acting Director, *Finance and Debt*, i.e., from August 29, 1999, through March 11, 2000. This period included a temporary promotion to the Grade 15, in effect from August 29 through December 25, 1999. While I was serving as Acting Director, the office was staffed with two Grade 14 Audit Managers, four to eight Auditors, primarily at the Grade 13, and one Grade 8 Office Manager.

## Office Productivity

I feel that *Finance and Debt* was very productive under my leadership. The office issued seven reports in final, with an eighth final report pending review by the DAIG/AIG. The office also completed an audit to the point of forwarding a draft report for review, addressed a bureau request regarding potential fraud by a contractor, and initiated two new audits. In addition, the office responded to numerous OIG Data Calls and other inquiries, always within the requested time frames. I believe that this level of productivity is commendable, especially considering the fact that a number of staff members were on detail to other directorates for extended periods of time.

During my tenure as Acting Director, the office was responsible for several high-visibility and sensitive audits that had broad impact and resulted in significant findings, including a monetary finding of $42 million, one of the largest dollar findings in an OIG program audit in recent years.

This finding that $42 million should be put to better use was the primary recommendation in an audit report titled *Financial Management Service's Deposit Fund Accounts Used for the Implementation of the Competitive Equality Banking Act*. This audit of the Deposit Fund Accounts, which was requested by the Treasury General Counsel in the context of pending litigation and extensive media coverage relating to the Individual Indian Monies trust fund, also provided an excellent opportunity for the OIG to demonstrate its focus on improving customer service.

Other high-visibility and sensitive assignments for which I was responsible as office director included the PCIE/ECIE Review of Non-Tax Delinquent Debt, which had government-wide impact, and a Congressional request regarding a very sensitive matter at a Treasury bureau for which *Finance and Debt* does not have direct audit responsibility. *Finance and Debt* was assigned this additional responsibility based specifically on the quality of work performed on another audit during my tenure.

## External Communication

I coordinated the office's audit operations with our bureau liaisons and with other OIG components, such as the Investigations Directorate, and ensured that our staff prepared top-quality briefings for multiple purposes, including scheduled entrance and exit conferences. I assumed the lead in staff presentations during briefings before the Commissioner of the Financial Management Service (FMS), the Commissioner of the Bureau of the Public Debt (BPD), and the Inspector General. Both the FMS and the BPD liaisons have thanked me for the manner in which I performed this function. It is my understanding that the Inspector General also complimented our staff for the briefing that we gave him.

**STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS**
**Maria V. Carmona**
**Acting Director, *Finance and Debt***
**August 29, 1999, through March 11, 2000**

## Internal Communication and Morale

I believe that the manner in which I handled my management responsibilities while I was the Acting Director resulted in improved communication and morale within *Finance and Debt*. Members of the staff have expressed their appreciation for the manner in which I treated them and for the way in which I shared information with them.

Communication within *Finance and Debt* was enhanced by my taking steps such as holding periodic staff meetings to share information provided by the DAIG and to discuss other matters of interest. Agenda items were solicited from the staff and included in the written agenda handed out at each meeting. During the staff meetings, I led discussions and provided attachments on a number of current issues and on suggestions that I had prepared for improving written products. I also provided the staff with periodic updates through our Local Area Network (LAN), in order to supplement information shared during the staff meetings. The staff responded in a very positive manner to my openness and willingness to share information.

I routinely held meetings with the Audit Managers to discuss the status of audits, the audit plan, and staffing issues. I included the audit team, as appropriate, in discussions of the ongoing audits, and feel that the report-writing conferences that I held were particularly effective in enhancing the reporting process, and resulted in reports that required virtually no revision by senior management.

I also improved morale by taking care to acknowledge staff contributions, both formally and informally. The nomination for a Special Act Award (Group) that I submitted for a *Finance and Debt* audit team was approved without revision.

## Organization and Administration

I instituted changes in the administration of *Finance and Debt* that have had a positive effect on the office. For example, I revised the format of the monthly Audit Status Reports, to bring the *Finance and Debt* reports into line with those submitted by the other Audit Directorates. I also enhanced the Office Manager's role, in part by requesting that she maintain a chronological file, so that staff would have copies of important documents and office correspondence readily available for reference. In keeping with this assignment, the Office Manager volunteered to maintain an automated audit report file that, in the absence of a public folder for such records, would ensure that staff could access a current listing of audit reports that had been issued and automated copies of all audit reports that had been transmitted.

I was actively involved in the annual planning process, reviewing and providing input to the *Office of Audit Annual Plan for Fiscal Year 2000*, and preparing for the FY 2001 plan. I handled other administrative duties, such as monitoring and reporting on the budget, and taking and reporting on an informal poll regarding office location. I also prepared all of the monthly reports for *Finance and Debt* in a timely manner, and ensured that documents required from the staff, such as the annual confidential financial disclosure forms, were completed and submitted prior to the corresponding due dates.

# STATEMENT OF SIGNIFICANT ACCOMPLISHMENTS
## Maria V. Carmona
### Acting Director, *Finance and Debt*
### August 29, 1999, through March 11, 2000


## LISTING OF AUDIT REPORTS

### Reports Issued in Final

Review of the Effectiveness of the Financial Management Service's Oversight of Private Collection Agencies
[OIG-99-117, 09-02-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt – United States Customs Service
[OIG-00-001, 10-05-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt – United States Secret Service
[OIG-00-002, 10-05-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt – Treasury Departmental Offices
[OIG-00-003, 10-05-99]

PCIE/ECIE Review of Non-Tax Delinquent Debt (Summary Report)
[OIG-00-013, 12-17-99]

Bureau of the Public Debt's Auction Process
[OIG-00-019, 12-21-99]

Financial Management Service's Reclamation of Direct Deposit Post-Death Benefit Payments
[OIG-00-031, 01-20-00]


### Final Reports Pending DAIG/AIG Review

Audit of the Bureau of the Public Debt's Compliance with the Government Performance and Results Act
[A-IR-99-015, 02-04-00]


### Draft Reports Pending DAIG/AIG Review

Financial Management Service's Deposit Fund Accounts Used for the Implementation of the Competitive Equality Banking Act[1]
[A-IR-99-079, 03-07-00]

---

[1] This audit report identifies approximately $42 million in funds that should be put to better use.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| CARMONA, MARIA V | | ~~████████~~ | 10/08/52 | 07/17/00 |

| FIRST ACTION | | | SECOND ACTION | |
|---|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action |
| 885 | PERFORMANCE AWARD | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority |
| V4R | 5 USC 4505A | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |
| | | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY AUDR |
| | 08541A05    08541A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1,628.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | OFFICE OF AUDIT |
| | DAIG FOR PROG AUDITS |
| | TR 95261500010500000    PP 15 2000 |

### EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 - None    3 - 10-Point/Disability    5 - 10-Point/Other<br>2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | 1    0 - None    2 - Conditional<br>1 - Permanent    3 - Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| GO   BASIC-1X ADDITIONAL | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CS | 08/30/76 | F    FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career Reserved | E    E - Exempt<br>N - Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

PERFORMANCE AWARD

SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |
| Agency Code | 48. Personnel Office ID | 49. Approval Date | CATHERINE M MCCOY |
| TR 95 | 4041 | 07/17/00 | PERSONNEL OFFICER |

TURN OVER FOR IMPORTANT INFORMATION    1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Part    50-316

URN 95261500010500000    PP 15 1*2000*BATCH 40415519 000-00 300-68 06/50 95 4041

Plaintiff
Exhibit
C
05 CV 2428 (JGP)

# Office of Inspector General
## Department of the Treasury

### Recognition of High Level Performance

*Reference OIG Manual 2130*

## SECTION A - TYPE OF RECOMMENDATION

| | | |
|---|---|---|
| ☐ MVV Award | ☐ Sustained Contribution Award | ☒ Special Act/Service Award |
| ☐ Plaque or Nominal Gift | ☐ Quality Step Increase | ☐ Time-Off    ☒ Cash |
| ☐ Commendation Certificate | ☐ Time-Off    ☐ Cash | ☐ Other |

## SECTION B - NOMINEES

| NAME OF EMPLOYEE(S) | SOC. SEC. NBR. | POSITION TITLE | GRADE/STEP | AWARD |
|---|---|---|---|---|
| Maria V. Carmona | ▇▇▇▇▇ | Acting Director | 14 | $ |
| ▇▇▇▇▇ | ▇▇▇▇▇ | Audit Manager | 14 | $ |
| ▇▇▇▇▇ | ▇▇▇▇▇ | Auditor in Charge | 13 | $ |
| ▇▇▇▇▇ | ▇▇▇▇▇ | Auditor | 13 | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| ORGANIZATION and LOCATION | PERIOD COVERED BY RECOMMENDATION |
|---|---|
| Department of the Treasury<br>Office of Inspector General<br>Office of Audit, Office of Program Audits<br>Finance and Debt Directorate, Washington, DC | Aug. 1999 to Mar. 2000 |

## SECTION C - JUSTIFICATION

1. Describe how the performance exceeded requirements, significant accomplishments, etc.

This nomination for a Special Act Award (Group) is based on an Office of Inspector General (OIG) audit of Financial Management Service (FMS) deposit fund accounts performed by a team from the Finance and Debt directorate. The results of the audit are presented in a report titled Financial Management Service's Deposit Fund Accounts Used for the Implementation of the Competitive Equality Banking Act (CEBA).

This was a high-visibility audit, requested by the Treasury General Counsel in the context of pending litigation relating to the Individual Indian Monies trust fund, which received considerable media coverage during 1999. The work was performed in an expeditious manner, with the on-site audit fieldwork completed in a 3-month period, with limited staffing. The findings were well-supported. During the exit conference, the FMS Commissioner and managers expressed concurrence with the audit findings and recommendations.

The audit team functioned as a cohesive unit in performing its many tasks. Worthy of particular mention were the report-writing conferences, which were very successful in producing a high-quality product, and the excellent briefings that the audit team provided to the DAIG, to the AIG, to the Inspector General and OIG Counsel, and to FMS management at all levels.

OIG Form 2130.1
Revised January 1999

1

Plaintiff
Exhibit
D
05 cv 2428 (JGP)

The audit was planned well, and coordinated with other OIG components as necessary. Team members displayed sensitivity and tact while interviewing FMS managers and staff who were concerned about the effect that this audit could have on their careers. At the conclusion of the audit, FMS managers commented on the professional manner in which the audit was performed, and stated that they appreciated the lines of communication that were established and maintained during the audit.

---

2. Describe the outcomes/impact of the performance/accomplishments.

This audit represents a noteworthy achievement for the OIG both in terms of dollar findings and in terms of service provided to the Department and to a Bureau on a sensitive issue with Congressional and media interest.

The audit identified approximately $42 million in funds that should be put to better use. This is a highly-significant finding, in that it exceeds the OIG's own budget, and far exceeds the majority of OIG monetary findings.

The funds to be put to better use come from three limited payability cancellation accounts that the audit team determined FMS should close out, including one account with a balance in excess of $30 million that had been dormant since FMS converted to a new accounting system during 1991.

In addition to the principal monetary findings, the audit provided insights into the mass cancellations totaling $4.8 billion that FMS performed during the early 1990s, and provided a clear understanding of the responsibilities of the Department of the Treasury and of the Department of the Interior with reference to the Individual Indian Monies trust fund. These insights could prove very useful in addressing issues related to the ongoing litigation. It is expected that the audit report will be widely requested, not just within the Department, but also by the Congress, the media, and the public.

The audit also determined that, while the current limited payability cancellation process adheres to CEBA, FMS should take action to ensure that it systematically identifies and corrects problems in a timely manner. The auditors have provided justification for a future audit to determine if corrective actions have been taken to address the problems that were identified, thus ensuring that funds are not allowed to accumulate in limited payability accounts in the future.

| Signature and Title of Initiating Official | | | Date | |
|---|---|---|---|---|

| SECTION D - REVIEW AND APPROVAL | | | | |
|---|---|---|---|---|
| Signature and Title of Reviewing Official(s) | Recommendation Date | | Award Recommended | |
| | Approve | Disapprove | | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

| Signature and Title of Approving Official | Date | Action | Amount of Award |
|---|---|---|---|
| | | ρ Approve   ρ Disapprove | $ |

| Signature and Title of Fiscal Official | Date | Appropriation |
|---|---|---|
| | | |

# NOTIFICATION OF PERSONNEL ACTION

FPM Supp. 296-33, Subch. 4

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| CARMONA, MARIA V | | | 10/08/52 | 03/26/00 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 877 | SPECIAL ACT OR SERVICE AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| V3G | 5 USC 4503 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPVY AUDR |
| | 08541A05     08541A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Ba |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1,200.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | TREASURY OFFICE OF THE INSPECTOR GENER |
| | OFFICE OF INSPECTOR GENERAL |
| | OFFICE OF AUDIT |
| | DAIG FOR PROG AUDITS |
| | TR 952615000105000000     PP 07 2000 |

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for F |
|---|---|---|---|---|---|---|
| 1 | 1 - None     3 - 10-Point/Disability     5 - 10-Point/Other | | 1 | 0 - None     2 - Conditional | | YES  ☒ NO |
| | 2 - 5-Point     4 - 10-Point/Compensable     6 - 10-Point/Compensable/30% | | | 1 - Permanent     3 - Indefinite | | |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|---|---|
| G0 | BASIC-1X ADDITIONAL | 9 | NOT APPLICABLE | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| 1 | CS | 08/30/76 | F | FULL TIME | |

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 1 | 1 - Competitive Service     3 - SES General | E | E - Exempt | | 8888 |
| | 2 - Excepted Service     4 - SES Career Reserved | | N - Nonexempt | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON     DIST OF COLUMBIA     DC |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

SPECIAL ACT OR SERVICE AWARD (GENERAL SCHEDULE/AND WAGE GRADE)
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

| 5. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF THE TREASURY | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | CATHERINE M MCCOY |
| TR 95 | 4041 | 03/17/00 | PERSONNEL OFFICER |

TURN OVER FOR IMPORTANT INFORMATION            1 - Employee Copy - Keep for Future Reference

Part   50-316

< 952615000105000000     PP 07 1*2000*BATCH 40415531 000-00 200-42 AG/EO 95-4041

Editions Prior to 7/91 Are Not Usable After 8/30



**Department of the Treasury**
## Office of Inspector General

*Certificate of Appreciation*
*for*
*Special Act*

Maria V. Carmona

*In appreciation of your contributions to the effective operation of the Office of Inspector General*

*from*　　August 1, 1999　　*to*　　March 8, 2000

Inspector General

From:           Carmona, Maria V.
Sent:           Thursday, April 13, 2000 8:24 AM
To:             Freedman, Marla A.
Subject:        RE: Awards

Marla,

Thank you for nominating us for the Special Act award.  I think that the staff will be very happy to receive this recognition.

I will discuss notification with Don.

Maria

---

-----Original Message-----
From:           Freedman, Marla A.
Sent:           Thursday, April 13, 2000 8:11 AM
To:             Kassel, Donald R.; Carmona, Maria V.
Subject:        FW: Awards
Importance:     High

Please share with staff, as appropriate...CONGRATULATIONS!!

-----Original Message-----
From:           Robertson, Valerie
Sent:           Wednesday, April 12, 2000 10:39 AM
To:             Freedman, Marla A.
Subject:        Awards

The Special Act awards you requested for Carmona, McGeorge, Dabney and Taylor have been processed effective 3/26/00.  The employee's will see this award reflected in the salary payment the week of April 17.  I am forwarding you the certificates for distribution today.  The SF-50 for the personnel folders will forwarded to you next week.

Tracking:                 **Recipient**

                          Freedman, Marla A.

Plaintiff
Exhibit

E

O5CV2428 (JGP)

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, January 28, 2000 9:36 AM |
| **To:** | Kassel, Donald R.; Carmona, Maria V.; Best, Jr., Alexander; Dabney, Delores V.; McGeorge, C. Samuel; Nguyen, Dieu H.; Paige, Wanda K.; Poole, Julie A.; Serepca, Beth H.; Sielicki, Michael A.; Sinko, Michael C.; Stepanske, Michael K.; Taylor, Ethel R. |
| **Cc:** | Schindel, Dennis S. |
| **Subject:** | Acting Director FMS/Debt |

I am sending this message to clarify some uncertainty that may exist after last week's all hands meeting.  Seeing as Don Kassel will shortly be assuming the Directorship of the Banking/FMS/Debt Group, we have decided to have Maria Carmona continue to serve as Acting Director *Finance and Debt* until Don Kassel completes his current assignments and is able to transition into the position.

Thanks,

Marla

Plaintiff
Exhibit

F

05 cv 2428 (JGP)

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, December 10, 1999 7:55 AM |
| **To:** | Carmona, Maria V.; McGeorge, C. Samuel; Dabney, Delores V.; Taylor, Ethel R. |
| **Subject:** | Deposit Funds Briefing |
| **Importance:** | High |

I'm sorry I didn't get a chance to send this yesterday, but I ended up staying over at Main Treasury for most of the afternoon. I did want to let you all know that I was very pleased with briefing you all gave to Mr. Rush. You did a great job!!



Plaintiff
Exhibit

G

05 cv 2428 (JGP)

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Thursday, January 06, 2000 8:05 AM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Semiannual Report Themes |

Thanks...we will need more, but I'll let you know what and when at a later date.

Once again, great job yesterday!!

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Thursday, January 06, 2000 6:48 AM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Best, Jr., Alexander; McGeorge, C. Samuel |
| **Subject:** | Semiannual Report Themes |

Marla,

In response to your message of December 28, the following would be the major Semiannual Report themes for *Finance and Debt.*

- Debt Collection initiatives, for which we have already submitted a write-up.

- Deposit Fund Accounts (Individual Indian Monies), provided the report is issued within the period.

Please let me know if you would like additional information.

Maria

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Monday, February 07, 2000 1:50 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Ratification of Training Authorization |

Good job!!  I will print it out (sign for you and me) and sent it on its way.

Thanks for the quick/quality turn around!!

Marla

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, February 07, 2000 1:40 PM |
| **To:** | Freedman, Marla A. |
| **Subject:** | Ratification of Training Authorization |
| **Importance:** | High |

Marla,

As you requested during our telephone conversation a few minutes ago:

<< File: ADMIN - Ratification of Training - Best.doc >>

Please let me know if you need anything further.

Maria

| From: | Freedman, Marla A. |
|---|---|
| Sent: | Friday, February 25, 2000 1:35 PM |
| To: | Carmona, Maria V. |
| Subject: | RE: Engagement Memo - Multi-Bureau - Records Retention and Destruction |

This looks good to me.

-----Original Message-----

| From: | Carmona, Maria V. |
|---|---|
| Sent: | Friday, February 25, 2000 12:00 PM |
| To: | Freedman, Marla A. |
| Subject: | Engagement Memo - Multi-Bureau - Records Retention and Destruction |

Marla,

Memo attached.

Maria

<< File: MULTI - DOC DESTR - Engagement Memo.doc >>

**Carmona, Maria V.**

| | |
|---|---|
| From: | Freedman, Marla A. |
| Sent: | Thursday, March 02, 2000 4:25 PM |
| To: | Carmona, Maria V. |
| Subject: | RE: FMS Deposit Fund Accounts |

I am not completely through it yet...so far, it looks pretty darn good!  If you want to send the final package over here, feel free.

Thanks!

-----Original Message-----
| | |
|---|---|
| From: | Carmona, Maria V. |
| Sent: | Thursday, March 02, 2000 4:16 PM |
| To: | Freedman, Marla A. |
| Subject: | FMS Deposit Fund Accounts |

Marla,

The referencing has been completed, resulting in only one minor word change.

Last Friday, you mentioned that you were planning to review the preliminary draft that we provided on February 24.

Could you please let us know if you have any comments that you would like for us to consider before we send the formal report package forward.

Thank you,

Maria

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Kassel, Donald R. |
| **Sent:** | Thursday, March 21, 2002 1:14 PM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Freedman, Marla A.; Mingo, Kimberly T. |
| **Subject:** | FW: Compensation for Temporary Promotion |
| **Sensitivity:** | Confidential |

Maria,

Per our discussion, I have resolved this issue with our HR folks.

I will prepare an SF-52 to recognize the fact that you were acting Director for the Banking Staff effective 6/24/01. Along with the already created SF-52s the result will reflect that you were in an acting capacity( and should have been compensated as at the GS-15 level) for 4 weeks beginning 6/24/01 through 6/21/01.

HR will process the SF-52 and make the appropriate payroll correction. This will take a little time to correct.

Thank you for your patience.

Don

-----Original Message-----

| | |
|---|---|
| **From:** | Kassel, Donald R. |
| **Sent:** | Tuesday, March 19, 2002 11:57 AM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Compensation for Temporary Promotion |
| **Sensitivity:** | Confidential |

Maria,

I apologize for my dropping the ball on this. When Wanda comes in tomorrow I will pull together some info relating to the issue, and get back to you by cob tomorrow.

Don

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Tuesday, March 19, 2002 6:23 AM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Rush Jr., Jeffrey; Kassel, Donald R. |
| **Subject:** | Compensation for Temporary Promotion |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

**Maria,**

**I am writing to follow up on this request, initially made during November. As mentioned, I would like to ensure that the record correctly reflects the dates of my most recent temporary promotion to the Grade 15.**

**Thank you.**

**Maria**

Plaintiff Exhibit

H

05 CV 2428 (JGP)

1

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Tuesday, February 19, 2002 8:00 AM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | Compensation for Temporary Promotion |

**Marla,**

**I am writing to follow up on this matter, because I would like to ensure that my records correctly reflect the effective dates for the temporary promotion to the Grade 15.**

**Please advise.**

**Thank you,**

**Maria**

-----Original Message-----
| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, November 27, 2001 7:39 AM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | RE: Compensation for Temporary Promotion |

Maria,

You may be right. I thought Don's leave was during his 3 week acting period. Don, what's your recollection?

*Marla A. Freedman*
Assistant Inspector General for Audit

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, November 26, 2001 3:44 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | Compensation for Temporary Promotion |

**Marla,**

**My records show that I was acting for Don for the 4-week period of June 24 to July 21, which to my understanding was the time frame when Don was Acting DAIG. I believe that Don was on leave part of that time (week of July 1), and recall that there was some discussion as to whether I would serve as Acting DAIG in Don's absence. As I recall, you decided against that.**

2

If I have an incorrect perception of what occurred during that time frame, please advise.

Thank you,

Maria

---

-----Original Message-----
**From:** Freedman, Marla A.
**Sent:** Monday, November 26, 2001 3:11 PM
**To:** Carmona, Maria V.; Kassel, Donald R.
**Subject:** RE: Compensation for Temporary Promotion

Maira/Don,

I thought that during the timeframe in which you were acting, we were only doing 3 week periods for acting DAIGA -- not 4.

*Marla A. Freedman*
Assistant Inspector General for Audit

-----Original Message-----
**From:** Carmona, Maria V.
**Sent:** Monday, November 26, 2001 2:43 PM
**To:** Kassel, Donald R.
**Cc:** Freedman, Marla A.
**Subject:** Compensation for Temporary Promotion
**Importance:** High

**Don,**

**I just received the SF-50s for the temporary promotion for the 4-week period when I was Acting for you as the National Director, *Banking and Fiscal Service*.**

**The SF-50s indicate that the promotion was effective July 1 through July 21, 2001, a 3-week period.**

**Thus, the Personnel Actions were not processed to cover the full period that I acted for you while you were Acting Deputy AIG for Program Audit, and I did not receive the full amount of compensation, even though Kim Mingo told you that I would.**

**Please advise.**

**Thank you,**

**Maria**

---

-----Original Message-----
**From:**      Carmona, Maria V.
**Sent:**      Friday, November 16, 2001 6:57 AM
**To:**        Kassel, Donald R.
**Cc:**        Freedman, Maria A.
**Subject:**   Compensation for Temporary Promotion
**Importance:** High

Don,

I am writing to document my understanding of how I was compensated for the 4-week temporary promotion while I was Acting for you as the National Director, *Banking and Fiscal Service*.

- The temporary promotion to the GS-511-15 was effective for the period June 24 to July 21, 2001.

  You mentioned that an SF-50 should be provided to me, but I have not received any official documentation of this Personnel action, even though more than 3 months have passed.

- Because the action was not processed within an appropriate time frame, the salary increase was reflected in my paychecks for:
  - Pay Period 13 (July 1 - 14) and
  - Pay Period 14 (July 15 - 28).

  As I understand Kim Mingo explained it to you, I would therefore receive the correct amount of increased compensation but not for the correct period.

This understanding is based on discussions that you and I have had.  Please let me know if any of the above information is not stated correctly.

Thank you,

Maria

4

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Monday, July 02, 2001 2:27 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: Advance Leave - Request from New Employee |

Thanks Maria!!

-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, July 02, 2001 2:24 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Wendt, Gene R. |
| **Subject:** | Advance Leave - Request from New Employee |

**Marla,**

**I understand that you are taking care of the DAIG-PA responsibilities in Don's absence this week. For this reason, I am forwarding the request below.**

**Mr. Berrios had worked for our OIG for one full pay period during June prior to taking the requested leave, which was for July 2 and 3. The Southern Region will obtain a copy of his last Leave/Earnings Statement as proof of the number of hours to be carried over from the Department of Interior. Personnel stated that the transfer of leave balances could take 2-3 months.**

**Thank you,**

**Maria**

-----Original Message-----
| | |
|---|---|
| **From:** | Wendt, Gene R. |
| **Sent:** | Monday, July 02, 2001 11:40 AM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Alexander, I. Susan; Berrios, Carlos |
| **Subject:** | Acting DAIGA Approval for Advanced Leave |
| **Importance:** | High |

We have a new OIG employee who has restored annual leave from his prior agency. However, it will be months before is leave balances will be transferred and on the OIG records. Therefore, I request approval of 18 hours of advanced annual leave for Mr. Carlos Berrios.

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Monday, July 02, 2001 2:24 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Kassel, Donald R.; Paige, Wanda K. |
| **Subject:** | PCIE Award Nomination - Charles D. Trahan |

**Attachments:**    PCIE Award - Trahan.doc

**Marla,**

## Don asked me to send this nomination to you.



PCIE Award -
Trahan.doc (26 KB..

## Please let me know if you would like additional information.

**Maria**

**Tracking:**

| Recipient | Read |
|---|---|
| Freedman, Marla A. | Read: 7/2/2001 2:28 PM |
| Kassel, Donald R. | Read: 9/17/2001 4:47 PM |
| Paige, Wanda K. | Read: 7/2/2001 3:15 PM |

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, July 10, 2001 12:00 PM |
| **To:** | Massie, Sylvia T. |
| **Cc:** | Schindel, Dennis S.; Baebel, Emilie M.; Delmar, Richard; Tarr, Michael C.; Carmona, Maria V.; Best, Jr., Alexander; Coleman, Edward G.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | OA's Submission for the Weekly Secretary's Report |
| **Attachments:** | July 7, 2001.doc |

Sylvia,

Attached below is OA's submission for the weekly Secretary's report.



July 7, 2001.doc
(29 KB)

Marla

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, July 10, 2001 3:12 PM |
| **To:** | Carmona, Maria V.; Best, Jr., Alexander; Coleman, Edward G.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | FW: Vacancy - 501-15 |

-----Original Message-----

| | |
|---|---|
| **From:** | Greenip, Edith A. |
| **Sent:** | Tuesday, July 10, 2001 1:43 PM |
| **To:** | Freedman, Marla A.; Pugh, William H.; Kassel, Donald R.; Savill, Barry L.; Byrnes, Thomas E.; Jennings, Clifford H. |
| **Subject:** | Vacancy - 501-15 |

Please pass this along to your employees:

Subject: 3 Day Close Project Manager

Your attention is directed to a job announcement for a project manager (501-15) to oversee
the Department's implementation of the 3-day close. The project manager
will report to Treasury's Deputy CFO. It is a 2 year term position. The
announcement closes on July 20, 2001. In order to have a wide distribution
to potential candidates, please share this within your organization.

Thanks for your help.

David Epstein
Department of the Treasury
Director, Office of Financial Systems Integration
202-622-0452
david.epstein@do.treas.gov
http://www.usajobs.opm.gov/

*Edie*

**Carmona, Maria V.**

---

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Friday, July 13, 2001 12:05 PM |
| **To:** | Best, Jr., Alexander; Carmona, Maria V.; Coleman, Edward G.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | USCS testimony |
| **Attachments:** | TT0030B.doc |

-----Original Message-----
**From:** Delmar, Richard
**Sent:** Friday, July 13, 2001 7:19 AM
**To:** Freedman, Marla A.
**Subject:** FW: TT-0030-B FINAL STATEMENT

not looking for comments - just FYI
-----Original Message-----
**From:** LLR@do.treas.gov [mailto:LLR@do.treas.gov]
**Sent:** Thursday, July 12, 2001 5:27 PM
**To:** David.Aufhauser@do.treas.gov; Art.Cameron@do.treas.gov; Michele.Davis@do.treas.gov; Michael.Dawson@do.treas.gov; John.Duncan@do.treas.gov; Dina.Ellis@do.treas.gov; Jeffrey.Kupfer@do.treas.gov; Robb.LaKritz@do.treas.gov; chris.smith@do.treas.gov; Paul.Curry@do.treas.gov; Timothy.Skud@do.treas.gov; Carolyn.Snowden@do.treas.gov; William.Murphy@do.treas.gov; Peggy.Taylor@do.treas.gov; Sonya.Hall@do.treas.gov; Glenda.Finch@do.treas.gov; Cassandra.Williams@do.treas.gov; Francine.Kerner@do.treas.gov; Tim.Adams@do.treas.gov; David.Aronberg@do.treas.gov; STACEY.SPEAKER@CUSTOMS.TREAS.GOV; Yvette.Kinard@do.treas.gov; Carl.Moravitz@do.treas.gov; Dorene.Erhard@do.treas.gov; Pamela.Hicks@do.treas.gov
**Cc:** Andy.Fishburn@do.treas.gov; Lorie.Mudd@do.treas.gov; DelmarR@oig.treas.gov; William.Fox@do.treas.gov; Katie.Quinn@do.treas.gov; Carole.Wilson@do.treas.gov; Rochelle.Granat@do.treas.gov; IACORR@do.treas.gov; Ken.Ludden@do.treas.gov; Paula.Farrell@do.treas.gov; Jared.Gross@do.treas.gov; richard.f.quinn@CUSTOMS.TREAS.GOV; Richard.Carro@do.treas.gov; Karen.Dorsey@do.treas.gov; Ronald.Levy@do.treas.gov; Tom.McGivern@do.treas.gov; Traci.Sanders@do.treas.gov; Steven.VAGLE@do.treas.gov
**Subject:** TT-0030-B FINAL STATEMENT

# REQUEST FOR COMMENTS

**Due Date:    JULY 13, 2001         2 P.M.**

**Subject:        TT-0030-B  FINAL STATEMENT**

**Note:        This is the draft testimony of Charles W. Winwood, Acting Commissioner USCS, before the House Ways and Means Subcommittee on Trade, on USCS's 2002 Budget request. -- July 17**

**\*\*SEE ATTACHMENTS\*\***

**The views of your office are requested on this item, which has been assigned to Ron Levy.**

Please transmit your comments by e-mail to Ron Levy (ronald.levy@do.treas.gov ) with a copy to ALLR" ( LLR@do.treas.gov ). Use the message space of the e-mail for brief responses. For more detailed comments, please attach a separate document to your e-mail reply.

If you are not able to use e-mail to reply, you may fax your response to 622-1188. Please direct your fax to Ron Levy and identify the subject exactly as shown above.

**To ensure the full development of the Department's position on this matter, it is important that your office provide comments by the due date. If you can=t meet the deadline or need assistance, contact Ron Levy (622-1147) or the Legislative Staff (622-0650).**

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Tuesday, July 17, 2001 8:03 AM |
| **To:** | Massie, Sylvia T. |
| **Cc:** | Schindel, Dennis S.; Baebel, Emilie M.; Delmar, Richard; Tarr, Michael C.; Carmona, Maria V.; Athanasaw, Danny; Benson, Donald; Byrnes, Thomas; Fitzgerald, Michael; Jennings, Clifford; Kassel, Donald; Lee, Benny; Moschetto, Thomas; Pugh, William; Rickey, Roberta; Savill, Barry; Silverman, Adam; Tabb, George; Taylor Jr, Robert |
| **Subject:** | Weekly Secretary's Report -- OA's Submission |
| **Attachments:** | July 17, 2001.doc |

Sylvia,

Attached below is OA's submission for the weekly Secretary's report.

July 17, 2001.doc
(29 KB)

Marla

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, July 18, 2001 3:27 PM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Schindel, Dennis S.; Kassel, Donald R.; Lee, Benny W.; McGeorge, C. Samuel; Richardson, Ronda R. |
| **Subject:** | RE: FMS - ETA - Planned GAO review |

Thanks...let's just keep an eye on it.

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Wednesday, July 18, 2001 2:40 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Schindel, Dennis S.; Kassel, Donald R.; Lee, Benny W.; McGeorge, C. Samuel; Richardson, Ronda R. |
| **Subject:** | FMS - ETA - Planned GAO review |

**Marla,**

**As discussed in the final project proposal for the FY 2002 Annual Plan, *Banking and Fiscal Service* had considered the possibility that Congress would ask GAO to address this matter as a result of the hearings held during June 2001 by the Subcommittee on Oversight and Investigations of the House Committee on Financial Services. During the hearings, questions were raised about the limited availability of ETA accounts, the associated risk of fraud, the extent of services provided, and the level of outreach to minority groups. Concern was also expressed about the cost to the government for each account and about the fact that only 1% of the population for whom ETA was designed is currently enrolled.**

**We have copies of the testimony, and will consider GAO's final objectives and scope in determining whether an audit by us would be appropriate.**

**Maria**

-----Original Message-----

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, July 18, 2001 1:03 PM |
| **To:** | Lee, Benny W.; Carmona, Maria V.; Kassel, Donald R. |
| **Cc:** | Schindel, Dennis S. |
| **Subject:** | RE: Planned GAO review |

Would have been nice if we could have gotten to it first. When this stuff starts, let's see if we can carve a piece out for ourselves.

-----Original Message-----

| | |
|---|---|
| **From:** | Lee, Benny W. |
| **Sent:** | Wednesday, July 18, 2001 12:51 PM |
| **To:** | Carmona, Maria V.; Kassel, Donald R. |
| **Cc:** | Freedman, Marla A. |
| **Subject:** | Planned GAO review |

I understand GAO has a congressional request to look at Treasury's ETA program.  The key questions include (1) to what extent are federal benefits recipients participating in the EFT program, (2) How Treasury determines recipients eligible for hardship waivers, and (3) obstacles to greater participation in the EFT program.  This set to start sometime this quarter, but I don't who the GAO players are yet or the requesting committee.   This obviously a FMS thing, thus the headsup to you  folks.

I thought the EFT issue has been in and out of our annual plan over the years, but like most FMS work never got around to it.  From the questions that GAO is being asked, my guess is the focus is more results oreinted than operational.

*Benny*