P.O. Box 454
Fulton, Maryland 20759
December 27, 2002

EXECUTIVE SECRETARIAT

2002 DEC 27 A 10: 43

DEPARTMENT OF
THE TREASURY

Paul H. O'Neill
Secretary of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

**Complaints of Maria V. Carmona and Paul H. O'Neill, Secretary of the Treasury**
**TD Case Numbers:   96-1069, 96-Unassigned, 96-1259, 96-1313, 97-1139, 97-1238**
**97-1269, 98-1044, 98-1068, 98-1091, 99-1119, 01-1155,**
**02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c),**
**02-Unassigned(d), 03-Unassigned(e)[1]**

**Hand-delivered on December 27, 2002**

Dear Secretary O'Neill:

**The purpose and intent of this correspondence is to respectfully file my seventeenth formal Equal Employment Opportunity (EEO) complaint against the Department of the Treasury regarding the clear long-term pattern and practice of discrimination, retaliation, disparate treatment, and hostile/harassing work environment that has been directed and is being directed against me during my career with the Department of the Treasury.**

I am filing this formal EEO complaint directly with you, Secretary O'Neill, because I have no confidence or trust in the integrity of the Department of the Treasury EEO program, management, or staff, and so as to ensure that you are personally aware of my past and present EEO concerns.

Claims, issues, and matters for the instant complaint evidence, in part, a continuation of the long-term pattern and practice by Department of the Treasury management and staff of discrimination, retaliation, disparate treatment, and a hostile/harassing work environment that has been committed and continues to be committed against me. These latest actions also constitute a continuation of a pattern and practice of manipulation of and violation of the Merit System Principles in order to continue to deny me merited promotions within the Department of the Treasury.

**The triggering event for the filing of my seventeenth formal EEO complaint, as noted in my October 18, 2002, request for assignment of an EEO counselor, was the misrepresentation of my September 13, 2002, proper and timely filed application under Vacancy Announcement OA-2002-0010 for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15. I have been waiting for a determination on the status of this position, but feel that I cannot wait any longer, and for this reason I am filing today.**

---

[1] 96-Unassigned, 02-Unassigned(a), 02-Unassigned(b), 02-Unassigned(c), 02-Unassigned(d), and 03-Unassigned(e) reflect six formal EEO complaints that I have filed that have not been assigned TD numbers by the Department of the Treasury. 03-Unassigned(e) represents the instant complaint.

Plaintiff
Exhibit
I
05cv2428(JGP)
Excerpt

As stated in the September e-mail message that was attached to my September 17 expression of concern (Exhibit A), the process that was followed for this position was a departure from the manner in which vacancy announcements have historically been announced and applications filed within the OIG.

Below is a list of major differences in the process, followed by a more-detailed discussion.

- The vacancy announcement was not posted in the usual manner.

- Applicants were required to apply online.

- Applicants were required to submit a résumé. Standard Federal application forms, such as the SF-171 and the OF-612 were unacceptable.

- There was a limit placed on the length of the résumé and of each of the narrative responses describing experience.

- Applicants were not allowed to print a complete copy of their application prior to submittal.

- The Knowledge, Skills, and Abilities (KSA) in the vacancy announcement and in the online application did not directly correspond.

- The applications were rated mechanically, rather than by a rating panel of experts.

I believe that all of these differences were structured by OIG management to limit competition and to achieve a desired discriminatory and retaliatory result. In addition, it was recently announced, after going through the interview process, that the position may not be filled from among the candidates who made the Best Qualified List. All of these actions are an attempt to manipulate the merit system, in clear violation of the Merit System Principles.

The vacancy announcement for the position of Director of Audit Operations was posted exclusively to the Office of Personnel Management (OPM) USAJOBS web site, under Control No. TS3169 FM. See Exhibit F. To my knowledge, Treasury OIG employees were not notified that the vacancy announcement existed or that the position had been posted to this web site.

This contrasts sharply with the process used historically at the OIG, in which vacancy announcements were posted to:

- the *Vacancy Announcements* Folder on the OIG's Microsoft Outlook, under the Public Folders, HR Information section;

- the *Vacancy Announcements* Listing included as an attachment to an e-mail message sent to all OIG staff on a weekly basis by Human Resources staff when there were new announcements (see Exhibit G for a sample message dated July 8, 2002); and

- the Human Resources information carousel (multiple printed copies) on the fifth floor of the OIG offices at the 740 15th Street, N.W., building.

It had been my understanding that all vacancy announcements were to be widely posted, as discussed above, so that all OIG employees would be aware of vacancies and could have easy access to the

announcements. Employees were given the option of calling the Human Resources staff to obtain a copy of any announcement. It was also customary to mention in staff meetings that vacancies had been announced, and management often advised eligible employees verbally or through e-mail (see Exhibit H for sample e-mail messages).

Yet, I was not advised by the OIG in any manner of the posting of the vacancy announcement for the instant position  The position was not announced to all OIG staff through any means of which I am aware.

It should be noted that, to my knowledge, there was no advance notification of any kind that the OIG was revising the manner in which it announced positions, accepted applications, and evaluated applications to determine the Best Qualified List. It is my understanding that no new policies or procedures were issued about applying for OIG vacancies prior to the USAJOBS posting of the instant vacancy announcement.

In addition, applicants were required to apply online, by clicking on a link provided in the online announcement, preparing an online résumé, responding to a series of *Core Questions*, and completing an *Applicant Assessment*. Applicants were also required to fax specified documents to a designated telephone number.

This differed from the historical OIG practice of accepting printed copies of applications delivered to Human Resources. In the past, employees were not required, or, to my knowledge, even permitted, to file online. Résumés were not mandatory, with applicants given the option of using a résumé, an SF-71, an OF-612, or *other format of choice*. Suddenly, without official notification or advance warning, the SF-171 with the corresponding KSA statements, which I had used to apply for other OIG vacancies over the years, were no longer acceptable.

The OIG established limitations as to the number of characters that could be included in the résumé and in each of the narrative responses describing experience that applicants were required to provide, another stricture that did not exist for prior vacancy announcements within the OIG.

To my knowledge, the online application system was set up so that a copy of the entire application could not be printed by the applicant prior to submittal. Thus, it was not possible to print a copy of the online document to check it prior to submittal. Nor was it possible to maintain a record of the exact contents of the application as it was submitted. I was therefore not able to complete a step that I routinely take, and that I wanted to complete for this application, i.e., checking a printed copy prior to submitting the document. In the alternative, I checked my application very carefully on the screen, ensuring that it was at a level commensurate with those that I had filed in the past. I also sent an e-mail message requesting to be provided with a complete copy of the application for my records. It was the receipt of this misrepresented copy that triggered the instant complaint.

The manner in which the KSAs required for the position were addressed differed from the manner in which KSAs have historically been addressed by the OIG. For example, there was not a one-to-one correspondence between the KSAs and the qualification statements that were required during the online application process. Some aspects of the KSAs were not addressed at all in the online questionnaire, and detailed statements were required about factors that were not listed in the published KSAs. An analysis follows.

USAJOBS Vacancy Announcement OA-2002-0010 states that the five KSAs listed below are *necessary for this job*. See Exhibit F.

## KSAs

KSA 1. **Applied knowledge of professional auditing standards applicable to Federal financial and program audits.**

KSA 2. **Skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations.**

KSA 3. **Ability to direct and supervise a diverse staff of professionals on multiple tasks.**

KSA 4. **Ability to prepare and deliver oral briefings to the Inspector General (IG) and top Department officials.**

KSA 5. **Ability to prepare written communications to develop clear, concise reports; oral and visual presentations; and completed staff work.**

See Exhibit I for a copy of the documents that were provided to me in response to my request for a copy of my application. These documents, provided by the OIG on September 17, 2002, include the *Applicant Assessment* section of the online application, which is the section that addresses specific qualifications. Below is a list of the qualification statements as presented in the *Applicant Assessment*, i.e., the four statements for which the documents provided to me indicate a narrative response describing experience was required. It should be noted that, as mentioned above, I expressed my concerns on the day that I received these documents, stating, in part, that there was a serious problem in that the documents provided did not accurately reflect what I submitted online.

## Qualification Statements in the Online *Applicant Assessment* (AA)

AA 4. **Develop and implement policies for audit quality assurance and conduct internal reviews and external peer reviews of audit organization compliance with professional standards.**

AA 5. **Incorporate input from a variety of sources (Departmental Management, Congressional staffers, current events) into the development of strategic and annual plans for the allocation and expenditure of Audit resources.**

AA 10. **Conduct or oversee audits in accordance with the Government Auditing Standards published by the U.S. General Accounting Office.**

AA 13. **Act as liaison between audit organization and Congress.**

It is clear from a comparison of these two lists that the online qualification statements do not directly correspond to the published KSAs. Specifically, the first two statements, **AA 4** and **AA 5**, establish requirements that are not even mentioned in the KSAs. While the other two online qualification

| | |
|---|---|
| From: | Carmona, Maria V. |
| Sent: | Tuesday, September 17, 2002 2:35 PM |
| To: | Mingo, Kimberly T. |
| Cc: | Rush Jr., Jeffrey; Schindel, Dennis S.; Freedman, Marla A.; Silverman, Adam; Greenip, Edith A. |
| Subject: | Application for Director of Audit Operations - Concerns with Printed Copy |

Kim,

Thank you for providing a copy of my application for the position of Director of Audit Operations, and for offering to look into the issue of printing from an applicant's screen, which I was unable to do (see message below).

There is a serious problem in that the documents that you provided to me do not accurately reflect what I submitted online.

I believe that some of the information that I included in the responses to the questions is not reflected in the printed version. For example, Question 5.2 seems to contain only one paragraph of a detailed response that I entered. Similarly, my response to Question 10.2 included an introduction and a detailed discussion of two audits with significant findings. Yet the printed version seems to pick up in the middle of my discussion of the second audit.

In looking over my documents, I also noticed that some of the unusual characters you mentioned occurred in the printed version that did not show up when I was working on the screen. As just one example, the seventh paragraph in response to Question 13.2 has a series of symbols and numbers where dashes should be. The word *not-for-profit* is shown as not&#64979;for&#64979;profit.

I checked my application over very carefully online before submitting it on Friday.

Please note that this message is based only on a preliminary review of the printed documents that you provided this afternoon. Other concerns may be identified once I have an opportunity to review them more closely.

I am including a CC to Mr. Rush, to Mr. Schindel, to Marla, to Adam, and to Edie so that they are aware of my concerns.

Please advise.

Maria

-----Original Message-----

| | |
|---|---|
| From: | Carmona, Maria V. |
| Sent: | Monday, September 16, 2002 8:48 AM |
| To: | Mingo, Kimberly T. |
| Subject: | Request for Copy of Application |

A-2 [ Sub-Exh A-1 ]

I am writing to request a complete copy of the application that I filed on Friday, September 13, under Vacancy Announcement No. OA-2002-0010, for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15.

It is my understanding that the process that was followed for this position is a departure from the manner in which vacancy announcements have historically been announced and applications filed within the OIG.

I was not able to print a copy of my submission through the QuickHire program.

As such, I would appreciate the directions for printing documents from this program.

Thank you,

Maria

2

A-3   Sub-Exh
      A-2



"Working for America"

Job Search • USAJOBS by Email • FAQs • Forms

Use back on your browser to return to the Job Record

www.USAJOBS.opm.gov, the U. S. Government's official source of job information, provides this information to the public at no cost.

## Vacancy Announcement

USAJOBS Control No. TS3169 FM

Treasury Office of Inspector General

**PLEASE READ ALL INFORMATION CAREFULLY**

ANNOUNCEMENT NO: OA-2002-0010

OPENING DATE: 08/13/2002

CLOSING DATE: 09/13/2002

Treasury OIG is looking for people capable of taking initiative and exercising independent judgment, with a strong desire to improve the effectiveness and efficiency of government programs and the intellectual capacity and drive to make that happen. OIG is responsible for overseeing the operations of all Treasury Department Offices and Bureaus (with the exception of the IRS) and for conducting audits, investigations, and evaluations. Given the extremely varied nature of the Treasury Department's responsibilities, you could find yourself working on anything from reviews of bank failures to analyses of anti-terrorism operations.

As Director of Audit Operations, the individual selected for this position will work directly for the Assistant Inspector General for Audit (AIGA) in the Treasury Office of Inspector General, and will be responsible for providing leadership and technical oversight in accomplishing the AIGA's responsibilities for the Office of Audit. The incumbent will also serve as an advisor to the AIGA on a wide range of issues that relate to the Office of Audit's program responsibilities.

Specific duties include developing plans for the allocation of audit

F-1

Your responses to questions in the application process will help us to evaluate the degree to which you have the following knowledge, skills, and abilities necessary for this job:

1. Applied knowledge of professional auditing standards applicable to Federal financial and program audits.

2. Skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations.

3. Ability to direct and supervise a diverse staff of professionals on multiple tasks.

4. Ability to prepare and deliver oral briefings to the Inspector General (IG) and top Department officials.

5. Ability to prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work.

****YOU MUST FAX THE FOLLOWING DOCUMENTS TO (202) 927-6492 BY 11:59 P.M. ON THE CLOSING DATE:****

1. If you qualify based solely on education: Your transcript(s).

2. If you are a current or former Federal employee with status: Your most recent SF-50 (other than an award action), and performance appraisal.

3. If you are eligible for veteran's preference: Your form DD-214, Armed Forces of the United States Report of Transfer or Discharge. For 10-point preference, then in addition to the DD-214, an SF-15, Claim for Veterans' preference. If you are unsure about your eligibility for veterans' preference, please see the note below.

4. If you are CTAP/ICTAP eligible, and are applying for special selection priority: Proof that you meet the requirements described in 5 CFR 330.605 (a) for CTAP and 5 CFR 330.704 for ICTAP (agency notice; most recent Performance Rating; most recent SF-50 noting current position, grade level, and duty location; and documentation of current promotion potential.) We will rate your application "well-qualified" if it receives a rating of 85 prior to the addition of veterans' preference points.

IF WE SELECT YOU, WE WILL NEED YOU TO:

# QuickHire
Evaluate the people. not the paper.

**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

## Applicant Assessment

What locations do you wish to apply to?
Washington DC Metro Area, DC

What grades do you wish to apply to?
15

* All Grades 1. You must meet the minimum basic educational/experience requirements for professional accounting positions in the federal government. Choose one answer which best describes your educational/experience background for an auditing position.

**Answer (points):** I have at least 4 years of experience in accounting, or an equivalent combination of accounting experience, college-level education, and training. I am also a Certified Public Accountant or a Certified Internal Auditor which was obtained through a written examination.

* All Grades 2. GS-15 In addition to meeting the basic requirements, you must have at least one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education.

**Answer (points):** I have at least one full year of specialized experience equivalent in responsibility and scope to the GS-14 level as described in the vacancy announcement under specialized experience requirements.

All Grades 3. Conduct or supervise special assignments and projects, providing alternative courses of action and recommendations for the consideration of senior management.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 4. Develop and implement policies for audit quality assurance and conduct internal reviews and external peer reviews of audit organization compliance with professional standards.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

4.1. Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.



# QuickHire
Evaluate the people, not the paper.

# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer (points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

**4.2.** Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

> I was the Acting Director of the Department of the Treasury, Office of Inspector General(OIG), Office of Quality Assurance from May 4, 1993 through October 9, 1993, with a temporary promotion (not-to-exceed 120 days) to the GM-511-15.
>
> In this position, I directed the OIG's internal quality assurance function, providing leadership and technical oversight to quality assurance reviews performed by the four GS-13 auditors that staffed the office. I had responsibility for quality assurance not only over audit operations, but over all OIG functions.
>
> Under my leadership, the staff issued three quality assurance reports. The first, on a review of regional Audit offices, contained 15 recommendations for enhanced compliance with professional auditing standards. The second, a review of administrative procedures at IGATI, had 18 recommendations on internal controls and on the management of the Institute's 1-year appropriation. The third report was on an information resources management review of compliance with the Privacy Act, with 7 recommendations on publication requirements, safeguards, and training.
>
> I prepared the 1994 Annual Plan for the Office of Quality Assurance. This was the first detailed annual plan that had been prepared for this function, and it was very well received by senior management.
>
> As the Acting Director of Quality Assurance, I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 PCIE Peer Review process. This resulted in a Memorandum of Understanding that was signed by the Inspectors General at Treasury, GSA, the NRC, and OPM. Through my efforts, I was able to establish an environment of mutual respect among the participating organizations that carried through

---

# QuickHire.
Evaluate the people, not the paper.

**Treasury Office of Inspector General**

**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

to the completion of this assignment.

I subsequently served in a lead role for this external peer review, as I had in 1991 for the first peer review cycle. One of the objectives of peer reviews is to determine if an organization is complying with the Government Auditing Standards. In each case, I was responsible for the review of internal quality control policies and procedures, the assessment of the internal quality assurance program, and the review of selected audit operations. I believe that the Special Act award that I received for my role in the 1991 PCIE Peer Review and other awards that I have received over the years are indicative of my knowledge of professional auditing standards and my ability to apply these standards in both an auditing and a quality assurance capacity.

During my years in the Office of Oversight, I managed numerous reviews that determined whether the internal affairs functions of the Treasury law-enforcement bureaus were adhering to the PCIE investigative standards, as well as to their own policies and procedures. The Oversight reviews that I managed from December 1989 to July 1995 and from March 1997 to October 1998 were quality assurance reviews, relying on the same analytical processes and approaches that one would take in performing such reviews on audit operations.

Because of my in-depth knowledge of professional standards, I have also been selected over the years to analyze and comment on proposed revisions. During 1993, for example, the Government Auditing Standards Advisory Council issued an Exposure Draft on what was to become the 1994 Revision to the Government Auditing Standards. As the Acting Director for Quality Assurance, I prepared the OIG&#8217;s official comments. I coordinated the review with the OIG Office of Audit, including representatives from both the financial statement audit and the program audit groups, and with the Inspector General (IG), who was very interested in this matter. In addition, I had a number of discussions with the Auditing Standards Assistant Director at GAO, who was the principal author of the revisions. The comments that the OIG provided were well thought out and were considered by GAO in drafting

---

# QuickHire
Evaluate the people, not the paper.

## Treasury Office of Inspector General
### All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer ( points):** the 1994 Revision to the Government Auditing Standards.

I keep current on revisions to the Government Auditing Standards, and have been monitoring proposed changes that are expected to be issued at the end of this year.

In addition, my knowledge of other professional standards enhances my ability to manage and direct broad assignments requiring an integrated analysis of different operational functions, including audits and quality assurance reviews. For example, I oversaw a detailed analysis of the 1997 revisions to the PCIE Quality Standards for Investigations. I am also very familiar with the PCIE Quality Standards for Inspections, which are the standards to which auditors and investigators adhered when performing Office of Oversight reviews.

* All Grades 5. Incorporate input from a variety of sources (Departmental Management, Congressional staffers, current events) into the development of strategic and annual plans for the allocation and expenditure of Audit resources.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

5.1. Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

**Answer ( points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

5.2. Please describe your experience formulating annual or strategic audit plans. Please do not paste from or refer us to your resume.

**Answer ( points):** ). In addition, as part of the preparation of annual plans, I consider staffing and other costs. For example, I present recommended projects in priority order, indicating those that can be accomplished with the current, and with the proposed, staffing levels. I consider travel costs that may be associated with each project, and if necessary limit the scope or plan alternative approaches to ensure that the office will operate within its travel budget.

All Grades 6. Supervise immediate staff to ensure that senior management`s

---

QuickHire®: The Way to People. 1999. All Rights Reserved.

Date: 9/16/02

I-7



**Treasury Office of Inspector General**
**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

objectives are met, that senior management is provided with accurate and timely information, and that administrative processes are working effectively.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 7. Conduct surveys of audit activity to determine areas offering the greatest potential for tangible audit benefits.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 8. Work with staff to plan work assignments and priorities.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 9. Analyze financial and program data to identify trends, problems, and decision points.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 10.Conduct or oversee audits in accordance with the Government Auditing Standards published by the U.S. General Accounting Office.

**Answer (points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

**10.1.** Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

**Answer (points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

**10.2.** Please describe several examples of significant audits you have conducted or overseen. Please do not paste from or refer us to your resume.

the review of the Community Development Financial Institutions (CDFI) Fund Post-Award Administration Process.

The review covered a sample of 54 CDFI Program awards totaling $60.8 million, which represents 28 percent of the total CDFI Program dollars awarded by the Fund during FYs 1996&#64979;1999. Seven auditor/investigator teams made onsite visits to 48 award recipients located in 22 states.

---

I-8



# Treasury Office of Inspector General

## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer ( points):**

The collaborative effort between OA and OI, and among Headquarters and the Regions, produced significant results on this project.  The audit report contains ten findings and sixteen recommendations, addressing issues such as enhancing accountability over financial assistance, decreasing the amount of time required to disburse funds, tracking individual financial institution compliance with reporting requirements, assessing compliance with assistance agreements in a timely manner, and enhancing data analysis and documentation.  CDFI Fund management concurred with the findings and recommendations, and has taken or proposed corrective actions to address the results of this review.  Fund management thanked the OIG for the insights offered, and praised the report for being accurate and complete, with a fair and balanced tone.

Perhaps the most significant finding was that there was limited accountability over the financial assistance disbursed to CDFIs.  Essentially, under its current legislative mandate, the Fund does not require CDFIs to account separately for their use of financial assistance and corresponding matching funds.  Plans are under way to require additional accounting controls for future assistance awards, with changes to be reflected in the FY 2003 Notices of Funding Availability.  The result will be a significant increase in accountability over Federal funds.

In addition to the findings presented in the audit report and to investigative results (not discussed here), we believe that CDFIs around the country took notice of the OIG&#8217;s in&#64979;depth reviews, and that this presence has had, and will continue to have, a deterrent effect on any potential wrongdoing.

The Audit Manager and Auditor-in-Charge deserve special mention for their efforts.  As the Audit Manager, for example, Maria Carmona took action to maximize the knowledge and ability of the team members and to foster good working relationships both within and among the teams, and with the management and staff of the OIG and the CDFI Fund.  Maria ensured that high-quality work was performed, and oversaw the preparation of an excellent report.

---

# QuickHire.
Evaluate the people, not the paper.

## Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

All Grades 11. Initiate highly complex written communications including reports, instructions, correspondence and justifications relating to audits and evaluations, administrative functions, management analysis, fiscal analysis or human resources fields.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 12. Review reports for technical accuracy, adherence to accounting and auditing standards, organization of material, clarity of expression, and appropriateness to intended audiences.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

* All Grades 13. Act as liaison between audit organization and Congress.

**Answer ( points):** 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

If you answered "I have performed this task as a regular part of a job, indep... " above please answer the following question(s):

13.1. Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

**Answer ( points):**

If you answered "I am an expert in this task, and I have trained or supervise... " above please answer the following question(s):

13.2. Please briefly describe your experience performing this task. Please do not paste from or refer us to your resume.

> I have developed skills and ability in written communication to develop clear, concise reports; oral and visual presentations; and completed staff work through a combination of work experience, involvement in professional and volunteer organizations, and formal training.
>
> First as a team leader, then as a program manager and an audit manager, I have been responsible for the preparation of audit, oversight, quality assurance, and peer review reports, as well as reports of investigation. As such, I have planned the content of each report with the project team, and for some of the larger projects have at times consolidated sections prepared by different staff members into a concise and cohesive product. Throughout my career, I have written or overseen the writing of reports on the adequacy of policies, procedures, and internal controls, and on adherence to professional standards.

---

# QuickHire
Evaluate the people, not the paper.

# Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

While Acting Director, I was the final reviewer before reports were issued by the OIG.

The reports for which I have been responsible have contained recommendations addressed to the Secretary of the Treasury, to the Under Secretary for Enforcement, and to the heads of the Treasury bureaus and offices. Management has often commented not only on how well-written my products are, but also on how they present the results of our work in a balanced manner and with an appropriate tone.

I have written numerous policy documents, including chapters for the OIG Manual, and responses to Congressional inquiries. In addition, I have prepared annual plans, budget documents, and proposals for revised organizational structures. I also conducted a written survey of PCIE members, and wrote a concise report on the results that was sent out to the audit community. As a Program Manager in Oversight, I was responsible for the development of a customer satisfaction survey that won praise and was used as a sample for other parts of the organization. Articles that I have written have been published in OIG and Institute of Internal Auditor newsletters.

The results of completed staff work for which I have been responsible has resulted in both oral and visual presentations. At the entrance conference for each audit or review, our oral statements about the objectives, scope, methodology, and other matters is accompanied by a visual presentation, often in the form of PowerPoint slides. Exit conferences also include oral and visual presentations of the results of our staff work.

I have enhanced my written communication skills as part of my volunteer activities. For example, I wrote an accounting manual for a not&#64979;for&#64979;profit organization. After preparing an accompanying visual presentation, I gave a training session on the manual to the Board of Directors and the 15 chapter presidents and treasurers of this nationwide educational organization for which I performed accounting services. I have also taken a number of courses in written communication. As illustrated above, I have an excellent ability to

# QuickHire.
Evaluate the people, not the paper.

## Treasury Office of Inspector General
## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

prepare written communication to develop clear, concise
reports; oral and visual presentations; and completed
staff work. This ability is reflected in my performance
appraisal as of June 30, 2002, on which I received an
overall rating of Exceptional Performance, the highest
possible rating. In support of my Exceptional rating in
Communication, my supervisor stated that my ability to
communicate is perhaps my strongest trait, and that I am
able to review and analyze very complex issues and present
the results in a clear and effective manner. He also
mentioned that my written reports and other documentation
are virtually error free, and that I am able to produce
high quality products.
My skill in establishing and maintaining effective working
relationships with high-level officials, other Federal
agencies, Congressional staff, and professional
organizations has been a strong point of my 18-year career
with the Treasury OIG.

I have fostered positive working relationships with high-
level officials of the organizations being audited or
reviewed, in part by clearly communicating the objectives
during the initial meeting, and by providing periodic
status updates. I have found that the final reporting
process is greatly facilitated if management has an
opportunity to respond to issues as they are identified.
Management often takes immediate corrective action, so
that the final report indicates that issues have been or
are being addressed. In addition, by sharing information
and being responsive to others, I feel that I have built
mutually-beneficial coalitions within the OIG.

Because of my interpersonal skills, I have been selected
to manage some of the most sensitive work performed by the
OIG, including a review of actions taken by a bureau to
address allegations against its most senior career
official. I also negotiated with representatives from
three other OIGs to determine a coordinated approach to
the 1994 Peer Review process. I was able to establish an
environment of mutual respect among the participating
organizations that carried through to the completion of
this assignment.

I have demonstrated my skill in establishing and
maintaining effective working relationships with high-



# Treasury Office Of Inspector General

## All Applicant Data Report

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

level officials, other Federal agencies, Congressional staff, and professional organizations in many different situations. For example, in performing preliminary work for a PCIE audit of delinquent non-tax debt, I met with an OMB representative to obtain that agency&#8217;s perspective on current debt and credit management issues. I coordinated with representatives of PCIE member entities regarding agency interest in participating in, and ability to devote resources to, the planned effort. I also met with senior staff of the House Committee on Banking & Financial Services and the Senate Committee on Banking, Housing, and Urban Affairs with reference to an audit of OCC and OTS Fee Assessment Practices, which was also in its early stages.

In addition, as a Program Manager in the Office of Oversight, I was selected by the IG to prepare his testimony for Congressional hearings on mismanagement by senior IRS employees, a matter that was receiving extensive media coverage. Prior to the hearings, I worked closely with the Senior Investigator for the responsible Congressional Subcommittee, ensuring that we provided any requested information in a timely manner. By very quickly establishing a professional and responsive working relationship with the Senior Investigator, I was able to obtain advance information about the expected tone of the hearings and about the questions that Congress was going to ask the IG. Through my collaborative approach, I had an excellent opportunity to coordinate the preparation of responses, and create a &#8220;win-win&#8221; situation for the IG and for Congress. The IG was very pleased with the success of this effort, and relied on me in the future not only for Congressional issues, but also to address other sensitive matters requiring tact and diplomacy.

I also maintain effective working relationships with professional organizations. For example, I am a long-term member of the Greater Washington Society of Certified Public Accountants (GWSCPA), having served for many years on its Governmental Accounting and Auditing Committee.

I have always taken steps to maintain effective working relationships within the OIG as well. For example, during my first day on the job as the Acting Director of the Office of Quality Assurance (QA), I became aware that



**Treasury Office of Inspector General**
**All Applicant Data Report**

**Name:** MARIA V CARMONA

**Vacancy Number:** OA-2002-0010

**Vacancy Description:** Director of Audit Operations

---

**Answer** (points): there had been an ongoing dispute between QA and the executive responsible for the OIG Audit function about the presentation of findings in a draft QA report. The draft was based on a review of how well the four regional Audit offices had implemented recommendations from prior years. The Audit executive expressed concern that the executive responsible for the QA function was about to issue a rep

All Grades 14.Brief senior management prior to meetings or Congressional testimony so that they are fully prepared to deal with any issues that arise.

**Answer** (points): 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 15.Brief senior level officials regarding complex or controversial issues.

**Answer** (points): 5. I am an expert in this task, and I have trained or supervised others in the performance of this task.

All Grades 16.Please choose the response that best describes your experience in managing and supervising employees.

**Answer** (points): I have served as a manager, with responsibility for supervising other team leaders or first-line supervisors for over a year.

---

QuickHire®: The Way to People. 1999. All Rights Reserved.

**MARIA V. CARMONA**
P. O. Box 454, Fulton, MD  20759
Day:  (202) 927-6345   Evening:  (301) 490-4328

Application under Announcement No. OA-2002-0010,
Director of Audit Operations, Supervisory Auditor, GS-511-15

1.  Applied knowledge of professional auditing standards applicable to Federal financial and program audits.

I have gained extensive knowledge of professional auditing standards applicable to Federal financial and program audits through education, membership in professional organizations, training, work experience, and volunteer activities.  I have applied this knowledge to managing audits, quality assurance reviews, oversight reviews, and investigations in a successful manner that is reflected in the excellent performance appraisals and awards that I have received during the 18 years that I have worked with the Department of the Treasury Office of Inspector General (OIG).  Throughout my career with the OIG and in my volunteer activities as a CPA, I have shared my knowledge with others by presenting formal training sessions and by providing on-the-job training.

As part of my extensive experience with the Department of the Treasury and with its bureaus, I have managed staff work of varying degrees of complexity, from relatively simple follow-up audits performed by one staff member to an in-depth, highly sensitive, and time-critical inquiry for which a total of 17 Treasury OIG and IRS staff reported to me.

I have applied my knowledge of professional auditing standards to manage multi-bureau, multi-location, and multi-agency reviews, many with Department-wide or Government-wide implications.  For example, I served as the Acting Director for the issuance of four reports on a PCIE audit of delinquent non-tax debt.  This audit, which involved a total of 16 Offices of Inspector General and a review of the operations of three Treasury bureaus, resulted in recommendations for improvement in agency portfolio management practices and illustrated the need for Federal entities to refer, in a timely manner, all eligible delinquent debt to the FMS for collection.  The results of this audit, when considered with other work that we performed at FMS, such as an audit of cross-servicing activities and a review of FMS oversight of private collection agencies, served as an integrated analysis of debt collection that resulted in the removal of this issue from the list of serious management challenges facing the Treasury Department, as reported to Congress during FY 2000.

During my career with the OIG, I have performed work related to all 12 of the Treasury bureaus, and have applied my knowledge of the professional auditing standards, including the Comptroller General's <u>Government Auditing Standards</u>, in working with multi-disciplinary teams to audit or oversee their varied operational functions.  During FYs 1995-1997, for example, I was the OIG liaison to all of the Treasury bureaus with reference to implementation of the Federal Managers' Financial Integrity Act.  This work

**Plaintiff
Exhibit**

J

05cv2428(JGP)

focused on management control issues, including bureau progress on a wide range of corrective actions to address material weaknesses and instances of nonconformance. I reviewed the Management Control Plans for each of the bureaus, and reviewed reports issued on the bureaus by the OIG, GAO, public accounting firms, and other entities.

With reference to the **Banking** function of the Department, I led a survey of bank supervision at the OCC shortly after a hierarchy of risk to allocate limited resources was developed. The report that the project team prepared under my leadership formed the basis for much of the audit work that the OIG performed at the OCC in subsequent years. I also led an audit of the process by which the OCC imposes administrative sanctions on national banks, an audit of the integrity of data in a large automated system that stored quarterly financial reports filed by these banks, and an audit of the new OCC data center, considering issues such as whether the disaster recovery plan was effective. In addition, when the Treasury OIG was first given part of the responsibility for addressing the collapse of the thrift industry, I was instrumental in establishing an OIG presence at the OTS. I was also a member of a special task force that analyzed the failure of selected savings and loans, considering major factors that led to conservatorship, and referring issues for consideration by the Treasury Ethics Committee

From a **Financial** perspective, I worked on the financial statement audits of the ATF and of the Secret Service. I audited debt-collection and disbursement activities, payroll, and fixed assets. I performed various types of contract audits that resulted in substantial savings to the government. I also did work related to automated systems, including a risk analysis of an automated system, and participated in a system development life cycle implementation of an accounts payable system. In the role of Acting Director, *Finance and Debt*, I was responsible for an audit of deposit fund accounts at FMS that identified $42 million in funds to be put to better use, one of the largest dollar findings in an OIG program audit.

I also oversaw the issuance of reports on financial issues such as FMS's reclamation of direct deposit post-death benefit payments and the auction process at BPD. As an Audit Manager in *Banking and Fiscal Service*, I have been responsible for audits such as electronic commerce as it relates to FMS and post-award grant administration by the Community Development Financial Institutions Fund.

With reference to the **Enforcement** function, I have years of experience in oversight of the four Treasury law-enforcement bureaus, where I managed reviews that addressed issues such as compliance with standards, management of selected operations, and alleged violations of law. I also managed a survey of a complex artificial intelligence system operated by FinCEN that has nationwide and international application in the fight against crime.

For the **Manufacturing** function, I served as the lead on an audit of controls over currency as it moves through each step of the printing process at BEP which resulted in significantly enhanced security and controls. I inventoried the contents of the Federal Reserve vaults, and audited selected aspects of the BEP revolving fund. I also considered

issues such as the security over, and the costs associated with, some of BEP's sensitive raw materials, such as the paper and inks used to print currency.

In summary, I have applied my knowledge of professional auditing standards to a broad range of Federal financial and program audits covering many different operational functions.

Because of my in-depth knowledge of professional standards, I have also been selected over the years to analyze and comment on proposed revisions. During 1993, for example, the Government Auditing Standards Advisory Council issued an Exposure Draft on what was to become the 1994 Revision to the Government Auditing Standards. As the Acting Director for *Quality Assurance* at that time, I prepared the OIG's official comments. I coordinated the review with the OIG Office of Audit, including representatives from both the financial statement audit and the program audit groups, and with the Inspector General (IG), who was very interested in this matter. In addition, I had a number of discussions with the Auditing Standards Assistant Director at GAO, who was the principal author of the revisions. The comments that the OIG provided were well thought out and were considered by GAO in drafting the 1994 Revision to the Government Auditing Standards.

By having performed both program audits and financial statement audits, I have applied the full range of the professional auditing standards to planning, executing, and reporting on audits. As I have applied the standards to the audits that I manage, I have taken steps to ensure that the staff that I assign is properly qualified and properly supervised. For every audit I have managed, we have carefully adhered to the working paper standards, and have had an independent senior auditor reference each audit report to ensure the accuracy of our products.

I have also served in a lead role for two PCIE external peer reviews of another OIG. One of the objectives of peer reviews is to determine if an organization is complying with the Government Auditing Standards. In each case, I was responsible for the review of internal quality control policies and procedures, the assessment of the internal quality assurance program, and the review of selected audit operations. I believe that the Special Act award that I received for my role in the 1991 PCIE Peer Review and other awards that I have received over the years are indicative of my knowledge of professional auditing standards and my ability to apply these standards.

In addition, my knowledge of other professional standards enhances my ability to manage and direct broad assignments requiring an integrated analysis of different operational functions, including audit, investigations, and inspections or evaluations. For example, I oversaw a detailed analysis of the 1997 revisions to the PCIE Quality Standards for Investigations. During my years in the *Office of Oversight*, I managed numerous reviews that determined whether the internal affairs functions of the Treasury law-enforcement bureaus were adhering to the PCIE investigative standards, as well as to their own policies and procedures. I am also very familiar with the PCIE Quality Standards for

<u>Inspections</u>, which are the standards to which auditors and investigators adhered when performing *Office of Oversight* reviews.

As shown, I have applied my knowledge of professional auditing standards applicable to Federal financial and program audits while performing work at all of the Treasury bureaus. My performance appraisal as of June 30, 2002, on which I received an overall rating of ***Exceptional Performance***, the highest possible rating, is indicative of my success in the application of this knowledge.

2. Skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations.

My skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations has been a strong point of my 18-year career with the Treasury OIG.

I have fostered positive working relationships with high-level officials of the organizations being audited or reviewed, in part by clearly communicating the objectives during the initial meeting, and by providing periodic status updates. I have found that the final reporting process is greatly facilitated if management has an opportunity to respond to issues as they are identified. Management often takes immediate corrective action, so that the final report indicates that issues have been or are being addressed. In addition, by sharing information and being responsive to others, I feel that I have built mutually-beneficial coalitions within the OIG.

Because of my interpersonal skills, I have been selected to manage some of the most sensitive work performed by the OIG, including a review of actions taken by a bureau to address allegations against its most senior career official. I also negotiated with representatives from three other OIGs to determine a coordinated approach to the 1994 Peer Review process. I was able to establish an environment of mutual respect among the participating organizations that carried through to the completion of this assignment.

I have demonstrated my skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations in many different situations. For example, in performing preliminary work for a PCIE audit of delinquent non-tax debt, I met with an OMB representative to obtain that agency's perspective on current debt and credit management issues. I coordinated with representatives of PCIE member entities regarding agency interest in participating in, and ability to devote resources to, the planned effort. I also met with senior staff of the House Committee on Banking & Financial Services and the Senate Committee on Banking, Housing, and Urban Affairs with reference to an audit of OCC and OTS Fee Assessment Practices, which was also in its early stages.

In addition, as a Program Manager in the *Office of Oversight*, I was selected by the IG to prepare his testimony for Congressional hearings on mismanagement by senior IRS employees, a matter that was receiving extensive media coverage. Prior to the hearings, I worked closely with the Senior Investigator for the responsible Congressional Subcommittee, ensuring that we provided any requested information in a timely manner. By very quickly establishing a professional and responsive working relationship with the Senior Investigator, I was able to obtain advance information about the expected tone of the hearings and about the questions that Congress was going to ask the IG. Through my collaborative approach, I had an excellent opportunity to coordinate the preparation of responses, and create a "win-win" situation for the IG and for Congress. The IG was very pleased with the success of this effort, and relied on me in the future not only for

Congressional issues, but also to address other sensitive matters requiring tact and diplomacy.

I also maintain effective working relationships with professional organizations. For example, I am a long-term member of the Greater Washington Society of Certified Public Accountants (GWSCPA), having served for many years on its Governmental Accounting and Auditing Committee.

I have always taken steps to maintain effective working relationships within the OIG as well. For example, during my first day on the job as the Acting Director of the *Office of Quality Assurance* (QA), I became aware that there had been an ongoing dispute between QA and the executive responsible for the OIG Audit function about the presentation of findings in a draft QA report. The draft was based on a review of how well the four regional Audit offices had implemented recommendations from prior years. The Audit executive expressed concern that the executive responsible for the QA function was about to issue a report that did not fairly present audit operations.

In an attempt to resolve this situation, I met with the Audit executive to gain an understanding of the specific facts that were in dispute and of the language that he perceived as being unfair. Immediately after, I explained the situation to the QA executive, who was then my supervisor, and asked if he would be willing to postpone signing the final report for a few days while I looked into the matter. The QA executive, who believed that the accuracy of the draft report had been carefully double-checked, agreed with my request. My challenge was to deal diplomatically with a tense situation between two executives, each of whom believed his position to be correct based on information provided by his subordinates.

I next held a meeting with the QA project team members, explained the concerns, and asked them how they computed the figures and arrived at the conclusions that the Audit executive was questioning. Together, we reviewed the working papers and found that there were some errors in calculation and in logic. Additionally, I concluded that the language used in the draft report had indeed resulted in some of the issues being overstated.

I carefully documented my conclusions, then briefed the QA executive on the results of my review, and provided a revised draft report with corrected figures and adjustments in tone. The QA executive reviewed the documentation supporting the revised report and validated the results that I presented. The report was issued in final as I had revised it, and contained 15 recommendations for additional steps to be taken by the Audit regions to ensure compliance with professional auditing standards and to improve the quality of audit products.

The Audit executive told me that, although he did not like the findings because they pointed out weaknesses in a program for which he was responsible, the revisions I had made to the report resulted in a fair presentation of the issues. In addition, the QA executive, although not pleased that a draft report containing errors had been issued by one of his divisions, was relieved to have been spared from issuing such a report in final

form. Both executives thanked me for the diplomatic approach that I had taken in getting to the bottom line and ensuring that both organizations were treated fairly. I subsequently received an Outstanding performance appraisal from the QA executive, based in part on the manner in which I approached and resolved this difficult situation between senior executives.

I have enhanced my skills in maintaining effective working relationships as part of my volunteer activities. For example, as the chairman of the Supervisory Committee of the National Labor Relations Board (NLRB) Credit Union, I built effective working relationships with the Board of Directors, composed of senior NLRB staff, with representatives of the National Credit Union Administration, and with the external auditors. I have also dealt with the Board of Directors and the 15 chapter presidents and treasurers of a nationwide not-for-profit educational organization for which I performed accounting services. We built a strong coalition focused on enhancing financial accountability, with a goal of significant growth for the organization, which would result in the ability to award additional scholarships to worthy students.

In summary, my skill in establishing and maintaining effective working relationships with high-level officials, other Federal agencies, Congressional staff, and professional organizations has been illustrated throughout my auditing career. My skill is reflected in the performance appraisal as of June 30, 2002, on which I received an overall rating of *Exceptional Performance*, the highest possible rating. In support of my *Exceptional* ratings in *Communication* and *Customer Service*, my supervisor stated that my ability to communicate is perhaps my strongest trait and that I have developed an excellent customer service relationship, continually working to improve service to the auditees.

3. Ability to direct and supervise a diverse staff of professionals on multiple tasks.

I have demonstrated my ability to direct and supervise a diverse staff of professionals on multiple tasks in my roles as Audit Manager and Acting Director within the Treasury OIG during the past 12 years. I have successfully managed staff in a number of professional series, including auditor, management analyst, inspector, criminal investigator, and general investigator, and have gained significant insight into how these various disciplines operate. I have also worked with financial statement auditors and information systems auditors, and have coordinated efforts with Information Technology (IT) and Evaluations staff, who have provided technical assistance in their respective areas of expertise. In addition, I supervised the work of a summer intern, providing on-the-job training and experience of such quality that the intern decided to become a governmental auditor when he graduated from college the following year.

I have managed multi-disciplinary and diverse teams, which at times have included members of other organizations, such as the IRS. When managing program audits, my staff has consisted primarily of program auditors and management analysts. While I was working on financial statement audits, the staff included financial, program, and information systems auditors. In the *Office of Oversight*, I managed staff in the auditor, inspector, criminal investigator, and general investigator series. Earlier in my auditing career, I also worked closely with contract auditors.

As part of directing and supervising a diverse staff of professionals on multiple tasks, I have developed staffing and training plans, position descriptions, performance elements and standards, performance appraisals, and nominations for awards. I have prepared and presented training in written and oral communication, and in technical subjects such as working paper preparation. I have worked with employees to improve their performance when necessary, sharing my insights and experience, and have championed well-deserved promotions. I have also been a strong proponent of diversity and equal opportunity in the workplace, and was selected to serve on the OIG's Diversity Task Group.

I have actively sought involvement in managing human resources within the OIG. For example, I volunteered to lead a multi-disciplinary task force on recruitment that resulted in a comprehensive report for which I received a memorandum of appreciation acknowledging the significance of the issues addressed and complimenting the quality and comprehensiveness of the analysis and the thoughtfulness of the resultant recommendations.

I believe that by leading by example and displaying personal commitment and involvement in the work, I have been able to obtain an outstanding level of cooperation from a diverse staff of professionals working on multiple tasks. For example, for a special inquiry that resulted from Congressional hearings, I found that under my leadership the team members were willing to go above and beyond the call of duty, often working 17-18 hours a day on their assigned tasks during the week, then voluntarily coming in on Saturdays and Sundays to see how they could help out. Even though the

majority of the staff members, who came from various OIG offices and from IRS Inspection, had never worked together before, there was a very strong feeling that we were working as a team.

I have demonstrated my strong leadership and team-building abilities by serving as chairman of a number of task forces and by adhering to a participatory management style whenever possible on my OIG projects. In fact, a member of my staff wrote an article for the OIG newsletter about an *Oversight* review that I managed. In the article, titled Teamwork in Action, the staff member stated that I demonstrated confidence in the abilities of each team member, thereby creating a constructive environment in which the team could go about performing its day-to-day activities. I also received a Special Act - Team Player award for my leadership of an audit/investigative team on a very sensitive Oversight review of a bureau matter that received considerable Congressional interest.

From a financial perspective, I have been involved in managing budgets, and have participated in financial decisions such as how to allocate training funds to best meet the needs of the entire staff. I have prepared justifications for budget increases and for reprogramming funds. I also wrote a document on workload trends and major accomplishments that proved successful in getting the OIG additional Full-Time Equivalents (FTE). In addition, as part of the preparation of annual plans, I consider staffing and other costs. For example, I present recommended projects in priority order, indicating those that can be accomplished with the current, and with the proposed, staffing levels. I consider travel costs that may be associated with each project, and if necessary limit the scope or plan alternative approaches to ensure that the office will operate within its travel budget.

My education and the training that I have received in management and leadership skills have complemented my experience in this area.

Throughout my career with the Treasury OIG, then, I have demonstrated my ability to direct and supervise a diverse staff of professionals on multiple tasks. This ability is reflected in my performance appraisal as of June 30, 2002, on which I received an overall rating of *Exceptional Performance*, the highest possible rating. In support of my *Exceptional* ratings in the individual elements of *Manages Employees and Resources, Overall Management Skills, Supports EEO and Diversity*, and *Teamwork*, my supervisor stated that I am an excellent manager who leads by example, challenges the staff to reach for higher levels of performance, and guides, counsels, and motivates employees. He also pointed out that I plan all of my work extremely well, monitor budget expenses, hold staff accountable to high quality work standards, am sensitive to diversity, and promote team harmony and motivation.

4.  Ability to prepare and deliver oral briefings to the Inspector General (IG) and top Department officials.

I have developed my skills and ability to prepare and deliver oral briefings to the Inspector General (IG) and top Departmental officials through a combination of work experience, involvement in professional and volunteer organizations, and formal training. By effectively applying these skills and ability, I have established collaborative relationships both within my organization and with external parties.

Over the years, I have often briefed the IG, the Deputy IG, and the Assistant Inspectors General (AIG) and their deputies, on issues such as the annual audit plan; the results of audit, oversight, and investigative work; the outcome of external peer reviews; and Congressional inquiries and testimony.

As a Program Manager in the *Office of Oversight*, I was selected by the IG to prepare his testimony for Congressional hearings on mismanagement by senior IRS employees, a matter that was receiving extensive media coverage.  I prepared the written and oral versions of the testimony, and oversaw the preparation of the accompanying material for the hearing briefing books, all in a matter of days.  The IG expressed appreciation for my work.  For example, in one meeting, we discussed the IG's opinion on a particular issue, and I immediately drafted the corresponding language for the testimony.  The IG stated that I had expressed his thoughts in the testimony in a much better manner than he had verbally communicated them to me, which demonstrated that I had an understanding of the broader political issues associated with the hearings.

On the corresponding review of an IRS District, I was responsible for providing periodic in-depth briefings to the IG, who was interested in all aspects of this project, and to the IRS Commissioner and Deputy Commissioner.  I coordinated our efforts with various IRS National Office, regional, and district managers.

During my career with the Treasury OIG, I have also briefed management at the most senior levels of the organization, including the Assistant Secretary for Management and Chief Financial Officer, the Deputy Assistant Secretary, the Department's Comptroller, heads of Bureaus, heads of regional operations, and heads of other audit organizations. I have briefed senior staff of Congressional committees, and interfaced with officials from other Federal agencies.  I have also directed entrance and exit conferences with senior managers on all of the projects for which I have been responsible, and coordinated with bureau management control officials and bureau audit liaisons.

I have enhanced my communication skills and maintained effective working relationships as part of my volunteer activities.  For example, as the chairman of the Supervisory Committee of the NLRB Credit Union, I provided monthly oral reports to the Board of Directors, composed of senior NLRB staff.  I have also dealt with the Board of Directors and the 15 chapter presidents and treasurers of a nationwide not-for-profit educational organization for which I performed accounting services.  As part of my volunteer

activities, I prepared an accounting manual, and presented an interactive briefing as training on the manual and on other financial issues.

I have taken a number of courses in communication and was an active member of Toastmasters for about 5 years. During that time, I had the opportunity to present speeches to groups of various sizes, and to represent the club in the area International Speech Contest, giving a speech before a group of 50-60 people. I have also presented numerous training courses and have done public speaking for not-for-profit and professional organizations. For example, as a member of the Institute of Internal Auditors Speakers' Bureau, I made a presentation regarding careers in accounting and internal auditing to students at American University.

In addition, I have had an opportunity to use my knowledge of foreign languages at various stages of my career. With the OIG, for example, I served as a simultaneous translator for an embassy official and the chief auditor of Spain, who was in the United States to research how to improve the quality of audit and investigative products.

As illustrated above, I have an excellent ability to prepare and deliver oral briefings to the IG and top Department officials. This ability is reflected in my performance appraisal as of June 30, 2002, on which I received an overall rating of *Exceptional Performance*, the highest possible rating. In support of my *Exceptional* rating in *Communication*, my supervisor stated that my ability to communicate is perhaps my strongest trait, and that I am able to review and analyze very complex issues and present the results in a clear and effective manner. My supervisor further stated that my oral presentations are clear, logical, and delivered in a very professional and convincing manner.

5. Ability to prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work.

I have developed skills and ability in written communication to develop clear, concise reports; oral and visual presentations; and completed staff work through a combination of work experience, involvement in professional and volunteer organizations, and formal training.

First as a team leader, then as a program manager and an audit manager, I have been responsible for the preparation of audit, oversight, quality assurance, and peer review reports, as well as reports of investigation. As such, I have planned the content of each report with the project team, and for some of the larger projects have at times consolidated sections prepared by different staff members into a concise and cohesive product. Throughout my career, I have written or overseen the writing of reports on the adequacy of policies, procedures, and internal controls, and on adherence to professional standards. While Acting Director, I was the final reviewer before reports were issued by the OIG.

The reports for which I have been responsible have contained recommendations addressed to the Secretary of the Treasury, to the Under Secretary for Enforcement, and to the heads of the Treasury bureaus and offices. Management has often commented not only on how well-written my products are, but also on how they present the results of our work in a balanced manner and with an appropriate tone.

I have written numerous policy documents, including chapters for the OIG Manual, and responses to Congressional inquiries. In addition, I have prepared annual plans, budget documents, and proposals for revised organizational structures. I also conducted a written survey of PCIE members, and wrote a concise report on the results that was sent out to the audit community. As a Program Manager in *Oversight*, I was responsible for the development of a customer satisfaction survey that won praise and was used as a sample for other parts of the organization. Articles that I have written have been published in OIG and Institute of Internal Auditor newsletters.

The results of completed staff work for which I have been responsible has resulted in both oral and visual presentations. At the entrance conference for each audit or review, our oral statements about the objectives, scope, methodology, and other matters is accompanied by a visual presentation, often in the form of PowerPoint slides. Exit conferences also include oral and visual presentations of the results of our staff work.

I have enhanced my written communication skills as part of my volunteer activities. For example, I wrote an accounting manual for a not-for-profit organization. After preparing an accompanying visual presentation, I gave a training session on the manual to the Board of Directors and the 15 chapter presidents and treasurers of this nationwide educational organization for which I performed accounting services. I have also taken a number of courses in written communication.

As illustrated above, I have an excellent ability to prepare written communication to develop clear, concise reports; oral and visual presentations; and completed staff work. This ability is reflected in my performance appraisal as of June 30, 2002, on which I received an overall rating of *Exceptional Performance*, the highest possible rating. In support of my *Exceptional* rating in *Communication*, my supervisor stated that my ability to communicate is perhaps my strongest trait, and that I am able to review and analyze very complex issues and present the results in a clear and effective manner. He also mentioned that my written reports and other documentation are virtually error free, and that I am able to produce high quality products.

**Carmona, Maria V.**

**From:**  Freedman, Marla A.
**Sent:**  Friday, February 18, 2005 8:38 AM
**To:**  OIG-All
**Subject:** Director of Audit Operations

I am pleased to announce the selection of Joey Maranto as Director of Audit Operations. Joey has been with our office since 1999. Prior joining Treasury, Joey worked for The Department of Energy OIG. Joey is a graduate of Virginia Polytechnic Institute and State University and is a Certified Information Systems Auditor. Please join me in congratulating Joey.

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General

Plaintiff
Exhibit

K

05 cv 2428 (JGP)

## Carmona, Maria V.

**From:** Freedman, Marla A.

**Sent:** Friday, March 11, 2005 3:01 PM

**To:** OIG-All

**Subject:** Selection of Manager for Audit Operations

I am pleased to announce that the Office of Audit has selected Cedric Hammond for the position of Manager of Audit Operations. Cedric has been with our organization since 2001. Prior to working here, he worked for the DC Department of Corrections. Cedric is a graduate of Morehouse College in Atlanta. Please join me in congratulating Cedric.

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General