**Carmona, Maria V.**

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, July 31, 2002 2:55 PM |
| **To:** | Carmona, Maria V. |
| **Subject:** | RE: BFS - Request for Expressions of Interest - Acting Director of Audit Operations and Products Task Force |

Thanks Maria!!

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General

-----Original Message-----

| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Wednesday, July 31, 2002 2:50 PM |
| **To:** | Bestawrose, Ehab B.; Burgess, Leslye; Dabney, Delores V.; Richardson, Ronda R.; Sinko, Michael C. |
| **Cc:** | Freedman, Marla A.; Kassel, Donald R.; Paige, Wanda K. |
| **Subject:** | BFS - Request for Expressions of Interest - Acting Director of Audit Operations and Products Task Force |

**BFS Staff,**

**During her staff meeting today, Marla requested volunteers for two assignments, as discussed below. Please send an e-mail message directly to Marla if you are at the designated grade(s) and would like to be considered for either or both opportunities.**

**I am sending this message to staff at other grade levels FYI. We will wait until Don returns next week to discuss other matters raised during the staff meeting.**

**Please let me know if you would like additional information.**

**Maria**

---

**Grade 14 staff to be Acting Director of Audit Operations for a rotating 30-day assignment**

This is a new position that will have responsibility for the following.
- **Policy**
- **Planning**
- **Budget**
- **Audit Liaison**
- **Quality Assurance**
- **Audit Follow Up**

Plaintiff Exhibit

L

05cv 2428 (JGP)

A vacancy announcement should be issued soon. You need not be interested in

1

applying for the position in order to express an interest in serving in an Acting capacity.

## Grade 14 or 15 staff to chair the *Products Task Force*

This task force is one of two being formed as a result of the Audit Symposium last week. The other, *Process*, will be chaired by Tom Byrnes.

Each task force will probably have one GS-15, one GS-14, and two GS-13s or below. The chairperson will have an opportunity to select members. Participation from Headquarters and the Field is encouraged.

## Carmona, Maria V.

| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, March 26, 2003 1:55 PM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | RE: Director of Audit Operations - Acting Assignment |

Maria,

Just to let you know, we don't have an acting director position anymore (because we don't have a slot for another director). It's merely an operational role that needs to be filled -- at this point that we were rotating it among 14s. Everyone needs to chip-in. We don't have the luxury of 165 FTEs in OA anymore. That's just reality. Anyway, we'll go to another person this month, but we will likely come back to you -- sorry. It's one of those things, "other duties as assigned."

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General


-----Original Message-----
| | |
|---|---|
| **From:** | Carmona, Maria V. |
| **Sent:** | Wednesday, March 26, 2003 1:50 PM |
| **To:** | Freedman, Marla A. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | Director of Audit Operations - Acting Assignment |

**Marla,**

**I did not volunteer to be Acting Director, and I have not changed my mind.**

**Thank you.**

**Maria**

-----Original Message-----
| | |
|---|---|
| **From:** | Freedman, Marla A. |
| **Sent:** | Wednesday, March 26, 2003 1:31 PM |
| **To:** | Carmona, Maria V. |
| **Cc:** | Kassel, Donald R. |
| **Subject:** | RE: Director of Audit Operations - Acting Assignment |

Maria,

Do you want to do it?

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General

-----Original Message-----
**From:**      Carmona, Maria V.
**Sent:**      Wednesday, March 26, 2003 1:10 PM
**To:**        Freedman, Marla A.
**Cc:**        Kassel, Donald R.
**Subject:**   Director of Audit Operations - Acting Assignment

Marla,

**Does this mean that you are assigning me to be the Acting Director of Audit Operations?**

**Thank you,**

**Maria**

---

-----Original Message-----
**From:**      Freedman, Marla A.
**Sent:**      Wednesday, March 26, 2003 12:46 PM
**To:**        Carmona, Maria V.
**Cc:**        Kassel, Donald R.
**Subject:**   RE: Director of Audit Operations - Acting Assignment

We've run out of volunteers.

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General

-----Original Message-----
**From:**      Carmona, Maria V.
**Sent:**      Wednesday, March 26, 2003 12:42 PM
**To:**        Freedman, Marla A.
**Cc:**        Kassel, Donald R.
**Subject:**   Director of Audit Operations - Acting Assignment

Marla,

**Thank you for your e-mail.  Don mentioned something to me earlier this week, but nothing definite.**

**As you may recall, I did not volunteer to serve in the Acting Director role.**

**Please advise.**

**Maria**

---

-----Original Message-----
**From:**      Freedman, Marla A.
**Sent:**      Wednesday, March 26, 2003 12:24 PM

2

4

**To:** Carmona, Maria V.
**Cc:** Kassel, Donald R.
**Subject:** RE: BFS - Emergency Planning

Thanks Maria.

By the way, I don't know if Don mentioned it, but we're hoping that next month you'll serve as the acting operations person. We have several projects coming up, as always. Anyway, I know it's short notice, but unless you have other plans, it would be great if you could join us at 2:00 pm this afternoon.

Thanks,

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General

# June 2002

Mini calendars: June 2002 / July 2002

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | June 1 |
| | | | | | 2 |
| **3** 8:30am Deposition (tbd) | **4** 9:00am Performance Measures (Mr. Rush's Inventory; 11:00am Las Vegas Inventory Work (Telephone Co; 11:45am Lunch with Karen (Old Ebbitt); 1:30pm Debrief on the DC | **5** 9:00am Senior Staff Meeting (Rush's Office); 11:00am Updated: Audit Positions/Budget Issues (Your Office); 2:00pm Weekly Staff Meeting | **6** 1:00pm 2 on 1 (Rush's Office) | **7** 8:00am 2004 Budget Stuff (My Office); 10:00am Customs Entrance Conf (3rd fl OIT conference); 12:30pm Doctors Appt (s/l - 3 hrs) (Dr. Hurwitz) | 8 |
| | | | | | 9 |
| **10** 1:00pm Pre-brief (FinCEN's mtg for tomorrow) (My Office) | **11** 10:00am Exit with FinCEN -- Casino Job (FinCEN); 1:30pm Performance Measures (Your Office) | **12** 9:00am Senior Staff Meeting (Rush's Office); 2:00pm Weekly Staff Meeting | **13** 8:00am IGATI - curriculum for Writing and Supervision course (B; 1:00pm Plastic Card Network Briefing (My Office); 2:00pm Inventory Work (Telephone Con | **14** | 15 |
| | | | | | 16 |
| **17** | **18** 8:30am BEP Background Investigations (Maria' Office; 11:30am Lunch with Steve (Old Ebbitt); 1:30pm disc. possible new hires (Maria's office); 2:30pm PCN Report (My | **19** 9:00am Senior Staff Meeting (Rush's Office); 11:00am OI Mint Referral (My Office); 12:30pm Various (Your office); 2:00pm Weekly Staff Meeting | **20** 9:00am Fy 2004 Planning (Mr. Rush's Office); 12:00pm Survey for Mr. Rush (My Office); 1:00pm 2 on 1 (Rush's Office); 2:30pm Customs Inventory Exit Conference (R | **21** 7:30pm Personnel Work; 11:00am Inventory Work (Telephone Con; 12:30pm Meet with Bob on Various Issues (My; 2:00pm ITCS Meeting (Dennis' Office) | 22 |
| | | | | | 23 |
| **24** 7:00am Doctor's Appt - 4 hours s/l (Alexandria); 11:30am A/L - 4 hours | **25** 8:00am Treasury Personnel (My Office); 10:30am Personnel Issues (My Office) | **26** 9:00am Senior Staff Meeting (Rush's Office); 11:00am Interview for Audit Director Position; 2:00pm Weekly Staff Meeting | **27** 8:00am Pre-brief for Entrance at 9:30 (My Office); 9:00am Personnel (My Office); 9:30am Entrance -- Radiation Detection Devices/Ite; 11:00am ACE Multi-Year; 1:00pm 2 on 1 (Rush's Office) | **28** 8:00am Interview for Director Position; 1:00pm ACE Multi-Year Contracting (Maria' Office) | 29 |
| | | | | | 30 |

Plaintiff Exhibit M
05 cv 2428 (JGP)

# July 2002

July 2002

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

August 2002

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| **July 1** | **2** | **3** | **4** | **5** | **6** |
| 7:00am AGA PDC (Atlanta) | 10:00am Prebrief for the meeting below (My Office)<br><br>1:00pm Interview for Audit Director Position (Bill Pugh's Office) | 8:00am 2 on 1 (Mr. Rush's Office)<br><br>9:00am Senior Staff Meeting (Rush's Office)<br><br>11:00am Symposium (Your office)<br><br>2:00pm Weekly Staff Meeting | 1:00pm 2 on 1 (Rush's Office) | 7:00am A/L - 8 hours | |
| **8** | **9** | **10** | **11** | **12** | **7** |
| 7:00am AGA PDC (Atlanta) | 7:00am AGA PDC (Atlanta) | 7:00am AGA PDC (Atlanta)<br><br>9:00am Senior Staff Meeting (Rush's Office)<br><br>2:00pm Weekly Staff Meeting | 7:00am AGA PDC (Atlanta)<br><br>1:00pm 2 on 1 (Rush's Office) | 7:00am A/L - 8 hours | 7:00am AGA PDC (Atlanta) |
| **15** | **16** | **17** | **18** | **19** | **13** |
| 12:00pm Dr's Appt (3 hrs s/l) (Burke Office) | 9:00am Prepare for the 1:30 meeting with the IG<br><br>10:30am Meeting with Symposium Facilitator<br><br>11:30am Meeting with facilitator for MCI<br><br>1:30pm ACE Briefing for the | 9:00am Senior Staff Meeting (Rush's Office)<br><br>2:00pm Weekly Staff Meeting | 8:00am 2 on 1 (Rush's Office)<br><br>2:00pm NIE Counterfiet Issue w/Bobbi R./IG | 9:00am Symposium Prep (Your office)<br><br>1:00pm affidavit (My Office)<br><br>2:00pm TIGR Planning Meeting (Barry's office) | |
| **22** | **23** | **24** | **25** | **26** | **14** |
| 7:00am OA's All-Hands (Richmond) | 7:00am OA's All-Hands (Richmond) | 7:00am OA's All-Hands (Richmond)<br><br>9:00am Senior Staff Meeting (Rush's Office)<br><br>2:00pm Weekly Staff Meeting | 7:00am OA's All-Hands (Richmond)<br><br>1:00pm 2 on 1 (Rush's Office) | 7:00am OA's All-Hands (Richmond)<br><br>9:45am Long Term Health Care Briefing (7th Floor)<br><br>1:30pm Treasury CFO/IG Financail Statement | |
| **29** | **30** | **31** | | | **20** |
| 12:00pm Mtg. w/Mike McPoland (Marla's Office)<br><br>1:00pm Long Term Care (9th Floor) | 9:00am Interview - Evals Director<br><br>11:30am Su[]enior II Exit Conference (OTS TBI?)<br><br>1:30pm Mtg. w/IG/Bill Pugh (re Annual Plan) (F | 8:00am GISRA Update (FDIC)<br><br>1:00pm MSPB case (Marla's office)<br><br>2:00pm Weekly Staff Meeting | | | **21** |

# August 2002

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | **August 1** 8:30am Interview: Edward McHale; 10:00am Northern Border exit (Customs Room 8.5 D); 1:00pm 2 on 1 (Rush's Office) | **2** 7:30am Meeting w/Martha Barksdale (Maria's Director; 8:30am Interview - Evals Director; 10:00am Homeland Security; 11:30am Lunch - Wanda; 2:00pm Interview - Evals | **3** / **4** |
| **5** 8:30am Meet with Delmar on USCS Inventory Repo; 9:30am Interview - Evals Director; 11:00am Interview - Evals Director; 12:30pm Interview - Evals | **6** 8:30am Updated: Interview - Evals Director; 12:00pm Interview - Evals Director; 2:00pm GSA SES Review Panel (Room 6246 GSA Bldg) | **7** 9:00am Senior Staff Meeting (Rush's Office); 11:00am Interview - Evals Director; 1:30pm Space Issues (My Office); 2:00pm Weekly Staff Meeting | **8** 9:30am Interview for Evals; 1:00pm 2 on 1 (Rush's Office) | **9** 7:00am A/L | **10** / **11** |
| **12** 8:30am Interview - Evals Director; 10:00am Interview - Evals Director; 12:00pm Annual Plan (My Office); 2:00pm Interview - Sean | **13** 7:00am GSA Panel; 11:30am Lunch with Val (Old Ebiitt); 2:00pm Interview - Evals Directorq | **14** 9:00am Senior Staff Meeting (Rush's Office); 11:00am SES Questionnaire (Your Office); 2:00pm Weekly Staff Meeting | **15** 7:00am Complete Review of GSA SES Panel (My Office); 10:00am Task Force Planning (My Office); 1:00pm 2 on 1 (Rush's Office) | **16** 7:00am S/L - 8 hours; 10:00am Doctor's Appt (Georgetown) | **17** / **18** |
| **19** 11:30am Doctor's Appt for CDFI Exit (Burke) (Burke Office) | **20** 10:00am Pre-brief for CDFI Exit (My Office); 11:00am Global Marine Prebrief (Maria's office/telecon; 11:30am Updated: CDFI Exit Conf (CDF); 1:30pm CDFI Exit (CDFI) | **21** 9:00am Senior Staff Meeting (Rush's Office); 11:00am Doctor's Appt (Rockville); 11:30am YCGII Implementation; 1:00pm ATF Exit - YCGII; 2:00pm Weekly Staff Meeting | **22** 9:00am Updated: GAO Review of IG Procurement Au; 1:00pm 2 on 1 (Rush's Office); 1:30pm Global Marine Exit Conference (Customs Conference (Customs; 3:00pm Discuss space (Mike Tarr's office) | **23** 7:00am A/L - 8 hours | **24** / **25** |
| **26** 9:00am Meet with the New IT Manager (My Office); 11:00am Status Meeting on MLR Hamilton Bank (Maria's Office) | **27** 10:00am 2-on-1 w/IG (Front Office); 1:00pm 2 on 1 (Rush's Office) | **28** 9:00am Senior Staff Meeting (Rush's Office); 2:00pm Weekly Staff Meeting | **29** 8:00am GSA SES Panel (Rm 6242 (GSA)) | **30** | **31** |

### August 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### September 2002
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

3

# STATEMENT OF DENNIS S. SCHINDEL

## DEPUTY INSPECTOR GENERAL

## DEPARTMENT OF THE TREASURY

## BEFORE THE HOUSE COMMITTEE ON APPROPRIATIONS

## SUBCOMMITTEE ON THE DEPARTMENTS OF TRANSPORTATION AND

## TREASURY, AND INDEPENDENT AGENCIES

## MARCH 12, 2003

Chairman Istook, Ranking Member Olver, members of the Subcommittee and Subcommittee staff - Good morning.

I appreciate the opportunity to testify about the management challenges currently facing the Department of Treasury including the OIG and how they have been impacted by the divestiture pursuant to the Homeland Security Act of 2002.

I am also pleased to be here with Acting Treasury Inspector General for Tax Administration (TIGTA) Pamela Gardiner. As you know, the President's fiscal year 2004 budget has proposed a consolidation of our office and TIGTA into a new Inspector General office to be called the Inspector General for Treasury.

Before I begin discussing what things look like at present and what they will look like going forward, I want to make one brief comment on the past.

This organization, since it became a statutory OIG, has seen a great deal of change. In his March 2001 testimony before the Subcommittee, our Inspector General discussed the period of turmoil that had occurred as certain Treasury Office of Inspector General (OIG) officials were then the subject of investigations and the fact that between February 1998 and July

Excerpt

Plaintiff
Exhibit
N
05 cv 2428 (JGP)

1999, the workforce had been led by three Senate-confirmed IGs and an Acting IG. I was the Assistant Inspector General for Audit during that period and I can attest to the fact that it was a very difficult time. I am proud of the fact that we stayed focused on our core mission throughout that period of turmoil and in fact grew stronger and better under the leadership of our current Inspector General. Having said that, the divestiture of nearly 70 percent of our workforce to the new Department of Homeland Security presents perhaps the greatest challenge to date in meeting our mission. Through all of this I am still confident that going forward the career management and staff of the Treasury OIG will continue to stay focused on our core mission of conducting audits and investigations. The Treasury Department still has a great deal of important work to do and we still have a lot of important oversight to do.

I would like to briefly describe some of the important work of the Department that we are responsible for auditing and investigating, post-divestiture. I will then discuss our organization post divestiture and our capabilities to continue to conduct audits and investigations of those remaining Treasury operations. Finally, I will discuss my perspective on the significant issues facing the Department of the Treasury.

As you know, the Treasury Department divested almost all of its law enforcement activities by transferring the U.S. Customs Service, the U.S. Secret Service, and the Federal Law Enforcement Training Center to the Department of Homeland Security and transferring the non-revenue functions of the Bureau of Alcohol, Tobacco and Firearms (ATF) to the Department of Justice. The collection of about $22 billion annually in revenue was also transferred to the Department of Homeland Security with the transfer of Customs. While these functions represent a significant part of the non-IRS Treasury mission, there are still eight non-IRS Treasury bureaus and significant programs and functions in the Department that remain behind.

Our universe of work covers approximately 16,000 Treasury employees who provide a wide range of services throughout the United States and in many foreign countries.

Following is a summary of the diverse and complex non-IRS bureaus, programs, and activities that comprise the Department of the Treasury post-divestiture.

state-chartered thrifts insured by the SAIF.  OTS sets capital
standards for Federal and state thrifts and reviews applications
of state-chartered thrifts for conversion to Federal thrifts.
As of September 30, 2002, OTS oversees 983 thrifts with total
assets of $987 billion.  Similar to OCC, OTS' income is derived
principally from assessments on thrifts, examination fees, and
interest on investments in U.S. Government obligations.

## ORGANIZATION, STAFFING AND MISSION OF THE OIG

The Treasury OIG was established in 1989 by the Secretary of the
Treasury as a result of the 1988 Amendments to the Inspector
General Act.  The Inspector General of the Department of the
Treasury exercises all the duties and responsibilities of an
Inspector General for the Department other than those exercised
by TIGTA.  That office was established as a result of the
Internal Revenue Service Restructuring and Reform Act of 1998.
The Treasury OIG also oversees, on behalf of the Inspector
General community, the operations of the Inspectors General
Auditor Training Institute.  The Institute is the primary source
of training for auditors in the Inspector General community.

For fiscal years 2002 and 2003, our net authorized budget
authority was $35,397,000 and $35,504,000, respectively, and our
authorized full time equivalent (FTE) positions were 282 for
both years.  In anticipation of divestiture to the Departments
of Homeland Security (DHS) and Justice OIGs, last fall we
prepared various analyses of our level of effort devoted to the
Treasury bureaus and functions to be divested to DHS and the
Department of Justice.  We estimated this to be a little over 30
percent in total.  Our office was directed to divest 155
positions to the DHS OIG and 40 positions to the Justice OIG.
This total divestiture of 195 out of 282 FTE represents nearly
70 percent of our staffing.

Between March 9 and September 30, 2003, we will go through a
dramatic reduction in on-board strength, having started this
fiscal year with 282 full time positions and ending the fiscal
year with 87 full time positions.  During this reduction in
strength, we need to ensure that there is no breakdown in the
oversight of the bureaus being divested or retained by the
Department.  We are coordinating closely with both the DHS OIG
and the Justice OIG to effectively complete the transition of
ongoing work.  Another challenge that we need to plan for over
the next 7 months is the proposed consolidation of our office
with TIGTA.

13











# Semiannual Report To The Congress



October 1, 2004 – March 31, 2005

# Office of Inspector General

Department of the Treasury

Excerpt



Plaintiff
Exhibit
O
05cv2428(JGP)

# Introduction



The **Office of Management** provides a range of services designed to maintain the OIG administrative infrastructure. These services include: asset management; budget formulation and execution; financial management; information technology; and Office-wide policy preparation, planning, emergency preparedness, and reporting for the OIG. The Assistant Inspector General for Management is in charge of these functions.

As of March 31, 2005, the OIG had 95 full-time staff onboard. The OIG's fiscal year 2005 appropriation is $16.368 million.

## OIG Values

The values of the OIG include producing high quality products that are accurate, timely, relevant, and responsive to the needs of decision-makers. We strive to ensure integrity, independence, objectivity, proficiency, and due care in performing our work. The OIG promotes teamwork and open communication among its organizational components. The OIG encourages and rewards its workforce for innovation, creativity, dedication, and productivity. Finally, the OIG fosters an environment of respect, equal opportunity, and diversity among its workforce.

## About Treasury

The mission of the Department of the Treasury is to promote the conditions for prosperity and stability in the United States and encourage prosperity and stability in the rest of the world. Organized into bureaus and offices, the Treasury encompasses a wide range of programmatic and operational activities. Currently, the Treasury is comprised of approximately 114,000 Full-time Equivalent (FTE) staff. Of this workforce, the IRS has approximately 99,000 FTE staff and the other Treasury bureaus and offices have approximately 15,000 FTE staff.

### Treasury Bureaus

**Alcohol and Tobacco Tax and Trade Bureau (TTB)** enforces and administers laws covering the production, use, and distribution of alcohol and tobacco products. TTB also collects excise taxes for firearms and ammunition.

**Bureau of Engraving and Printing (BEP)** designs and manufactures U.S. currency, many stamps, securities, and other official certificates and awards.

**Bureau of the Public Debt (BPD)** borrows the money needed to operate the Federal Government. It administers the public debt by issuing and servicing U.S. Treasury marketable, savings, and special securities.

**Carmona, Maria V.**

| | |
|---|---|
| **From:** | careerconnectorhelp@do.treas.gov |
| **Sent:** | Wednesday, December 22, 2004 12:51 PM |
| **To:** | CarmonaM@oig.treas.gov |
| **Subject:** | Career Connector Results |

Dear MARIA,

Thank you for applying to the position OA-2005-007, Supervisory Auditor at Office of Inspector General.

Your responses, as listed below, are being reviewed. You may revise your answers until this vacancy announcement closes December, 30, 2004 by logging into Career Connector and reapplying for the same position or by following this link: https://careerconnector.jobs.treas.gov/scripts/treasdo.exe/rundirect?Org=17&Job=320 .

Grade 15 responses:

All Grades responses:

　　1.  You must meet the minimum basic educational/experience requirements for professional accounting positions in the federal government. Choose one answer which best describes your educational/experience background for an auditing position.
　　　　Answer: I have earned a Bachelor's degree in accounting; or a
　　　　　　degree in a related field such as business administration,
　　　　　　finance, or public administration that included or was
　　　　　　supplemented by 24 semester hours in accounting. (May
　　　　　　include up to 6 hours of credit in business law)

　　2.  GS-15 In addition to meeting the basic requirements, you must have at least one year of specialized experience equivalent to the next lower grade in the federal service which has equipped you with the knowledge, skills, and abilities to perform successfully the duties of the position. Select the choice which best describes your specialized experience or education.
　　　　Answer: I have at least one full year of specialized experience
　　　　　　equivalent in responsibility and scope to the GS-14 level
　　　　　　as described in the vacancy announcement under specialized
　　　　　　experience requirements.

　　3.  I have performed the following leadership functions on audit projects that I have led as a regular, recurring part of my job.  (Select all that apply)
　　　　Answer: Established the audit objectives, scope, methodology,
　　　　　　milestones, and resource requirements.
　　　　　　Assigned audit tasks to project team members.
　　　　　　Reviewed completed audit work for technical adequacy and

Plaintiff
Exhibit

P

05cv 2428 (JGP)

conformance with professional standards.
Followed up with project team members to ensure audit
milestones were timely met.
Resolved conflicts, differences, or problems among project
team members.
Coached and mentored project team members to achieve
desired results.
Kept supervisors regularly apprised of the audit progress
and results.
Led audit opening conferences, status briefings, and
closing conferences with senior auditee management.
Drafted or reviewed the final audit product.
Summarized the results of ongoing/completed audit work for
the purposes of communicating in a format other than a
traditional audit report.

   4. Please briefly describe at least two examples of audit projects you have led, and your
specific leadership responsibilities with respect to these projects.
     Answer: During my career with the Treasury OIG, I have served in a
leadership capacity for many years as I managed audits,
oversight reviews, quality assurance reviews, peer
reviews, and investigations of varying degrees of
complexity, from relatively simple follow-up audits to an
in-depth, highly sensitive, and time-critical inquiry for
which a total of 17 OIG and IRS staff reported to me. I
have led teams that included staff from a number of
professional series, including auditor, management
analyst, economist, inspector, criminal investigator, and
general investigator, and have done work at all of the
Treasury bureaus, including those which have since been
divested to the Department of Homeland Security.

I have managed multi-bureau, multi-location, and
multi-agency reviews, many with significant findings. In
the role of Acting Director, Finance and Debt, for
example, I was responsible for an audit of deposit fund
accounts at FMS that identified $42 million in funds to be
put to better use, one of the largest dollar findings in
an OIG program audit. In that capacity, I also oversaw
the issuance of four reports on a PCIE audit of delinquent
non-tax debt, which resulted in recommendations for
improvement in agency portfolio management practices and
illustrated the need for Federal entities to refer, in a
timely manner, all eligible delinquent debt to FMS for
collection.

Discussed below are two audit projects that illustrate not
only my leadership abilities, but also senior management's

2

belief in my abilities in selecting me to lead these
efforts and then granting Special Act awards for my
performance. For both projects large teams of senior OIG
employees from different offices worked together very
successfully under my leadership to produce meaningful
results in a timely manner.

Team Leader of a PCIE Peer Review

While a GS 14 Audit Manager, I was selected to be the Team
Leader for the FY 2003 President's Council on Integrity
and Efficiency (PCIE) external peer review of the
Department of Energy Office of Inspector General (OIG), a
responsibility that the PCIE recommends be assigned at or
above the GS-15 grade level.

This review was a collaborative effort among audit
managers and senior auditors from performance, financial
statement, and information technology audit Directorates
in Headquarters and from our two Regions. Under my
leadership, the core team, comprising six audit managers
(GS-14) and four senior auditors (GS-13), most of whom had
no prior peer review experience, worked very well together
to achieve our project goals, staying on schedule and
issuing the final report in advance of the planned date.

The guidance that I provided for the Peer Review included
an introductory training session on the review
requirements and our approach. I used innovative
approaches to achieve results. For example, I designed
and administered a survey to Energy OIG auditors at the
GS-15 and below using an Internet tool to solicit
anonymous responses regarding their understanding of
auditing policies, procedures, and practices. The survey
had an excellent response rate, and the results served to
support the major report recommendations and also provided
valuable insights to Energy OIG management staff.

As the Team Leader, I coordinated with Energy OIG
executives and senior staff in a professional manner,
providing periodic status briefings, and also sharing
results and observations that did not rise to the level of
being included in the formal report. The peer review
resulted in the issuance of an unqualified opinion on the
Energy OIG system of quality control for ensuring its
audits conformed with auditing standards. The review also
identifed two reportable conditions where the Energy OIG
could further strengthen its system of quality control.

3

Energy OIG executives were highly complimentary of my professionalism and that of the team under my direction. I received a Special Act award that recognized my exemplary performance as the Team Leader, my tight direction over this project, and the timely and thorough manner in which the work was completed. The members of the core team were also recognized with a Special Act award for what was an excellent team effort.

Audit Manager of a Nationwide Review of Grant Administration

As the Audit Manager for a nationwide review of the post-award grant administration process of the Community Development Financial Institutions (CDFI) Fund, for example, I oversaw the work of seven teams, each consisting of an investigator and one or more auditors, as they performed onsite visits to 48 award recipients located in 22 states. The review covered a sample of 54 CDFI Program awards totaling $60.8 million, which represented 28 percent of the total CDFI Program dollars awarded by the Fund during FYs 1996-1999.

As part of this collaborative effort between the Offices of Audit and Investigations, and among Headquarters and the Regions, I took action to maximize the knowledge and ability of the team members and to foster good working relationships both within and among the teams, in part by coordinating the preparation and presentation of two days of training. The sessions not only gave OIG staff from around the country an opportunity to understand how the Fund operates and how the review would be conducted, but also a chance to get to know the other staff working on the project and to share knowledge gained from past experience. I also ensured that staff members participating in the training received continuing professional education credits through the National Association of State Boards of Accountancy, which required, in part, the preparation of a training brochure, the maintenance of detailed training materials, and the analysis of evaluations of the sessions.

Throughout this review, I saw to it that positive working relationships were maintained with internal and external customers. For example, I met with the new Director of the CDFI Fund to discuss how our work was progressing and how the audit would proceed through to issuance of a final report. I also ensured that, as findings were developed,

the project team kept an open line of communication with OIG staff members who had Single Audit Act and Financial Statement Audit responsibility over the CDFI Fund.

Under my leadership, the project team produced significant results. The audit report contained ten findings and sixteen recommendations, addressing issues such as enhancing accountability over financial assistance, decreasing the amount of time required to disburse funds, tracking individual financial institution compliance with reporting requirements, assessing compliance with assistance agreements in a timely manner, and enhancing data analysis and documentation. CDFI Fund management concurred with the findings and recommendations, and took corrective actions to address the results. Fund management thanked the OIG for the insights offered, and praised the report for being accurate and complete, with a fair and balanced tone.

Perhaps the most significant finding was that there was limited accountability over the financial assistance disbursed to CDFIs. Essentially, under its legislative mandate at the time, the Fund did not require CDFIs to account separately for their use of financial assistance and corresponding matching funds. In response to the report, additional accounting controls were instituted for future assistance awards, with changes reflected in the FY 2003 Notices of Funding Availability. One result of this audit, then, was a significant increase in accountability over Federal funds. I believe that, in addition to the findings presented in the audit report and to investigative results, CDFIs around the country took notice of the OIG's in-depth reviews, and that this presence has had, and will continue to have, a deterrent effect on any potential wrongdoing.

5. I have routinely and successfully applied the following interpersonal communication skills at work. (Select all that apply)
    Answer: Facilitated the resolution of competing or conflicting interests among parties when cooperation was needed in order to meet a program objective.
    Interacted effectively in situations where frequent changes, delays, or unexpected events arose that caused shifts in priorities, timetables, or work assignments
    Provided direction, guidance, or instruction to lower grade professional staff
    Persuaded others to adopt new methods, procedures, or techniques in order to improve operations

5

Diffused confrontational contact with people who are
difficult, hostile, or distressed.
Discussed performance plans/expectations and evaluations
with lower grade professional staff

6. I have initiated the following forms of written communication as a regular, recurring
part of my job. (Select all that apply)
    Answer: Audit reports
        Office correspondence signed by the head of my organization
        Budget requests/resource justifications
        Congressional testimony
        Comments to proposed legislation or regulations
        Comments to draft accounting/auditing pronouncements by
        standard-setting bodies
        Policy/procedure manuals
        Projects/job proposals for the organization's annual plan
        OIG Semiannual Reports to the Congress or other summary
        external reports

7. I have reviewed the following forms of written communications as a regular, recurring
part of my job to ensure they were logical, conformed to technical standards or contract
requirements, and grammatically correct. (Select all that apply)
    Answer: Audit reports
        Office correspondence signed by the head of my organization
        Budget requests/resource justifications
        Congressional testimony
        Comments to proposed legislation or regulations
        Comments to draft accounting/auditing pronouncements by
        standard-setting bodies
        Policy/procedure manuals
        Projects/job proposals for the organization's annual plan
        OIG Semiannual Reports to the Congress or other summary
        external reports

8. Choose all statements that describe activities you have performed as a regular,
recurring part of your job. (Select all that apply)
    Answer: Served as a spokesperson for my organization on program or
        project issues
        Served on panels, committees, or task forces on technical,
        programmatic, and/or professional issues with impact on
        the entire organization
        Provided guidance to other agency representatives or
        private industry on technical, programmatic, or
        professional issues
        Facilitated interagency workshops or partnering sessions
        Built and fostered relationships with external customers
        or stakeholders that affect the scope of organizational
        programs or projects

6

Presented briefings and formal presentations to senior
management of an audited entity or other external
organizations on policy, program, or project issues

9. Please briefly describe your involvement in one or more of the above activities
Answer: The following describes my involvement in the activities
listed in Question 8, citing just a few of many examples
during my 20-year career with the Treasury OIG.

1. I have served as a spokesperson for the Treasury OIG
by representing the organization in multi-agency
functions, which in the last couple of years have included
Single Audit, GPRA, and PCIE/CFO Erroneous and Improper
Payments meetings. As another example, I was an OIG
representative to the Treasury Consortium for Culture
Change, a group of volunteers from all bureaus committed
to facilitating fundamental changes in the way Treasury
did business. This group was formed in cooperation with
the National Performance Review.

2. I have served on a number of panels, committees, or
task forces on technical, programmatic, and/or
professional issues with impact on the entire
organization. I am currently working with the team
responsible for the revision of the Office of Audit
Policies and Procedures Manual, which has been completed
and is pending review by senior OIG management. A major
purpose of this revision is to ensure that the entire
Office of Audit is in compliance with the 2003 version of
the Government Auditing Standards.

I also led a multi-disciplinary task force to address
recruitment issues that affected the entire organization.
The task force effort resulted in a comprehensive report
that included three major recommendations to enhance the
overall recruitment process, i.e., expand the OIG's
exposure to potential candidates, improve the quality of
the vacancy announcements, and increase resources to
support recruitment. Additionally, the report presented
eight suggestions for refining the interviewing process,
including structuring the panels to be representative of
diversity and providing training in interviewing
techniques. The task force also proposed a detailed
Outreach Program for the recruitment of women and
minorities. The recommendations of the task force were
accepted by senior management. I received a memorandum of
appreciation from the responsible executive acknowledging
the significance of the issues addressed and complimenting

the quality and comprehensiveness of the analysis and the thoughtfulness of the resultant recommendations.

3. One of my roles as the OIG's principal representative for Single Audit under OMB Circular A-133 is to provide guidance to private industry on technical, programmatic, and/or professional issues. In this capacity, I have responded to inquiries from CPAs who are performing audits of financial institutions that are Treasury grantees, and have provided guidance to executive directors and other officials of these financial institutions.

4. As the Acting Director, Office of Quality Assurance, I facilitated interagency relationships for the 1994 PCIE Peer Review cycle, in which the Treasury OIG was partnering with three other agencies. I negotiated with representatives from the other OIGs to determine a coordinated approach to the peer reviews, and prepared the memorandum of understanding that was signed by the Inspectors General. I was able to establish an environment of mutual respect among the participating organizations that carried through to the completion of this assignment.

5. Throughout my career, I have built and fostered relationships with external customers or stakeholders that affect the scope of organizational programs or projects. I have maintained positive working relationships with internal and external customers, keeping Treasury and other OIG liaisons advised of the status of our audit, peer review, and other work. For example, as the Team Leader for the FY 2003 PCIE Peer Review, I coordinated with Energy OIG executives and senior staff in a professional manner, providing periodic status briefings and also sharing results and observations that did not rise to the level of being included in the formal report. During closing meetings and in the response to our drafts, Energy OIG management expressed appreciation for the manner in which the work was performed, making positive comments about our professionalism, thoroughness, and the manner in which they were kept informed throughout the process.

As a Program Manager in the Office of Oversight, I was selected by the IG to prepare his testimony for Congressional hearings on mismanagement by senior IRS employees, a matter that was receiving extensive media coverage. Prior to the hearings, I worked closely with

8

the Senior Investigator for the responsible Congressional Subcommittee, ensuring that we provided any requested information in a timely manner. By very quickly establishing a professional and responsive working relationship with the Senior Investigator, I was able to obtain advance information about the expected tone of the hearings and about the questions that Congress was going to ask the IG. Through my collaborative approach, I had an excellent opportunity to coordinate the preparation of responses, and create a "win-win" situation for the IG and for Congress. The IG was very pleased with the success of this effort, and relied on me in the future not only for Congressional issues, but also to address other sensitive matters requiring tact and diplomacy.

6. During my career with the Treasury OIG, I have presented briefings and formal presentations to management at the most senior levels of audited entities or other external organizations on policy, program, or project issues. For example, I have presented to the Assistant Secretary for Management and Chief Financial Officer, the Deputy Assistant Secretary, the Department's Comptroller, heads of Bureaus, heads of regional operations, and heads of other audit organizations. I have briefed senior staff of Congressional committees, and interfaced with officials from other Federal agencies, including the Inspector General and other executives of the Energy OIG for a recent Peer Review. I have maintained liaison with Treasury and external entities, such as GAO and OMB, obtaining or providing information as appropriate. I have represented the OIG before various government-wide groups, including two Single Audit groups. I have also directed entrance and exit conferences with senior managers on the projects for which I have been responsible, and coordinated with bureau management control officials and bureau audit liaisons.

10. I have experience with training others on professional subjects
Answer: Yes

11. If you answered yes to the question above, what types of professional training activities have you performed? (Select all that apply)
    Answer: Presented at professional conferences or seminars
        Presented at internal (in-house) conferences or seminars

12. Have you, on a regular and recurring basis, prepared performance evaluations for subordinate professional staff or provided input as a team leader on performance evaluations for professional staff?

9

Answer: Yes

13. From the following list of auditing methodologies, please identify those that you have successfully applied. (Select all that apply)
Answer: Statistical sampling
Structured questionnaires
Computer assisted audit techniques (CAATs).

14. At what level has your audit work impacted organizations, programs, and operations? (Select all that apply)
Answer: Locally
Regionally
Nationally

15. Have you made contributions of a substantive nature to organization-wide planning and operations?
Answer: Yes

16. If you answered yes to the question above, what types of organization-wide activities have you substantively participated in? (Select all that apply)
Answer: Strategic planning
Annual audit planning
Audit quality assurance reviews
Preparation of regular summary reports to external parties on an organization's activities
Preparation of budget justifications
Monitoring of budget execution
Business/financial planning

17. Please briefly describe your experience related to organization-wide planning and operations.
Answer: While working for the Treasury OIG, I have participated in strategic planning and annual audit planning. I have led audit quality assurance reviews, and have served as the Acting Director, Office of Quality Assurance. I have prepared summary reports of our organization's activities for use by external parties, and have played a key role in the preparation of budget justifications and the monitoring of budget execution. I also have had a major role in business/financial planning, most notably in the establishment of a new office within the OIG.

Throughout my career, I have been involved in the planning process, from both a strategic and an annual perspective. As a Program Manager in the Office of Oversight, for example, I served as the office representative to the OIG strategic planning process, and oversaw the development of a recommendation tracking system to ensure accurate

reporting on our performance measures, as required by the Government Performance and Results Act. When the Inspector General was preparing for Congressional consultations regarding the Results Act, I prepared a document explaining the work that the Office of Oversight did in support of each of the Department's five strategic goals. I have contributed to the annual audit planning process on a regular basis, often serving as the lead for my office and presenting audit proposals at the annual planning conference. For example, as the Acting Director, Office of Quality Assurance, I prepared the first detailed annual audit plan for the office.

I have been responsible for numerous internal and external quality assurance reviews. As the Acting Director, Office of Quality Assurance, I was responsible for the OIG`s internal quality assurance function, coordinating the reviews performed by a staff of four senior auditors. While I was Acting Director, we issued reports on (1) a review of regional Audit offices, with 15 recommendations for enhanced compliance with professional auditing standards; (2) a review of administrative procedures at IGATI, with 18 recommendations on internal controls and the management of the Institute's 1-year appropriation; and (3) an information resources management review of compliance with the Privacy Act, with 7 recommendations on publication requirements, safeguards, and training. In addition, much of my work in the Office of Oversight dealt with the quality of audit and investigative operations at the IRS. Most recently, I was the Team Leader for the FY 2003 PCIE external peer review, which required a detailed analysis of the system of quality control for audit work performed by the Energy OIG. I have also served in a lead role for two other PCIE peer reviews, during which I was responsible for the review of internal quality control policies and procedures, the assessment of the internal quality assurance program, and the review of selected audit operations.

As a founding member of the Office of Oversight, I had a major role in the formulation of the organizational structure, goals, and vision for the long term. The office was created in late 1989 as a result of amendments to the IG Act, which mandated OIG oversight of the internal audit and internal investigative functions of the Treasury law-enforcement bureaus. I contributed in identifying the goals, policies, and priorities of the office both initially and during subsequent years.

11

While establishing the Office, I reviewed available technical guidance and reports, and implemented a 3-phase approach to reviewing internal audit and investigative functions. I examined policy issues such as how the office would report the results of its reviews, not only within the Department but also to its external customers and stakeholders, including Congress, other Federal agencies, and the public. I worked on justifications for the initial organizational structure, including staffing and responsibilities for each position. I prepared position descriptions and personnel actions, and interviewed applicants to determine if they had appropriate qualifications. I had primary responsibility for preparing the annual plans for the initial years of operation, ensuring that the long range goals of the office were considered in selecting projects. I also assisted in the establishment of a project tracking system. The organizational structure withstood the test of time, and the Oversight staff went on to complete many noteworthy reviews and to receive significant levels of recognition. Six months after we began the work of establishing the Office, I was selected for promotion based on these accomplishments, as well as on my proven track record elsewhere within the OIG.

I have prepared summary reports of our organization's activities, including summaries of individual audits for use in periodic reports to the Secretary of the Treasury and briefing documents for Congress. From a financial perspective, I have been involved in managing budgets, and have participated in financial decisions such as how to allocate training funds to best meet the needs of our entire staff. I have prepared justifications for budget increases and for reprogramming funds. I also wrote a document on workload trends and major accomplishments that proved successful in getting the OIG additional Full Time Equivalents (FTE).

As part of the preparation of annual plans, I have considered staffing and other costs. Over the years, I have presented proposed projects in priority order, indicating those that can be accomplished with the current, and with the proposed, staffing levels. I have considered travel costs that may be associated with each project, and if necessary planned alternative approaches to ensure that the office would operate within its travel budget. As Acting Director of the Office of Quality

Assurance and of the Office of Finance and Debt, I monitored budget execution on a regular basis, and discussed reprogramming issues with the respective Assistant Inspectors General.

When the Office of Oversight and Quality Assurance was faced with a less-than-favorable budget outlook, I was responsible for preparing a detailed streamlining plan that discussed how our organization would cope. We not only anticipated that we would not get the requested increase in FTE, but feared that we may lose staff. The plan proposed downgrading two high-level positions, and going from three directorates to two. We felt that the corresponding increase in span of control would be viewed as more appropriate in light of budget realities. The plan, which was accepted by OIG management, also proposed empowering the staff by delegating additional authority and responsibility. Fortunately, in the end, it was not necessary to implement the streamlining plan and we did not lose any staff.

I also prepared a justification for a revised organizational structure to enhance independence. The Deputy Inspector General used this justification to support moving the Office of Oversight from the Investigations Directorate to his immediate office. The justification also supported the revised mission of the Office of Oversight, which was increased to include performing internal investigations and quality assurance reviews of OIG investigations operations.

18. I have planned audits in a program or operation not previously subject to audit.
Answer: Yes

19. If you answered yes to the question above, what part(s) of the planning did you perform? (Select all that apply)
Answer: Defined the audit objectives
Researched the applicable laws, regulations, or performance benchmarks
Researched past studies or evaluations of the program or operation
Determined the resources available to the program or operation and the key outputs and outcomes
Determined the internal controls that were significant to the audit objectives
Assessed the risk of fraud or other non-compliance with laws and regulations

13

Locations:

Washington DC Metro Area, DC

Please make sure that you have entered your resume. You will be disqualified from consideration if your resume has not been entered before this vacancy closes.

Please remember to send all supporting documentation to the HR office for proper consideration.

Thank you for using CareerConnector!

------------------------------------------------------------------------------
QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

14

| From: | Greenip, Edith A. |
|---|---|
| Sent: | Tuesday, February 25, 2003 5:42 PM |
| To: | Carmona, Maria V. |
| Cc: | Mingo, Kimberly T. |
| Subject: | RE: Director of Audit Operations - Request for Status |

Sensitivity:    Confidential

As Kim worked that announcement, I've asked her to respond to you.

*Edie Greenip*

Director, Human Resources Division
Office of Inspector General
(202) 927-6552

-----Original Message-----
| From: | Carmona, Maria V. |
|---|---|
| Sent: | Monday, February 24, 2003 12:11 PM |
| To: | Greenip, Edith A. |
| Cc: | Rush Jr., Jeffrey; Schindel, Dennis S.; Freedman, Marla A.; Silverman, Adam |
| Subject: | Director of Audit Operations - Request for Status |
| Importance: | High |
| Sensitivity: | Confidential |

**Edie,**

**I was not informed that the position of Director of Audit Operations had been cancelled.**

**Please refer to Marla's attached e-mail. Could you please provide me with the official date.**

**Thank you,**

**Maria**

-----Original Message-----
| From: | Freedman, Marla A. |
|---|---|
| Sent: | Monday, February 24, 2003 11:46 AM |
| To: | Carmona, Maria V. |
| Cc: | Rush Jr., Jeffrey; Schindel, Dennis S.; Silverman, Adam |
| Subject: | RE: Director of Audit Operations - Request for Status |
| Sensitivity: | Confidential |

Maria,

You'll have to check with Edie or Kim on the exact date the announcement was cancelled. As to when I told you, I don't have that exact date either. I announced it during a regular weekly staff meeting that there was a decision to cancel the announcement. In fact, I thought you were sitting in for Don Kassel at that staff meeting.

*Marla A. Freedman*

1

Plaintiff
Exhibit

Q

05cv2428(JGP)

Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General

-----Original Message-----
| | |
|---|---|
| From: | Carmona, Maria V. |
| Sent: | Monday, February 24, 2003 11:03 AM |
| To: | Freedman, Marla A. |
| Cc: | Rush Jr., Jeffrey; Schindel, Dennis S.; Silverman, Adam |
| Subject: | Director of Audit Operations - Request for Status |
| Importance: | High |
| Sensitivity: | Confidential |

**Marla,**

**Thank you for your response.**

**I was not informed that the position had been cancelled.**

**Could you please provide me with the date on which the vacancy announcement was cancelled, and the date on which you claim that you informed me and the manner in which that took place.**

**Thank you,**

**Maria**

---

-----Original Message-----
| | |
|---|---|
| From: | Freedman, Marla A. |
| Sent: | Monday, February 24, 2003 10:43 AM |
| To: | Carmona, Maria V. |
| Cc: | Rush Jr., Jeffrey; Schindel, Dennis S.; Silverman, Adam |
| Subject: | RE: Director of Audit Operations - Request for Status |
| Sensitivity: | Confidential |

Maria,

I recall telling you some time ago that the vacancy announcement that you're inquiring about had been cancelled.

*Marla A. Freedman*
Assistant Inspector General for Audit
Department of the Treasury Office of Inspector General

-----Original Message-----
| | |
|---|---|
| From: | Carmona, Maria V. |
| Sent: | Friday, February 21, 2003 8:40 AM |
| To: | Freedman, Marla A. |
| Cc: | Rush Jr., Jeffrey; Schindel, Dennis S.; Silverman, Adam |
| Subject: | Director of Audit Operations - Request for Status |
| Importance: | High |
| Sensitivity: | Confidential |

2

Marla,

I am writing to request the status of my application for the position of Director of Audit Operations, Supervisory Auditor, GS-511-15, Vacancy Announcement No. OA-2002-0010.  As you know, I made the best qualified list for this position, and you interviewed me for it on October 15, 2002.

Thank you.

Maria

# Office of Inspector General

**Department of the Treasury**



## Annual Plan
## Fiscal Year 2002

Bureau of Alcohol, Tobacco and Firearms ● Office of the Comptroller of the Currency ● U.S. Customs Service ● Departmental Offices ● Bureau of Engraving and Printing ● Financial Management Service ● U.S. Mint ● U.S. Secret Service ● Office of Thrift Supervision ● Bureau of Public Debt ● FinCEN

Excerpts



Plaintiff
Exhibit

R

05 cv 2428 (JGP)



- U.S. Secret Service – provides the highest level of protection for all persons authorized Secret Service protection including the President, Vice-President, and other dignitaries and designated individuals when the protectee is in residence or in travel status. The Secret Service is also responsible for fighting counterfeiting and other criminal threats to the nation's financial system

- Office of Thrift Supervision- (OTS) charters, regulates, and examines Federal thrift institutions to ensure their safety and soundness.

- Departmental Offices that either provide basic support to the Secretary of the Treasury or perform specialized functions to carry out Treasury's mission.

Established in one Department, these entities have broad responsibilities to promote a prosperous and stable America and world economy; enforce trade laws and agreements; manage the Government's finances; produce money; protect the nation's financial systems; monitor the sale of guns and explosives; protect the nation's leaders; protect the nation's borders against drug smuggling; and train law enforcement personnel from over 60 Federal organizations.

The Department's broad mission and areas of responsibility provide our auditors and investigators with work of enormous variety and complexity on issues confronting our nation in the 21st century.

## Organizational Structure and Fiscal Resources

As previously stated, the OIG is headed by an Inspector General who is appointed by the President with the advice and consent of the Senate. Serving with the Inspector General in the immediate office is a Deputy Inspector General who is a career employee and a member of the Senior Executive Service. The Deputy Inspector General shares responsibility for the leadership of the OIG workforce and management of the OIG's resources.

The OIG is structured into four components headquartered in Washington:

- Office of Audit
- Office of Investigations
- Counsel
- Management Services

For fiscal year 2002, the Office of Inspector General received an appropriation of $35,424,000 in budget authority and 282 full-time equivalent (FTE) positions. This funding level represents a net increase of $2,597,000 and 10 FTEs over the fiscal year 2001 enacted levels of $32,827,000 and 272 FTEs.
















# Annual Plan
# Fiscal Year 2003

# Office of
# Inspector General
## DEPARTMENT OF THE TREASURY

- Office of the Comptroller of Currency (OCC) – charters, regulates, and supervises national banks to ensure a safe, sound, and competitive banking system.

- Office of Thrift Supervision (OTS) – charters, regulates, and examines Federal thrift institutions to ensure their safety and soundness.

- Departmental Offices (DO) - provides basic support to the Secretary of the Treasury and performs specialized functions to carry out Treasury's mission.

Established in one Department, these entities have broad responsibilities to promote a prosperous and stable America and world economy; enforce trade laws and agreements; manage the Government's finances; produce money; protect the nation's financial systems; monitor the sale of firearms and explosives; protect the nation's leaders; protect the nation's borders against smuggling of illegal drugs and other contraband; and train law enforcement personnel from over 60 Federal organizations.

The Department's broad mission and areas of responsibility provide our auditors and investigators with work of enormous variety and complexity on issues confronting our nation in the 21st century.

## Organizational Structure and Fiscal Resources

As previously stated, the OIG is headed by an IG. Serving with the Inspector General in the immediate office is a Deputy Inspector General (DIG). The DIG shares responsibility for the leadership of the OIG workforce and management of the OIG's resources.

The OIG is structured into four components headquartered in Washington, D.C.:

- Office of Audit
- Office of Investigations
- Counsel
- Office of Management

For fiscal year 2003, the President's budget proposed $35,424,000 in budget authority and 282 full-time equivalent (FTE) positions for the OIG. This funding level represents the same funding and FTEs as fiscal year 2002.

## OIG Performance Measures

OIG established performance measures for each of its three programs. For the Audit Program, the goals are to maintain 100% of audit products at quality standards, increase the number of audit products, maintain 100% timeliness of statutory audit products, and increase the impact of

3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing

**PLAINTIFF STATEMENT REGARDING DEFENDANT'S
FALSE STATEMENTS AND PERJURY BEFORE THE COURT**

was sent first class mail

this 20th day of June 2006 to:

Beverly M. Russell
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C.  20530
(202) 307-0492

J. Steven Elbell
8306 Haven Hill Court
Laurel, Maryland  20723
(301) 490-4328