UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-2428(JGP) |
| ) | |
| JOHN W. SNOW, Secretary of the Treasury, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, respectfully requests that the Court enlarge the time by which he must reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment up to and including Thursday, July 13, 2006. The current filing deadline is tomorrow, Thursday, June 29, 2006. This is defendant's first motion for enlargement for this purpose. Pursuant to Local Rule 7(m), defendant's counsel telephoned the pro se plaintiff to obtain her position on the relief requested herein. However, defendant's counsel was unable to reach plaintiff. Because defendant's counsel was unable to speak to plaintiff regarding this motion, defendant is unable to present plaintiff's position on such. In support of the motion, defendant states the following.

Defendant requests the enlargement due to the considerable work-related demands on his counsel. Specifically, defendant's counsel must deal with discovery matters in multiple cases including two tort cases, and a Title VII case this week. Additionally, earlier this week,

defendant's counsel filed an opposition and reply memorandum in a complex, reverse-FOIA suit. Accordingly, given the considerable work-related demands on its counsel, defendant does not anticipate being able to reply to plaintiff's opposition in this case by the current deadline and requests an extension up to and including July 13, 2006 to do so.

      A proposed order consistent with the relief requested is being filed herewith.

      Respectfully submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's First Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 28th day of June 2006 to:

> Maria V. Carmona
> 8306 Haven Hill Court
> Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney