UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARIA V. CARMONA, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | Civil Action No. 05-2428(JGP) |
| | ) | |
| JOHN W. SNOW, Secretary of the Treasury, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, respectfully requests that the Court enlarge the time by which he must reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment up to and including Friday, July 21, 2006. The current filing deadline is tomorrow, Thursday, July 13, 2006. This is defendant's second motion for enlargement for this purpose. Pursuant to Local Rule 7(m), defendant's counsel telephoned the pro se plaintiff to obtain her position on the relief requested herein. However, defendant's counsel was unable to reach plaintiff. Because defendant's counsel was unable to speak to plaintiff regarding this motion, defendant is unable to present plaintiff's position on such. In support of the motion, defendant states the following.

    Defendant requests the enlargement due to the considerable work-related demands on his counsel requiring significantly more time this week than anticipated. For example, for most of the day, Tuesday, July 11, defendant's counsel had witness meetings in the case, Fletcher v.

United States Parole Commission, Civil Action No. 01-601(JDB), a case in which the plaintiff prisoner is challenging the United States Parole Commission's parole guidelines under the Ex Post Facto clause.  Today, the undersigned counsel filed an opposition to a Motion to Intervene in the case Filebark v. U.S. Department of Transportation, Civil Action No. 03-1685(RJL), a case in which the plaintiff-air traffic controllers are challenging their pay classification determinations.  Last Friday, July 7, the undersigned counsel filed an opposition to a Motion to Reconsideration in that same case.  Accordingly, given these and other workload demands, defendant's counsel will not be able to submit the Reply in this case by the current deadline, and thus, defendant respectfully requests an enlargement up to and including July 21, 2006 to do so.

    A proposed order consistent with the relief requested is being filed herewith.

    Respectfully submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Second Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this <u>12th</u> day of July 2006 to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney