UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOHN W. SNOW, Secretary of the Treasury, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 05-2428(JGP) |

**DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME
TO REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, John W. Snow, Secretary of the Treasury, respectfully requests that the Court enlarge the time by which he must reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment up to and including Tuesday, July 25, 2006. The current filing deadline is Friday, July 21, 2006. This is defendant's third motion for enlargement for this purpose. Pursuant to Local Rule 7(m), defendant's counsel telephoned the <u>pro se</u> plaintiff to obtain her position on the relief requested herein. However, defendant's counsel was unable to reach plaintiff. Because defendant's counsel was unable to speak to plaintiff regarding this motion, defendant is unable to present plaintiff's position on such. In support of the motion, defendant states the following.

Defendant's counsel anticipated being able to complete the reply by the current deadline but witness meetings, depositions and deposition preparations in the case, <u>Fletcher v. United States Parole Commission</u>, Civil Action No. 01-601(JDB), a case in which the plaintiff prisoner is challenging the United States Parole Commission's parole guidelines under the Ex Post Facto

clause, have taken considerably more time than expected this week. Specifically, as related to the Fletcher case, the undersigned counsel had a witness meeting on Monday, July 17, a discovery-related meeting on Wednesday, July 19, a deposition on Thursday, July 20 and has a deposition scheduled on Friday, July 21 expected to take most of the day. This week, the undersigned counsel also had to deal with discovery related matters in the case Schroer v. Billington, Civil Action No. 05-1090(JR), a case involving the novel issue of whether "sex identity" or gender dysphoria is covered by Title VII of the Civil Rights Act of 1964. Accordingly, given the workload demands on his counsel as described herein, defendant will not be able to submit the reply in this case by the current deadline, and thus, defendant respectfully requests an enlargement up to and including July 25, 2006 to do so. Defendant's counsel does not anticipate that subsequent enlargements will be sought for this purpose absent extraordinary circumstances.

A proposed order consistent with the relief requested is being filed herewith.

Respectfully submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Third Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System and by pre-paid, first class mail, this 21st day of July 2006 to:

>Maria V. Carmona
>8306 Haven Hill Court
>Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney