UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, )<br>)<br>   Plaintiff )<br>)<br>      v. )<br>)<br>JOHN W. SNOW, )<br>  Secretary of the Treasury, )<br>)<br>   Defendant. )<br>_____ ) | Civil Action No. 05-2428(JGP) |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Plaintiff has been subjecting the U.S. Department of Treasury with a steady stream of administrative complaints, nineteen over the past ten years, with the ironic and legally indefensible twist that she then generally refuses to cooperate in the investigation into those complaints brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Age Discrimination in Employment Act ("ADEA") of 1967, as amended, 29 U.S.C. § 621.  Pl.'s Op. Def.'s Mot. Dismiss or Summ. J., at 4.  This suit is Plaintiff's fourth in this Court, and a review of Plaintiff's lengthy, albeit meritless, opposition to Defendant's *Motion to Dismiss or for Summary Judgment* reveals the propriety of granting the relief requested in Defendant's Motion.

Specifically, dismissal of Plaintiff's claims based on the processing of her administrative complaints of discrimination and conspiracy is supported by regulation and well-established case

law.  See, e.g.  29 C.F.R. § 1614.107(a)(8)(the agency shall dismiss an "entire complaint" that "alleges dissatisfaction with the processing of a previously filed complaint..."); Cok v. Cosentino, 876 F.2d 1, 2 (1st Cir.1989) (no private right of action under 18 U.S.C. §§ 241-242); Risley v. Hawk, 918 F.Supp. 18, 21 (D.D.C. 1996).

   Additionally, although Plaintiff's opposition is irrefutably voluminous and replete with conclusory denials and legally insubstantial assertions, she nevertheless fails to address defendant's arguments that (1) her complaint should be dismissed in entirety for failure to exhaust administrative remedies based on plaintiff's lack of cooperation during the administrative processing of her complaint, (2) her unhappiness with the process for the electronic filing of job applications does not constitute an adverse action, and (3) she fails to establish a prima facie case of discrimination based on non-selection for a Director of Audit position announced in September 2002 but not filled at that time because of uncertainty regarding the impact on Treasury of the newly created Office of Inspector General at the Department of Homeland Security.  Indeed, these arguments should be treated as conceded, and plaintiff's Title VII and ADEA claims dismissed with prejudice.  Fox v. American Airlines, Inc., Civil Action No. 02-2069(RMU), 2003 WL 21854800 (D.D.C. Aug. 5, 2003), motion to amend denied by, 295 F.Supp.2d 56 (D.D.C. 2003), aff'd, 389 F.3d

1291 (D.C. Cir. 2004)("...when a plaintiff files a response to a motion to dismiss but fails to address certain arguments made by the defendant, the court may treat these arguments as conceded, even when the result is dismissal of the entire case.")(citation omitted); <u>Brown v. District of Columbia</u>, 251 F.Supp.2d 152, 162 (D.D.C. 2003).

In summary, for reasons stated in Defendant's Motion and in this Reply, and given the lack of any credible argument contained in Plaintiff's opposition, Defendant respectfully requests that the Court dismiss Plaintiff's suit or grant summary judgment in Defendant's favor.

Date: July 25, 2006                Respectfully Submitted,


                                   /s/ Kenneth L. Wainstein /mj
                                   _____
                                   KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                   United States Attorney


                                   /s/ Rudolph Contreras /mj
                                   _____
                                   RUDOLPH CONTRERAS, D.C. BAR #434122
                                   Assistant United States Attorney



                                   /s/ Beverly M. Russell
                                   _____
Of Counsel:                        BEVERLY M. RUSSELL, D.C. Bar #454257
Cynthia Langwiser, Esq.            Assistant United States Attorney
U.S. Dept. of the Treasury         U.S. Attorney's Office for the
                                      District of Columbia
                                   555 4th Street, N.W., Rm. E-4915
                                   Washington, D.C.  20530
                                   Ph:  (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing <u>Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment</u> was sent by the Court's Electronic Case Filing System and first class, pre-paid mail, this <u>25th</u> day of July, 2006, to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney