UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA V. CARMONA, ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
|    v. ) | Civil Action No. 05-2428(JGP) |
| ) | |
| HENRY M. PAULSON, JR., ) | |
|   Secretary of the Treasury, ) | |
| ) | |
|    Defendant. ) | |
| _____) | |

**DEFENDANT'S NOTICE ON THE STATUS OF THE CASE**[1]

Pursuant to the Court's August 14, 2007 Order, Defendant, Henry M. Paulson, Jr., in his official capacity as Secretary of the Treasury, respectfully submits this report on the status of this case. On March 17, 2006, Defendant filed a *Motion to Dismiss or for Summary Judgment* in this suit brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621. Defendant specifically argued that (1) Plaintiff's complaint should be dismissed in entirety for failure to exhaust administrative remedies based on plaintiff's lack of cooperation during the administrative processing of her complaint, see, e.g., Artis v. Greenspan, 158 F. 3d 1301, 1306 (D.C. Cir. 1998);(2) Plaintiff's unhappiness with the process for the electronic filing of job applications does not constitute an adverse action, see, e.g., Brown v. Brody, 199 F.3d 446, 457 (D.C. Cir. 1999) and (3) Plaintiff failed to establish a prima facie case of discrimination based on

---

[1] Consistent with the Court's August 14, 2007 Order, Defendant's counsel contacted the pro se Plaintiff yesterday, September 4, 2007, about filing a joint report. Defendant's counsel was unable to reach the Plaintiff, but left a voice mail message with both a telephone number and an electronic mail address. At the time of the filing of this Notice, Plaintiff had not yet responded to the voice mail from Defendant's counsel.

non-selection for a Director of Audit position announced in September 2002 but not filled at that time because of uncertainty regarding the impact on Treasury of the newly created Office of Inspector General at the Department of Homeland Security, see, e.g., Morgan v. Federal Home Loan Mortg. Corp., 172 F.Supp.2d 98, 111 (D.D.C. 2001).

    Plaintiff opposed Defendant's motion on June 19, 2006, and Defendant replied on July 25, 2006.  Defendant's position is that the case is fully briefed for disposition.

                        Respectfully Submitted,

                        /s/ Jeffrey A. Taylor /mj
                        _____
                        JEFFREY A. TAYLOR, D.C. BAR #498610
                        United States Attorney

                        /s/ Rudolph Contreras /mj
                        _____
                        RUDOLPH CONTRERAS, D.C. BAR #434122
                        Assistant United States Attorney

                        /s/ Beverly M. Russell
                        _____
                        BEVERLY M. RUSSELL, D.C. Bar #454257
                        Assistant United States Attorney
                        United States Attorney's Office for the
                         District of Columbia, Civil Division
                        555 4th Street, N.W., Rm. E-4915
                        Washington, D.C. 20530
                        Ph:  (202) 307-0492
                        Fax: (202) 514-8780
                        E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing <u>Defendant's Notice on the Status of this Case</u> was sent by the Court's Electronic Case Filing System and first class, pre-paid mail, this <u>5th</u> day of September, 2006, to:

Maria V. Carmona
8306 Haven Hill Court
Laurel, Maryland 20723

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney